UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WERUVA INTERNATIONAL, INC., ) | |
| ) | CASE NO.: |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PETS GLOBAL, INC. d/b/a Fussie Cat and ) | |
| Premium Fussie Cat, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### Parties

1. The plaintiff, Weruva International, Inc. ("Weruva"), is a Massachusetts corporation with a principal place of business in Natick, Massachusetts.

2. The defendant, Pets Global, Inc. ("Pets Global"), is a California corporation and lists its principal place of business with the California Secretary of State as 445 S. Figueroa Street, 31st Floor, Los Angeles, CA 90071.

### Jurisdiction and Venue

3. Weruva restates and incorporates by reference paragraphs 1-2 as if fully set forth herein.

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1332 and supplemental jurisdiction over Weruva's claims arising under state law pursuant to 28 U.S.C. § 1367.

5. Venue in this District is proper pursuant to 28 U.S.C. § 1391.

## Factual Background

6. Weruva restates and incorporates by reference paragraphs 1-5 as if fully set forth herein.

7. Weruva was founded in 2006 and has pioneered a unique and novel category to the pet food industry which Weruva describes as "human style" pet food products. The term "human style" is a description Weruva uses to describe its foods that are produced in a facility that also processes human foods, and Weruva's products are often described as having the appearance, aroma and texture of human food.

8. The Weruva brand of pet food is sold to independent pet stores (mom and pop) throughout the United States and Canada, and this unique, ultra-niche "human style" of food is limited to very few manufacturers in an industry that otherwise contains hundreds of brands. The independent pet channel is often owner operated, and the stores typically carry higher quality items. Most independent pet stores carry brands that are not available in big box channels, and the owners and managers of these stores love to know extreme details about the products they carry.

9. Pets Global began its United States operations in 2010 and sells cat food under the name "Fussie Cat" and/or "Premium Fussie Cat." Pets Global is a direct competitor of Weruva and markets itself as such, going so far as to advertise itself as the same product as Weruva, only less expensive. Weruva and Pets Global directly compete in the sale of natural "human style" cat food products and are often located next to one another on store shelves in the independent pet store channel.

10. Pets Global's executive team includes industry veterans such as Daniel Hereford. Based on Pets Global's executives understanding of the soft enforcement of FDA and FTC

guidelines related to pet foods, Pets Global has engaged in a marketing campaign based on false, deceptive, material, and injurious statements designed to mislead consumers and harm its competitors. The representations made by Pets Global are designed to give it an unfair advantage in the pet food market. Pets Global's marketing efforts have misled and caused confusion with consumers.

11. Upon information and belief, Weruva and Pets Global's cat foods are produced in the same third party facility in Thailand.

12. In the aftermath of the horrific pet food recall in 2007 that left thousands of companion animals dead, discerning pet parents accelerated their search for the highest quality food items that came from factories with superior quality control. The pet food recall, which impacted hundreds of brands, was linked to an ingredient that was sourced in China. Consequently, ingredients from China were staunchly frowned upon and, in large part, imported products were reviewed by independent pet stores with scrutiny. Many stores vowed only to carry products bearing "Made in the USA" on their label. As pet parents have become more and more discerning about pet food alternatives, quality control and quality of ingredients has become paramount.

13. As China took the brunt of the scrutiny, other parts of Asia were equated to it, including Thailand, Weruva's place of manufacture. As Weruva launched shortly before this recall and was already facing the challenges of gaining distribution, "product of Thailand" on Weruva's label created an added burden. As a result, Weruva went to great lengths to educate distributors, stores and customers about the safety procedures in its facilities in Thailand. To this day, Weruva receives many inquiries about Thailand.

14. Pets Global's pet food experienced executive team was, and still is, aware of

scrutiny regarding Asian made products. In light of this information, although Pets Global also manufactures its foods in Thailand, it falsely represents on the labels of its pet foods that the country of origin is the United States, and the labels bear the words "Product of USA."

15. Upon information and belief, Pets Global's cat foods that bear labels which read "Product of USA" were actually manufactured in Thailand. When approaching stores and distributors, Pets Global stated their products came from the same plant as Weruva. When certain customers became confused about Pets Global's incongruous statements (i.e. Weruva's label stated product of Thailand and Pets Global's stated product of USA) Pets Global untruthfully explained that some packaging was done in the USA, or an explanation to that effect. Pets Global's claims concerning its country of origin are untruthful and are made with the specific intent to mislead consumers and harm business rivals.

16. Pets Global claims that it "do[es] not use any ingredients from China." Despite its claim, upon information and belief, Pets Global sources some if its ingredients from Chinese sources. Pets Global's claims concerning the source of its ingredients are untruthful and are made with the specific intent to mislead consumers and harm business rivals.

