UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| WERUVA INTERNATIONAL, INC., | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 1:12-CV-10447-WGY |
|  | ) | |
| PETS GLOBAL, INC. d/b/a Fussie Cat and Premium Fussie Cat, | ) ) | |
|  | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2) REGARDING DEFENDANT'S MOTION TO STRIKE AND/OR DISREGARD CERTAIN AFFIDAVITS AND DOCUMENTS PROFERRED BY PLAINTIFF**

The undersigned, as counsel to Defendant Pets Global, Inc., hereby certifies that he has conferred with Charles F. Rodman, Esq., counsel to Plaintiff Weruva International, Inc., in an attempt to resolve or narrow the issues raised by Defendant's Motion to Strike and/or Disregard Certain Affidavits and Documents Proferred by Plaintiff. To date the parties have not reached any agreement but have agreed to continue their dialogue.

Respectfully submitted,

Dated: May 31, 2012

/s/ Larry L. Varn
Larry L. Varn (BBO #508130)
lvarn@pierceatwood.com
Jeffrey E. Francis (BBO #639944)
jfrancis@pierceatwood.com
PIERCE ATWOOD LLP
100 Summer Street, Suite 2250
Boston, MA  02110
Telephone: (617) 488-8100
Facsimilie: (617) 824-2020

{W3137506.1}

## CERTIFICATE OF SERVICE

     I hereby certify that on the 31st day of May, 2012, I electronically filed the above-document and that such document is available for viewing and downloading from the Court's ECF system. Service on counsel of record has been effectuated by electronic means.

                                                 */s/ Larry L. Varn*