UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WERUVA INTERNATIONAL, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No. 1:12-cv-10447 (WGY) |
| PETS GLOBAL, INC. d/b/a Fussie Cat and Premium Fussie Cat, | ) ) ) ) |
| Defendant | ) ) |

**ASSENTED TO MOTION TO EXTEND TIME TO**
**FILE OPPOSITION TO MOTION TO STRIKE**

Plaintiff, Weruva International, Inc. ("Weruva"), hereby moves, in accordance with Rule 6(b) of the Federal Rules of Civil Procedure, that this Honorable Court extend, by seven days, until June 15, 2012, the time by which Weruva is permitted to file an Opposition to Defendant, Pets Global, Inc.'s ("PGI"), Motion to Strike and/or Disregard Certain Affidavits and Documents Proffered by Plaintiff (the "Motion").

As grounds for its motion, Weruva states as follows:

1. On May 10, 2012, Weruva filed a Motion for Preliminary Injunction.

2. The Court granted PGI's Assented to Motion to Set Deadlines by which PGI is to respond to Weruva's Motion for Preliminary Injunction (and Weruva's Complaint). PGI's Opposition to Weruva's Motion is now due on or before June 15, 2012.

3. On May 25, 2012, PGI filed its Motion to Strike and/or Disregard Certain Affidavits and Documents Proffered by Plaintiff.

4. Weruva's opposition to PGI's Motion is currently due on or before June 8, 2012.

5. PGI's Motion requires Weruva to determine: (i) whether it agrees that the evidence objected to PGI is indeed inadmissible; (ii) if certain evidence is inadmissible, how and through what witnesses the challenged evidence may properly be proferred; and (iii) if additional affidavits are necessary, or filed affidavits must be supplemented, counsel requires time to accumulate and file such evidence.

6. The allowance of this Motion is in the interest of justice and no party will be prejudiced by the extension of time.

7. After conferring with Larry L. Varn, Esquire, pursuant to Local Rule 7.1, PGI assents to this motion.

WHEREFORE, Weruva respectfully requests that the Court extend the time to for it to file an Opposition by seven additional days to June 15, 2012.

> Respectfully submitted,
> Weruva International, Inc.,
> By its attorney,
>
> */s/ Charles F. Rodman*
> Charles F. Rodman (BBO # 641216)
> rodman@rodmanlawgroup.com
> RODMAN LAW GROUP LLC
> 36 Washington Street, Suite 190
> Wellesley, MA 02481
> (781) 237-5500
> (781) 237-5550 (fax)

                Assented to by,
                Pets Global, Inc.
                By its attorneys,

                */s/ Larry L. Varn*
                Larry L. Varn (BBO# 508130)
                Lvarn@pierceatwood.com
                Jeffrey E. Francis (BBO# 639944)
                jfrancis@pierceatwood.com
                Pierce Atwood LLP
                100 Summer Street, Suite 2250
                Boston, MA 02110
                (617) 488-8136  Telephone
                (617) 824-2020  Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Assented To Motion To Extend Time To File Opposition To Motion To Strike was served upon the attorney of record for all parties via the Court's electronic filing system on June 5, 2012.

                */s/ Charles F. Rodman*
                Charles F. Rodman