UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WERUVA INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PETS GLOBAL, INC. d/b/a Fussie Cat and Premium Fussie Cat,<br><br>Defendant. | Civil Action No. 1:12-CV-10447-WGY |

## AFFIDAVIT OF DANIEL HEREFORD

I, Daniel Hereford, first being duly sworn, hereby depose and state:

1. I am the President of Pets Global, Inc. ("Pets Global"), the defendant in this action. I make this affidavit in opposition to Plaintiff's Motion for Preliminary Injunction. I make this affidavit from facts within my personal knowledge and I believe all matters set forth herein to be true.

2. Pets Global is a California corporation with a principal place of business in North Hollywood, California. Pets Global was established in 2010 to manufacture and distribute specialty pet foods to discerning pet owners in the United States and elsewhere. Currently Pets Global's primary product line consists of "Fussie Cat" and "Premium Fussie Cat" moist cat foods, one of which is chicken-based and others of which are tuna-based. Pets Global's Fussie Cat products are part of a niche market of what is referred to as "human style" cat food, a term used to denote that the products are produced in a facility that also processes human foods and that the products themselves have some attributes, such as appearance, aroma and texture, of

{W3155794.2}

some human foods. The other two principal manufacturers of competing "human style" cat food products are Weruva International, Inc. ("Weruva"), the plaintiff in this action, and a third company that manufactures a product line known as "Tiki Cat".

3. Prior to joining Pets Global in 2010, I had been in the pets industry for 13 years. My last employment before joining Pets Global was Vice President-Sales for Natural Balance in the Greater Los Angeles area.

4. All of Pets Global's Fussie Cat cat food products are processed and packaged by Southeast Asian Packaging and Canning Ltd. at its factory in Samut Prakarn, Thailand, which is near Bangkok on the Gulf of Thailand. The same factory also produces human food, including frozen seafood products, canned and pouch seafood products, including canned tuna, and canned and pouch chicken products that are shipped internationally, including into the United States.

5. It is my understanding that Weruva's products are manufactured in the same plant as Pets Global's, which plant Weruva states, on its website, is "a state of the art human food manufacturing facility." Weruva claims prominently on its product label that its product is "Made in a Human Facility." In fact, Weruva claims, on its web site and elsewhere, that its cat food products are "Better Than Human Grade!"; that "We Use Ingredients that People Actually Eat!"; that its cat food products are "The Best Cat Food Under the Sun"; that its cat food products are produced "using the same quality raw ingredients [and] processes that are used to produce human food" and that its cat food products are "Made in a Human Food Facility" though acknowledging (in very small type) that its products are "For Pets Only". Despite these claims, based upon my review of the lists of ingredients in Weruva's moist cat food products, Weruva uses many ingredients, including tuna red meat, sometimes referred to as tuna blood meat,

{W3155794.2}

trevally, barramundi, shirasu and red bigeye, as well as Menadione Sodium Biosulfate Complex, that people do not normally eat.

6. As noted, Pets Global competes with Weruva. It is true, as Weruva claims, that Weruva's and Pets Global's cat food products are sometimes located in close proximity in pet stores. Based upon my review of the list of ingredients in Weruva's cat food products, the two companies' chicken cat food products are comparable or similar, even though the precise formulations may differ in some respects. However, the two companies' range of seafood cat food products is quite different in that Pets Global uses only tuna while Weruva uses tuna red meat (a low grade tuna sometimes referred to as tuna blood meat that is commonly used for pet foods) and other fish including tilapia, mackerel, trevally, barramundi, shirasu, red bigeye and sardine.

7. Pets Global first commenced sales of its Fussie Cat line of moist cat foods in the United States in approximately August, 2010. In approximately August 2010, a small amount (approximately 6 containers) of Pets Global's Fussie Cat product was distributed into the United States with a label that stated, in small print, "Product of USA". We stated that because Pets Global is, in fact, an American company. When questions were raised concerning that statement, Pets Global replied that it was (and is) a United States company and that the product itself was made in Thailand. As noted, Pets Global's cat food products are manufactured in the same plant as Weruva's products. When we were advised that the label was incorrect, we stopped all further shipments of Fussie Cat that stated that it was a "Product of USA" and, in fact, on or about November 25, 2010, we returned several containers of Fussie Cat products, which had not yet been released for distribution into the United States, to the factory in Thailand for relabeling with the legend "Product of Thailand".

