# EXHIBIT A

# SO TASTY YOU CAN'T RESIST!

NEW & IMPROVED FORMULA

★ 5 STAR GOURMET

97.5% FAT FREE

SUPPORTS URINARY TRACT HEALTH

CHICKEN WITH VEGETABLES *in Gravy*

## QUALITY INGREDIENTS

Chicken (Boneless, Skinless), Water Sufficient For Processing, Carrot, Potato, Tapioca Starch, Green Pea, Sunflower Seed Oil, Tricalcium Phosphate, Xanthan Gum, Calcium Lactate, Fish Broth, Sodium Chloride, Fructooligosaccharides, Choline Chloride, Taurine, Zinc Sulfate, Vitamin E Supplement, Ferrous Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Copper Sulfate, Vitamin D3 Supplement, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Menadione Sodium Bisulfite Complex (Source of Vitamin K3), Vitamin B12 Supplement.

## GUARANTEED ANALYSIS

Crude Protein (min) 11%, Crude Fat (min) 1.5%, Crude Fat (max) 2.5%, Crude Fiber (max) 0.1%, Moisture (max) 85%, Ash (max) 2.0%, Calcium (min) 0.15%, Magnesium (max) 0.03%, Taurine (min) 0.05%, Omega-6* (min) 0.10% *Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profiles

PETS GLOBAL, INC. PO BOX 993, NORTH HOLLYWOOD, CA 91603 USA

Fussie Cat Premium Gourmet Chicken With Vegetables in Gravy formula is formulated to meet the nutritional levels established by the AAFCO Cat Food Nutrient Profiles for All Life Stages.

Fussie Cat ® Registered Trademark website WWW.FUSSIECAT.COM

100% SATISFACTION GUARANTEED
MADE IN THAILAND

BEST BEFORE: SEE CAN BOTTOM
NET WEIGHT 80G (2.82oz)

## FEEDING INSTRUCTION

Kittens: Feed up to twice the adult amount daily
Adult Cats: Feed 1 can daily per 4 lbs of body weight
Pregnant Cats: Feed 1.25 can daily per 4 lbs of body weight
Lactating Cats: Feed 3 cans daily per 4 lbs of body weight
Fresh water should be available at all times

## CALORIE CONTENT

Metabolizable Energy (calculated) 600 kcals Per KG, 48 kcals Per Can



ADJ #1/036611 (03/10/11) Rote/009

MY PRESS