# EXHIBIT B

# COLORADO

DANIEL HEREFORD
PETS GLOBAL, INC.
PO BOX 993 /
NORTH HOLLYWOOD, CA 91601

(Detach at line below)

REGISTRANT NUMBER

2384

DATE OF ISSUE

03/24/2011

EXPIRES

January 31, 2012

# State of Colorado

DEPARTMENT OF AGRICULTURE
DIVISION OF INSPECTION AND CONSUMER SERVICES
2331 W. 31ST AVENUE, DENVER, CO 80211
(303) 477-0081

## COMMERCIAL FEED REGISTRATION

PETS GLOBAL, INC.
PO BOX 993
NORTH HOLLYWOOD, CA 91601



JOHN SALAZAR
Commissioner of
Agriculture

IS HEREBY AUTHORIZED TO ENGAGE IN THE BUSINESS OF MANUFACTURING AND/OR DISTRIBUTING
COMMERCIAL FEED IN ACCORDANCE WITH THE PROVISIONS OF ARTICLE 35. TITLE 60. C.R.S.

# CONNECTICUT



# LICENSE

**Feed Registration**

NO.: 1322

FEE: $880.00

Expires: 12/31/2012

PETS GLOBAL INC
PO BOX 993
NORTH HOLLYWOOD, CA 91603-0993

Connecticut
Department of Agriculture
165 Capitol Ave. Room G8A
Hartford ,CT 06106

PETS GLOBAL INC
PO BOX 993
NORTH HOLLYWOOD, CA 91603-0993

Please notify the Department of
Agriculture within 48 HOURS of any
change in store name, location, sale or
change in ownership

This license is issued in accordance with the General Statutes of Connecticut

**POST IN A CONSPICUOUS PLACE**

---

License: FR1322

Business Address Information
PETS GLOBAL INC
PO BOX 993
NORTH HOLLYWOOD, CA          91603-0993

Registered Products

Product Name

TUNA & MUSSELS IN GRAVY - CAN
TUNA & PRAWNS IN GRAVY - CAN
TUNA & CRAB SURIMI GRAVY - CAN
TUNA & SALMON IN GRAVY - CAN
TUNA & SHRIMP IN GRAVY - CAN
TUNA & SMALL WHITE FISH IN GRAVY - CAN
TUNA & ANCHOVY IN GRAVY - CAN
TUNA & CHICKEN IN GRAVY - CAN
CHICKEN WITH VEGETABLES & BROWN RICE IN SAUCE - CAN
CHICKEN WITH VEGETABLES IN GRAVY - CAN
TUNA & BABY CLAM IN ASPIC - CAN

11



# LICENSE

**Feed Registration**

NO.: 1322

FEE: $800.00

Expires: 12/31/2011

PETS GLOBAL
PO BOX 993
NORTH HOLLYWOOD, CA 91603-0993

...nnecticut
Department of Agriculture
165 Capitol Ave. Room G8A
Hartford ,CT 06106

PETS GLOBAL
DANIEL HEREFORD
PO BOX 993
NORTH HOLLYWOOD, CA 91603-0993

Please notify the Department of
Agriculture within 48 HOURS of any
change in store name, location, sale or
change in ownership

This license is issued in accordance with the General Statutes of Connecticut

**POST IN A CONSPICUOUS PLACE**

---

Business
PETS GL
PO BOX
NORTH H

Mailing ...ess Information
PETS G...AL
DANIEL HEREFORD
PO BOX 993
NORTH HOLLYWOOD, CA      91603-0993

License:   FR1322

Registered Products

| Item # | Brand Name | Product Name |
|---|---|---|
| 1 | FUSSIE CAT | TUNA & MUSSELS IN GRAVY - CAN |
| 2 | FUSSIE CAT | TUNA & PRAWNS IN GRAVY - CAN |
| 3 | FUSSIE CAT | TUNA & CRAB SURIMI GRAVY - CAN |
| 4 | FUSSIE CAT | TUNA & SALMON IN GRAVY - CAN |
| 5 | FUSSIE CAT | TUNA & SHRIMP IN GRAVY - CAN |
| 6 | FUSSIE CAT | TUNA & SMALL WHITE FISH IN GRAVY - CAN |
| 7 | FUSSIE CAT | TUNA & ANCHOVY IN GRAVY - CAN |
| 8 | FUSSIE CAT | TUNA & CHICKEN IN GRAVY - CAN |
| 9 | FUSSIE CAT | CHICKEN VEGETABLES & BROWN RICE IN SAUC |
| 10 | FUSSIE CAT | CHICKEN WITH VEGETABLES IN GRAVY - CAN |