17. Pets Global advertises, both in its marketing material, and on its cans of cat food, that its products provide medical benefits. Pets Global makes claims that its products "PREVENT URINARY TRACT INFECTION" and "maintain healthy growth, eyesight and prevention of urinary tract infection" and other similarly dubious claims. Pets Global offers a product line of cat foods that it claims prevents urinary tract infection. Claims that a pet food prevents or reduces the risk of Feline Lower Urinary Tract Disease, cystitis, urinary problems or similar verbiage are drug claims governed by the FDA and are not allowed under the law. Many veterinarians and pet parents look for these qualities in making choices about cat food products.

For instance, Alissa Wolf, a "journalist and life-long animal lover" who has worked for Adventure in the Smokies, the Atlantic City Weekly; Atlantic City Magazine; The Newark Star-Ledger and Asbury Park Press; and The Philadelphia Inquirer, and who is currently writing a book specifically on the topic of cat nutrition, recently became a proponent of Pets Global's products as an alternative to Weruva specifically citing Pets Global's false claims concerning urinary tract health. Ms. Wolf also published an article in which she expressed concerns about cat foods manufactured in Thailand. Pets Global's claims concerning its medical benefits have not been shown to have scientific support and are made with the specific intent to mislead consumers and harm business rivals.

18.     Pets Global advertises its products as being edible by humans, specially stating on its labels that its products are "HUMAN GRADE PRODUCT, MANUFACTURED BY HUMAN CONSUMPTION MANUFACTURER." Pets Global also states that "Fussie Cat delivers the highest quality Human Grade Products ..." Pets Global's pet foods contain ingredients that are not fit for human consumption. Pets Global's claims that its foods are fit for human consumption are untruthful and are made with the specific intent to mislead consumers and harm business rivals.

19.     Pets Global represents that its tuna is the same product that is served at Subway restaurants. At a trade show in Orlando, Daniel Hereford, Pets Global's Chief Operating Officer told an attendee "Have you ever eaten a tuna sandwich at Subway? It's the same stuff," or words to that effect. Pets Global representatives have repeatedly made such claims to pet store owners. Not only has Pets Global represented that it sells that same tuna as Subway restaurants, Pets Global representatives have gone even further and told pet store owners that the tuna sold by Subway restaurants is Pets Global's tuna. Pets Global's claims concerning its link to Subway

restaurants are untruthful and are made with the specific intent to mislead consumers and harm business rivals.

20. Upon information and belief, the species of tuna that Subway and Pets Global uses are different. Subway uses skipjack whereas Fussie Cat products contain bonito. Bonito is a less expensive species of fish than skipjack, and in the human food industry, bonito cannot be labeled as tuna (21 CFR 102.47).

21. Similarly, Pets Global represents that its products are manufactured and "made in the Starkist Plant." Upon information and belief, Starkist does not use the same species of fish that Pets Global uses. The species of tuna that Starkist uses are Skipjack and Yellowfin for its "light meat" tuna, and Albacore for its "white meat" tuna. Upon information and belief, Starkist mainly packs its tuna in American Samoa and Ecuador and does not use the same factory in Thailand. Pets Global's claims that it's pet foods are manufactured in the Starkist tuna plant are untruthful and are made with the specific intent to mislead consumers and harm business rivals.

22. Pets Global represents its canned cat foods to be the same products offered by Weruva, but less expensive. Weruva's product formulations are proprietary and not shared with any of its competitors. Pets Global's claim that its products are the same as Weruva's but less expensive, are untruthful and are made with the specific intent to mislead consumers and harm competitors, specifically Weruva.

23. Upon information and belief, Pets Global under reports the ash content contained within its products. Ash is the inorganic component (i.e, the minerals) of pet food products and is believed by many to be linked to certain urinary tract problems, such as Feline Lower Urinary Tract Disease. As a result, many consumers seek products with lower ash content because many consumers still believe that ash is linked to urinary tract problems. Pets Global's claims

concerning the ash content of its products are untruthful and are made with the specific intent to mislead consumers and harm business rivals.

24. Pets Global fails to disclose its use of Menadione Sodium Bisulfite Complex ("Menadione"), a synthetic vitamin K analog, also known as vitamin K3, and, instead, simply refers to it as "Vitamin K3 Supplement." Menadione is approved for use in pet food by the Association of American Feed Control Officials ("AAFCO") – a voluntary membership association of local, state and federal agencies charged by law to regulate the sale and distribution of animal feeds and animal drug remedies, who goals are to (i) ensure consumer protection, (ii) safeguarding the health of animals and humans, and (iii) providing a level playing field of orderly commerce for the animal feed industry. According to AAFCO, most states have adopted their model guidelines and despite AAFCO's approval of the use of Menadione, it is the recipient of ample scrutiny and many stores will not carry foods that contain it, and many pet parents will not buy foods that contain it. Sabine Contreras, who received her certification in animal care, runs the website www.dogfoodproject.com. Ms. Contreras has expressed concerns over the use of Menadione. Susan Thixton, author of "Buyer Beware: The crimes, lies and truth about pet food" and contributor to "Dinner PAWsible: A cookbook for healthy, nutritious meals for cats and dogs" refers to Menadione as an "ingredient to look out for and avoid." Pet foods that contain Menadione must indicate "Menadione Sodium Bisulfite Complex" on the label. Pets Global's failure to disclose its use of Menadione is untruthful and is made with the specific intent to mislead consumers and harm business rivals.