{W3155794.2}

8.      The next shipments of Fussie Cat products into the United States were made in early January, 2011. Those shipments, and all subsequent shipments of Fussie Cat products, have labels that state that it is "Made in Thailand". Although I cannot know for sure, I doubt very much whether there are any other than perhaps a trivial amount of products from those original six (6) containers that are still available for sale. I reach this conclusion because our distributors typically turn over our shipments of Fussie Cat products approximately every 45 days and nearly 24 months has passed since that original shipment. We only retain product in our warehouse about every six (6) weeks and our distributors typically keep only about five (5) weeks of Fussie Cat products in stock.

9.      During 2011, Pets Global also made various other changes to its labels on cans of Fussie Cat products, including changing a reference to "Prevents Urinary Tract Disease" to "Supports Urinary Tract Health", in order to meet or exceed the demands of the Food and Drug Administration and the 45 states which regulate the labeling of animal food (California, Hawaii, Oregon, Alaska and Nevada do not have regulations), with which we communicated throughout 2011. A sample of a label that has been in use continuously since November 2011 is annexed hereto as Exhibit A.

10.     Currently our Fussie Cat product labels have written approvals from all 45 states which regulate in this area, most of which are based upon a model provided by the Association of American Feed Control Officials (AAFCO). Approvals from a sampling of the states, namely Colorado, Connecticut, Florida, Idaho, Kentucky, Maine, Massachusetts, New Hampshire, New York and Vermont, are annexed hereto as Exhibit B.

11.     Pets Global's management, including myself, were surprised to read in Weruva's complaint in this action that, contrary to what we had been informed previously by the factory in

4

{W3155794.2}

Thailand, some of its cat food products contained ingredients sourced from China. We immediately inquired of the factory, which advised us that it does source peas, carrots, some vitamins and a few other harmless ingredients from China. As a result of that information, Pets Global promptly removed any reference to its products not containing ingredients from China from its marketing materials and took down its entire website. Based upon my review of the ingredients in Weruva's moist cat food products on May 23, 2012, Weruva's cat food products also contain various ingredients sourced from China, including dicalcium phosphate, taurine, manganese sulfate, copper sulfate, carrot and green peas. Copies of the lists of ingredients on Weruva's moist cat food products extracted from its website (http://www.weruva.com) are attached hereto as Exhibit C.

12. Pets Global's Fussie Cat products have "PET FOOD ONLY" stamped prominently on the bottom of can and each can shows, very prominently, a stylized image of a cat.

13. Pets Global has always marketed and disclosed its products as cat food. In addition to marketing every can as "Pet Food Only", and the prominent placement of a photo of a cat on each label, each can of Pet's Global cat food contains the following chart:

FEEDING INSTRUCTIONS

| | |
|---|---|
| Kittens: | Feed up to twice the adult amount daily |
| Adult Cats: | Feed 1 can daily per 4lbs of body weight |
| Pregnant Cats: | Feed 1.25 can daily per 4lbs of body weight |
| Lactating Cats: | Feed 3 cans daily per 4lbs of body weight |

Fresh water should be available at all times.

14. I have reviewed the affidavit of Ward Reynolds, dated April 12, 2012, in this action. Mr. Reynolds refers to the March, 2011, Global Pet Expo in Orlando, Florida, and alleges that I told him that Pets Global's product is the "'same as Weruva's' cat food or words to that effect." This allegation has been made before and is false. As a matter of policy Pets Global does not make any comparison or attempt to compare the formulations of or ingredients in its Fussie Cat cat food products with the products of any other manufacturer. Mr. Reynolds also claims that I asked him, "Have you ever eaten a tuna sandwich at Subway? It's the same stuff", or words to that effect. This allegation is also false. In fact, at the Global Pet Expo in Orlando, Florida, in March 2011 it was the Weruva representatives who likened their tuna cat food products to the tuna sold at Subway restaurants and I simply repeated it to one individual who "secret shopped" at Pets Global's booth at the Orange County Convention Center.

15. It is no secret that Pets Global uses bonito in its Fussie Cat tuna cat food products. While bonito cannot be labeled as tuna for food intended for human consumption in some countries, it is viewed as a delicacy in other countries (e.g., Spain). Bonito and skipjack are both part of the same family of fish, one habitating in waters nearer to shore and one further out to sea. However, again, each can of Pets Global's Fussie Cat cat food products is stamped with the legend "PET FOOD ONLY" and each can shows a prominent image of a stylized cat.