Total Number of Products Registered:   10

# FLORIDA

# STATE OF FLORIDA

REGISTRATION NUMBER: 1734

APPROVAL DATE:  DECEMBER 29, 2011

EXPIRATION DATE:  JUNE 30, 2011



## FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES

### DIVISION OF AGRICULTURAL ENVIRONMENTAL SERVICES
### BUREAU OF COMPLIANCE MONITORING

## FEED MASTER REGISTRATION

This certifies that the named applicant has complied with the administrative requirements of Chapter 580, Florida Statutes, and is hereby authorized to distribute commercial feeds and customer-formula feeds for use in the State of Florida from the date approved until canceled by the Commissioner of Agriculture or until withdrawn or discontinued by the registrant by written notice to the Commissioner.

REGISTRANT NAME & ADDRESS:

PETS GLOBAL, INC.
P.O. BOX 993
NORTH HOLLYWOOD, CA 91601

ADAM H. PUTNAM
Commissioner of Agriculture

# IDAHO

# STATE OF IDAHO

## DEPARTMENT OF AGRICULTURE

C.L. "BUTCH" OTTER
Governor
CELIA R. GOULD
Director

**PETS GLOBAL, INC.**
**DANIEL HEREFORD**
**P.O. BOX 993**
**NORTH HOLLYWOOD, CA  91601**

**Phone: 888-897-7207**

## 2011-2012 CERTIFICATE OF REGISTRATION AND/OR DENIAL FOR COMMERCIAL FEEDING STUFFS

| | |
|---|---|
| **Company Number** | **: 10431** |
| **Certificate Number** | **: 14073** |
| **Certificate Date** | **: 12/6/2011** |

Director of Agriculture
Celia R. Gould

Under authority of the director of the Idaho State Department of Agriculture (ISDA), this document certifies that the COMMERCIAL FEED(S) listed on the ensuing page(s) have been either:

1. **Registered**: Product(s) that have been registered for the current year through September 30, 2012 may be distributed, as registered, into or within the state of Idaho unless modified or cancelled upon further review by the ISDA.  Currently registered products are listed on this certificate with the status code "C".  Products registered with comments and/or denied are listed with the status code "X".

   Note: Some products may be registered with comments.  Any product so designated will require the submission of a revised label before the next registration period, or a written statement from the registrant declaring when the revision will be printed and implemented.  Details pertaining to each product are contained within the ISDA "Tracking Form" accompanying either this certificate or the certificate issued when the product was initially registered with comments.  Products registered with comments are listed on this certificate by product name with the status code "X" and a brief description of corrective actions required.

   Or

2. **Denied**: Product(s) that have been denied registration are not authorized to be distributed into or within the state of Idaho.  Any person distributing a product for which registration has been denied is in violation of Idaho law and is subject to regulatory sanctions including, but not limited to, civil penalties. Denied products listed on this certificate are preceded by the word "DENIED" and have the status code "X" and a reason for the denial.

   Questions concerning this listing should be sent to:
   Idaho Department of Agriculture
   Division of Plant Industries
   PO Box 790
   Boise, Idaho 83701-0790
   Telephone: (208) 332-8620

| Product | | Package Size | Status |
|---------|---|--------------|--------|
| 76726* | FUSSIE CAT PREMIUM TUNA WITH MUSSELS CAT FOOD | <=10lbs | C |
| 76727* | FUSSIE CAT PREMIUM TUNA WITH TIGER PRAWN CAT FOOD | <=10lbs | C |
| 76728* | FUSSIE CAT PREMIUM TUNA WITH CRAB SURIMI CAT FOOD | <=10lbs | C |
| 76729* | FUSSIE CAT PREMIUM TUNA WITH SALMON CAT FOOD | <=10lbs | C |
| 76730* | FUSSIE CAT PREMIUM TUNA WITH ANCHOVY CAT FOOD | <=10lbs | C |
| 76731* | FUSSIE CAT PREMIUM TUNA WITH SHRIMP CAT FOOD | <=10lbs | C |
| 76732* | FUSSIE CAT PREMIUM TUNA WITH SMALL WHITE FISH CAT FOOD | <=10lbs | C |
| 76733* | FUSSIE CAT PREMIUM TUNA WITH CHICKEN CAT FOOD | <=10lbs | C |
| 76734* | FUSSIE CAT PREMIUM CHICHEN WITH VEGETABLES & BROWN RICE CAT FOOD | <=10lbs | C |
| 76735* | FUSSIE CAT PREMIUM CHICKEN WITH VEGETABLES IN GRAVY CAT FOOD | <=10lbs | C |

Note: A "*" after a product number signifies that this is the first time this product has appeared on a 2011-2012 certificate.
Status code: "C" = Current, "X" = Registered with comments or Denied if product name preceded by word "Denied" and "S" = Statewide Stop Sale Issued.