25. The 3.0 ounce can of pet food is perhaps the most popular size of cat food on the market. Pets Global labels that its cans, which are a similar size to Weruva's and other competitors' 3.0 (85 grams) ounce cans, contain only 2.8 (80 grams) ounces of cat food. Yet Pets

Global conceals the net weight of its product by not placing it on the lower third of the principal display panel as required by the FDA so that consumers are unaware that they are purchasing less cat food in a similarly sized can. Pets Global conceals the net weight of its products with the specific intent to mislead consumers and harm business rivals.

26. The Public Health Security and Bioterrorism Preparedness and Response Act of 2002 requires food facilities, including foreign facilities, that manufacture, process, pack, or hold food for animal consumption in the U.S. to register with the Food and Drug Administration. Because Weruva and Pets Global use the same manufacturing facility in Thailand, Pets Global's deliberate conduct jeopardizes Weruva's manufacturing facilities and thus jeopardizes Weruva's business operations.

### Count I
### Violation of the Lanham Act - 15 U.S.C. § 1125

27. Weruva repeats and realleges the allegations contained within paragraphs 1-26 as if fully set forth herein.

28. Pets Global knowingly, willfully, and in bad faith made the above referenced false and misleading statements with indifference to competitors' and consumers' rights.

29. Pets Global's advertisements described herein are false, misleading, or both and have the tendency to deceive a substantial segment of its intended audience.

30. Pets Global caused the advertisements to enter interstate commerce.

31. Weruva has been, and will likely continue to be, injured by the direct diversion of sales from Weruva to Pets Global and by lessening the goodwill and acceptability of Weruva's products.

32. Weruva's remedies at law cannot adequately compensate it for the ongoing

injuries caused by Pets Global's conduct. Therefore, Pets Global must be enjoined from continuing to commit its unlawful acts, causing Weruva further injury.

## Count II
## Unfair and Deceptive Trade Practices - M.G.L. c. 93A

33. Weruva repeats and realleges the allegations contained within paragraphs 1-32 as if fully set forth herein.

34. Pets Global's conduct as described herein is unfair and deceptive in violation of M.G.L. c. 93A, § 11.

35. Pets Global's acts violated M.G.L. c. 93A, § 11 and have caused Weruva to sustain damages.

## Count III
## Tortious Interference With Business Relations

36. Weruva repeats and realleges the allegations contained within paragraphs 1-34 as if fully set forth herein.

37. Weruva has longstanding business relationships its customers and suppliers and has built a substantial amount of goodwill.

38. Pets Global's misleading statements were made knowing, willfully, and in bad faith with the intent to interfere with Weruva's business relations.

39. As a result of Pets Global's conduct, Weruva has sustained damages.


WHEREFORE, the Plaintiff, Weruva International, Inc., requests that this Honorable Court:

A.   Enter judgment in Weruva's favor against Pets Global;

B.   Grant Weruva a temporary and permanent injunction against Pets Global:

    (1) Requiring Pets Global to recall all products that contain a label on which Pets Global represents:

        a. that its product offers medical benefits that do not have the requisite scientific support;

        b. identifies its pet food as "Human Grade;"

        c. fails to disclose the use of Menadione Sodium Bisulfite Complex; or

        d. under reports the amount of ash contained within the product;

    (2) From making any false and misleading statements that Pets Global's pet foods confer certain medical benefits;

    (3) From representing that its pet foods are fit for human consumption or otherwise "human grade" products – including representing, or otherwise equating, that the tuna contained in its products are the same as the tuna sold by Subway restaurants or Starkist tuna;

    (4) From falsely representing the country of origin of its products;

    (5) From falsely claiming that its products are the same as those sold by Weruva;

    (6) From failing to disclose that its products contain Menadione Sodium Bisulfite Complex;

    (7) From misrepresenting the Guaranteed Analysis, including the amount of ash contained within its products;

    (8) Require Pets Global to prominently display the net weight of its products.

C.    Disgorgement of Pets Global's profits earned as a result of its unlawful conduct;

D.    Award multiple damages as permitted by law;

E.    Award Weruva its reasonable attorneys' fees;

F.  Award Weruva interest and costs; and

G.  Issue such other and further relief as the Court deems appropriate or necessary.

THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Dated: March 7, 2012

WERUVA INTERNATIONAL, INC.
By its attorney,

/s/ Charles F. Rodman

Charles F. Rodman, BBO# 641216
RODMAN LAW GROUP LLC
36 Washington Street, Suite 190
Wellesley, MA 02481
(781) 237-5500
(781) 237-5550 [fax]
rodman@rodmanlawgroup.com