16. Weruva makes certain allegations in this case concerning the use of Menadione Sodium Bisulfate Complex ("<u>Menadione</u>"), which is also known as synthetic Vitamin K-3, in Pets Global's Fussie Cat products. This is a common ingredient in pet food products, as recognized by the United States Food and Drug Administration (*see* Exhibit D hereto) and it is noted on Fussie Cat labels. Moreover, based upon my review of the lists of ingredients in Weruva's cat food products (see Exhibit C), Menadione Sodium Bisulfate Complex is also an

ingredient in many of Weruva's cat food products, including "Outback Grill", "Marbella Paella", "Asian Fusion", "Mack and Jack", "Polynesian BBQ", "Meow Luau", "Mediterranean Harvest" and "Mideast Feast", even though it is not an ingredient that people actually eat, as advertised by Weruva.

17. Pets Global fully discloses its use of Menadione in its products as is reflected by the sample labels annexed hereto as Exhibit A.

18. Pets Global's cans of Fussie Cat cat food contain, and are clearly labeled to contain, a net weight of 80 grams (2.82 oz.). I am not aware of and do not believe that there are any regulatory requirements for the net quantity of contents in a can of cat food. The only FDA regulation of which I am aware is set forth at 21 C.F.R. § 501, which relates only to the declaration of net weight on the label and requires that the declaration appear "within the bottom 30 percent of the area of the label panel", which it does on all Fussie Cat moist cat food products.

19. Pets Global's cat food products are priced significantly lower than Weruva's cat food products. Typically Fussie Cat can be purchased in the United States over the Internet for $21-$22 per case of 24 cans and at retail shops for approximately 89¢ a can. By contrast when I have purchased Weruva's moist cat food products the price is typically $1.25-$1.30 per can.

20. Weruva alleges that Pets Global's Fussie Cat products have more than 2.0% ash, as set forth in the Guaranteed Analysis on each can of Fussie Cat cat food. I believe that this allegation is false. In May, 2011, we requested that the factory where the products are produced submit samples of Fussie Cat cat food products for analysis by an independent laboratory. Copies of the analytical reports from the laboratory are annexed hereto as Exhibit E. Those reports, which are the best evidence available to Pets Global, show that (a) Fussie Cat tuna whole

meat with shrimp in jelly contains 0.98% ash, (b) Fussie Cat tuna whole meat with crab surimi in jelly contains 0.94% ash.

21.     No claim has been made in this case that either Weruva's moist cat food products, or Pets Global's Fussie Cat moist cat food products, pose any risk or danger to cats, their intended consumers, or to humans. I am not aware of any evidence and I do not believe that either company's products pose any risk to the health or well-being of cats or humans.

22.     Weruva makes certains claims to the effect that various AAFCO guidelines and certain state regulations, including 330 Code of Massachusetts Regulations 13.06(1), limit the amount of moisture in pet food to 78%. Based upon my familiarity with these guidelines and regulations, I believe Weruva is incorrect. The actual regulation, in this case 330 CMR 13.06(1), provides: "The maximum moisture in all pet foods shall be guaranteed and shall not exceed 78.00% or the natural moisture content of the constituent ingredients of the product, whichever is greater. Pet foods such as those consisting principally of stew, gravy, sauce, broth, juice or a milk replacer which are so labeled, may contain moisture in excess of 78.00%." Accordingly, the FDA advisory on the subject (http://www.fda.gov/animalveterinary/resourcesforyou/ucm047113.htm) provides that "[u]nder AAFCO regulations, the maximum percentage moisture content for a pet food is 78%, except for products labeled as a "stew," "in sauce," "in gravy," or similar terms. The extra water gives the product the qualities needed to have the appropriate texture and fluidity." This is why all Pets Global Fussie Cat products with a moisture content greater than 78.0% clearly state that they are "in gravy" or "in aspic", or words to that effect.