# STATE OF IDAHO
## DEPARTMENT OF AGRICULTURE

C.L. "BUTCH" OTTER
Governor
CELIA R. GOULD
Director

PETS GLOBAL, INC.                    Phone: 888-897-7207
DANIEL HEREFORD
P.O. BOX 993
NORTH HOLLYWOOD, CA  91601

---

## 2010-2011 CERTIFICATE OF REGISTRATION AND/OR DENIAL FOR COMMERCIAL FEEDING STUFFS

Company Number     : 10431
Certificate Number : 13112
Certificate Date   : 8/5/2011

Director of Agriculture
Celia R. Gould

Under authority of the director of the Idaho State Department of Agriculture (ISDA), this document certifies that the COMMERCIAL FEED(S) listed on the ensuing page(s) have been either:

1. **Registered**: Product(s) that have been registered for the current year through September 30, 2011 may be distributed, as registered, into or within the state of Idaho unless modified or cancelled upon further review by the ISDA.   Currently registered products are listed on this certificate with the status code "C".  Products registered with comments and/or denied are listed with the status code "X".

   Note: Some products may be registered with comments.  Any product so designated will require the submission of a revised label before the next registration period, or a written statement from the registrant declaring when the revision will be printed and implemented.  Details pertaining to each product are contained within the ISDA "Tracking Form" accompanying either this certificate or the certificate issued when the product was initially registered with comments.  Products registered with comments are listed on this certificate by product name with the status code "X" and a brief description of corrective actions required.

   Or

2. **Denied**: Product(s) that have been denied registration are not authorized to be distributed into or within the state of Idaho.  Any person distributing a product for which registration has been denied is in violation of Idaho law and is subject to regulatory sanctions including, but not limited to, civil penalties. Denied products listed on this certificate are preceded by the word "DENIED" and have the status code "X" and a reason for the denial.

   Questions concerning this listing should be sent to:
   Idaho Department of Agriculture
   Division of Plant Industries
   PO Box 790
   Boise, Idaho 83701-0790
   Telephone: (208) 332-8620

- 1 -

| Product | Package Size | Status |
|---|---|---|
| 76726* FUSSIE CAT PREMIUM TUNA WITH MUSSELS CAT FOOD | <=10lbs | C |
| 76727* FUSSIE CAT PREMIUM TUNA WITH TIGER PRAWN CAT FOOD | <=10lbs | C |
| 76728* FUSSIE CAT PREMIUM TUNA WITH CRAB SURIMI CAT FOOD | <=10lbs | C |
| 76729* FUSSIE CAT PREMIUM TUNA WITH SALMON CAT FOOD | <=10lbs | C |
| 76730* FUSSIE CAT PREMIUM TUNA WITH ANCHOVY CAT FOOD | <=10lbs | C |
| 76731* FUSSIE CAT PREMIUM TUNA WITH SHRIMP CAT FOOD | <=10lbs | C |
| 76732* FUSSIE CAT PREMIUM TUNA WITH SMALL WHITE FISH CAT FOOD | <=10lbs | C |
| 76733* FUSSIE CAT PREMIUM TUNA WITH CHICKEN CAT FOOD | <=10lbs | C |
| 76734* FUSSIE CAT PREMIUM CHICHEN WITH VEGETABLES & BROWN RICE CAT FOOD | <=10lbs | C |
| 76735* FUSSIE CAT PREMIUM CHICKEN WITH VEGETABLES IN GRAVY CAT FOOD | <=10lbs | C |

Note: A "*" after a product number signifies that this is the first time this product has appeared on a 2010-2011 certificate.
    Status code "C" = Current.  Status code "X" = Registered with comments or Denied if product name preceded by word "Denied".