23.     I have also reviewed the "Guaranteed Analysis" and Average Analysis for each of Weruva's canned cat food products, as shown on its web site on May 23, 2012, which reveals the following data:

| Weruva Product | Guaranteed Analysis Moisture (max) | Average Analysis Moisture |
|---|---|---|
| Paw Lickin' Chicken – With Chicken in Gravy | 85% | 79% |
| Grandma's Chicken Soup – With Chicken and Pumpkin | 85% | 82% |
| Funky Chicken Chicken Soup – Chicken Soup with Pumpkin | 85% | 80% |
| Nine Liver – With Chicken and Chicken Liver in Gravy | 85% | 80% |
| Green Eggs and Chicken – With Chicken, Egg and Greens in Gravy | 85% | 80% |
| Peking Ducken – With Chicken and Duck in Gravy | 85% | 81% |
| On the Cat Wok – With Chicken and Beef in Pumpkin Soup | 85% | 80% |
| Steak Frites – With Beef and Pumpkin in Gravy | 85% | 80% |
| Outback Grill – With Trevally and Barramundi | 85% | 81% |
| Marbella Paella – With Mackerel and Shrimp | 83% | 80% |
| Asian Fusion – With Tuna and Shirasu | 83% | 79% |
| Mack and Jack – With Mackerel and Grilled Skipjack | 82% | 79% |
| Polynesian BBQ – With Grilled Red Bigeye | 82% | 79% |
| Meow Luau – With Mackerel and Pumpkin | 84% | 78% |
| Mediterranean Harvest – With Tuna and Veggies in Gravy | 84% | 78% |
| Mideast Feast – With Grilled Tilapia in Gravy | 84% | 78% |

Therefore, Weruva's products have significantly more moisture content than do Pets Global's products.

24.     I have reviewed the Affidavit of David Forman, dated May 10, 2012, in this action. Mr. Forman claims, in paragraph 16, that an unnamed and unidentified pet store owner in Carpinteria, California, alleged that he was approached by me and that I claimed that Pets Global sells its tuna to Subway restaurants and that I told the unnamed and unidentified pet store owner that Pets Global's cat foods contain the "same ingredients" as Weruva's products. These allegations are false. At no time have I claimed or authorized any other Pets Global representative to claim that Pets Global sells tuna or any other products to Subway. In addition, although a review of the labels on Weruva's cat food products reveal that they have many of the

{W3155794.2}

same ingredients as Pets Global's Fussie Cat cat food products, as a matter of policy Pets Global does not compare or attempt to compose the formulations of or ingredients in its Fussie Cat cat food products with the products of any other manufacturer.

25. I have reviewed the affidavit of Michael Directo, dated April 27, 2012, in this action. Mr. Directo claims, in paragraph 3, that Exhibit A to his affidavit are photographs of a display of Pets Global's Fussie Cat brand cat food in an unnamed pet store in San Diego, California, that he observed in late 2011. Neither the apparently handmade banner just below the "Instinct" brand cat foods that reads "Made in the Starkist plant" or the "New Premium Fussie Cat" banner, showing a price of .89¢, were created, provided or authorized by Pets Global and I have never seen either of them before.

26. A mandatory recall of any of the Fussie Cat products with labels that Weruva complains of would be extraordinarily time-consuming, burdensome and expensive to Pets Global and, in my opinion based upon my industry expertise, irreparably harmful to Pets Global. Initially, given Pets Global's and our distributors' turnover rates, we believe that there are very few, if any, of the cans of older Fussie Cat products with the labels of which Weruva complains that are still available for sale at retail and, if there are, Pets Global has no efficient way of ascertaining where they might be. Currently, Fussie Cat products are sold through approximately 500 retail establishments across the United States. Given Pets Global's limited staff, in order to ascertain with any certainty whether any such older Fussie Cat products are still on any retail shelves, we would need to engage a professional firm to visit each of the approximately 500 stores. Based on my experience, I estimate the direct cost of such a survey to be in the range of $30,000 to $50,000. More importantly, based on my experience with a pet food recall when I was employed by Natural Balance, the very term "recall" engenders a level of

hysteria and panic that results in severe loss of sales that taken years, if ever, to recover, not to mention substantial sales and marketing expense.

Signed under the pains and penalties of perjury this 15th day of June, 2012.

        /s/ Daniel Hereford
        Daniel Hereford

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2012, I electronically filed the above-document and that such document is available for viewing and downloading from the court's ECF system. Service on counsel of record has been effectuated by electronic means.

/s/ *Larry L. Varn*