# KENTUCKY

## STATE OF KENTUCKY APPLICATION FOR REGISTRATION OF COMMERCIAL FEEDS

Return To:

Feed Program Coordinator
Division of Regulatory Services
103 Regulatory Services Bldg.
University of Kentucky
Lexington, KY  40546-0275
(859) 257-6528
www.rs.uky.edu

MAKE CHECKS PAYABLE TO:
DIVISION OF REGULATORY SERVICES

**Instructions:** Submit the application and a label or facsimile for each product. Submit **two** labels if you want a label returned for your records. A copy of the application will be returned.

**Note:** A. Products sold exclusively in a retail package weight of 10 pounds or less. A $50 registration fee is required per product. Submit fee with the application request. Annual re-registration is required on July 1.

B. Products sold in a package weight over 10 pounds. No registration fee is due even if the product is also sold in package weight of 10 pounds of less. An inspection fee of 35 cents per ton or $25 minimum per quarter, whichever is greater, is due each quarter. Tonnage reporting forms are provided each quarter.

I hereby certify the information appearing on the label or facsimile is true and correct in every respect and that each container or bulk delivery will be labeled as described.

Registrant (as shown on label) _PETS GLOBAL, INC._

Street _PO BOX 993_ City _North Hollywood_ State _CA_ Zip _91601_

By _DANIEL HEREFORD_ Title _COO_ Telephone (_888_) _897-7207_

Fax (_661_) _480-0713_ Signed _[signature]_ Date _3-16-11_ E-mail _daniel@pets-global.com_

| If registration submitted by firm other than shown on the label provided: |
|---|
| Company Name_____ Mailing Address_____ |
| City_____ State_____ Zip_____ Telephone (____)_____ |
| Name_____ E-mail_____ |
| In the future will your firm handle registrations? [ ] Yes [ ] No [ ] N/A    Tonnage Reporting? [ ] Yes [ ] No [ ] N/A |

| Complete Product Name (As Shown On Label) | | Product # | Sold Exclusively In 10 Lb. Package Or Less - $50 Fee | Sold In Package Over 10 Lb. or Bulk |
|---|---|---|---|---|
| | | | ------ Check Size ------ | |
| 1. | See attached listing for New Products to be registered in 2011 | | [ ] | [ ] |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

REGISTERED
JUL 2 6 2011
DIV. OF REGULATORY SERVICES

PAID
APR 11 2011

# 6669

Total Registration Fee Submitted $ _500.00_

| Regulatory Services Use: | Check Date _03/16/11_ Type _13_ | Check # _1094_ | $ _500.00_ |
|---|---|---|---|





# MAINE



State of Maine Department of Agriculture, Food and Rural Resources
Division of Quality Assurance and Regulations

# Certificate of Registration

Pets Global Inc

PO Box 993
North Hollywoo   CA        91603

Daniel             Hereford
888-897-7207

| | |
|---|---|
| Serial Number : | 7613 |
| Date of Registration : | 6/7/2011 |
| Registration Number : | 1659 |
| Expiration Date : | 12/31/2011 |

Types of Registration:

Pet Foods

*Hal Pumal*

Director, Division of Quality Assurance

Production Information: On the basis of the information furnished by the applicant and receipt of registration fee(s), the attached products are hereby registered under the provisions of Maine law. Sale of said brands is hereby authorized in the State of Maine when sold in compliance with the provisions of said law during stated period.

| et Foods | Label On File | Fee |
|---|---|---|
| Fussie Cat Premium Tuna & Mussels in Gravy Can Cat Food | ☑ | $100.00 |
| Fussie Cat Premium Tuna & Prawns in Gravy Can Cat Food | ☑ | $100.00 |
| Fussie Cat Premium Tuna & Crab Surimi in Gravy Can Cat Food | ☑ | $100.00 |
| Fussie Cat Premium Tuna & Salmon in Gravy Can Cat Food | ☑ | $100.00 |
| Fussie Cat Premium Tuna & Shrimp in Gravy Can Cat Food | ☑ | $100.00 |
| Fussie Cat Premium Tuna & Small White Fish in Gravy Can Cat Food | ☑ | $100.00 |
| Fussie Cat Premium Tuna & Anchovy in Gravy Can Cat Food | ☑ | $100.00 |
| Fussie Cat Premium Tuna & Chicken in Gravy Can Cat Food | ☑ | $100.00 |
| Fussie Cat Premium Chicken, Vegetable & Brown Rice in Sauce Can Cat Food | ☑ | $100.00 |
| Fussie Cat Premium Chicken w/Vegetable in Gravy Can Cat Food | ☑ | $100.00 |