# EXHIBIT B-1

# MASSACHUSETTS

# MASSACHUSETTS REGISTRATION APPLICATION FOR FEEDS

Please submit in Duplicate:

1. Make check payable to the COMMONWEALTH OF MASSACHUSETTS
2. Send check, application forms and unattached labels to:

    Feed Control Official
    Massachusetts Department of Agricultural Resources
    251 Causeway Street, Suite 500
    Boston, Massachusetts 02114-2151

For period ending December 31.

FIRM NAME: Pets Global, Inc.

ADDRESS: PO Box 993, North Hollywood, CA 91601

Daniel Hereford / President
NAME AND OFFICIAL POSITION OF PERSON SIGNING

DATE: 12-10-11   TELEPHONE #: (888) 897-7207

## BRANDS TO BE REGISTERED

1) Fussie Cat Tuna & Mussels in Aspic Cat food Can
2) Fussie Cat Tuna & Prawns in Aspic Cat food Can
3) Fussie Cat Tuna & Salmon in Aspic Cat food Can
4) Fussie Cat Tuna & Shrimp in Aspic Cat food Can
5) Fussie Cat Tuna & Sm. Whitefish in Aspic Cat food Can
6) Fussie Cat Tuna & Anchovy in Aspic Cat food Can
7) Fussie Cat Tuna & Chicken in Aspic Cat food Can
8) Fussie Cat Tuna & Crabs/Shrimp in Aspic Cat food Can
9) Fussie Cat Tuna & Baby Clams in Aspic Cat food Can
10) Fussie Cat Chicken, Vegetables & Brown Rice in Gravy Cat food Can
11) Fussie Cat Chicken with Vegetables in Gravy Cat food Can

Enclosed is fee of $ 1100.00 covering registration of 11 products.
(Registration fee is $100.00 for each product. Please make check payable to Commonwealth of Massachusetts)

**(Applicant not to fill in below this line)**

## CERTIFICATE OF REGISTRATION

This certifies that the above-named applicant is hereby licensed to sell the above products of Commercial Feed in the Commonwealth of Massachusetts for a period ending December 31 2012 when sold, offered or exposed for sale under the product name, guaranteed analysis and declaration of ingredients exactly as they appear on the enclosed labels.

1/31/12   6259-6269
DATE   REGISTRATION #   CONTROL OFFICIAL

(Registration application forms can be downloaded at www.mass.gov/agr)

# NEW HAMPSHIRE




2011

# New Hampshire Department of Agriculture
## Application for the Registration of Commercial Feeds

To the Commissioner of Agriculture, Markets & Food:
Application is hereby made for the registration of the commercial feeds listed below, for the calendar year ending December 31, 2011, under the provisions of the New Hampshire Commercial Feed Law, RSA 435:17-31.

PLEASE PRINT CLEARLY:

| COMPANY SUBMITTING APPLICATION: Pets Global, Inc. | | # OF PRODUCTS: 11 | AMOUNT (@ $75 per product): 825.00 | DATE: 12-12-11 |
|---|---|---|---|---|
| REGISTERED FOR (contact/company name on product label): Pets Global, Inc. | | WEBSITE: www.pets-global.com | | |
| MAILING ADDRESS: PO Box 993 | CITY: North Hollywood | STATE/PROVINCE: CA | ZIP CODE: 91601 | COUNTRY: USA |
| PERSON COMPLETING APPLICATION: Daniel Hereford | TITLE: President | EMAIL: daniel@pets-global.com | | |
| PHONE: 888-897-7207 | FAX: 661-480-0713 | SIGNATURE: | | |

Please list products in the space below. Include brand, product name, and if new or renewed registration.

Fussie Cat Tuna & Mussels in Aspic Cat Food Can
Fussie Cat Tuna & Prawns in Aspic Cat Food Can
Fussie Cat Tuna & Salmon in Aspic Cat Food Can
Fussie Cat Tuna & Shrimp in Aspic Cat Food Can
Fussie Cat Tuna & Small Whitefish in Aspic Cat Food Can
Fussie Cat Tuna & Anchovy in Aspic Cat Food Can
Fussie Cat Tuna & Chicken in Aspic Cat Food Can
Fussie Cat Tuna & Crab Surimi in Aspic Cat Food Can
Fussie Cat Tuna & Baby Clams in Aspic Cat Food Can
Fussie Cat Chicken with Vegetables in Gravy Cat Food Can
Fussie Cat Chicken, Vegetables and Brown Rice in Gravy Cat Food Can

1/3/2012
1245

825.—

(The section below for Department of Agriculture, Markets & Food use only.)

## CERTIFICATE OF REGISTRATION

This is to certify that the registration fee has been paid on the products listed above and that the registrant is entitled to sell these products in the state of New Hampshire for a period beginning with this date and ending December 31, 2011, 2012. LHW unless such registration is cancelled for due cause.

Registration #'s: 6264-6274   Date 2/7/2012   _____
Commissioner of Agriculture, Markets & Food



2011

## New Hampshire Department of Agriculture
## Application for the Registration of Commercial Feeds

To the Commissioner of Agriculture, Markets & Food:

Application is hereby made for the registration of the commercial feeds listed below, for the calendar year ending December 31, 2011, under the provisions of the New Hampshire Commercial Feed Law, RSA 435:17-31.

**PLEASE PRINT CLEARLY:**

| COMPANY SUBMITTING APPLICATION: Pets Global, Inc. | | # OF PRODUCTS: 10 | AMOUNT (@ $75 per product): $750 | DATE: 11-16-2010 |
|---|---|---|---|---|
| REGISTERED FOR (contact/company name on product label): Pets Global, Inc. | | WEBSITE: www.pets-global.com | | |
| MAILING ADDRESS: PO Box 993 | CITY: North Hollywood | STATE/PROVINCE: CA | ZIP CODE: 91601 | COUNTRY: USA |
| PERSON COMPLETING APPLICATION: Daniel Hereford | TITLE: Vice President / COO | | EMAIL: daniel@pets-global.com | |
| PHONE: 888-897-7207 | FAX: 661-480-0713 | | SIGNATURE: | |

Please list products in the space below. Include brand, product name, and if new or renewed registration.

1. Fussie Cat Premium Tuna with Crab Surimi Formula Cat Food
2. Fussie Cat Premium Tuna with Tiger Prawn Formula Cat Food
3. Fussie Cat Premium Tuna with Salmon Formula Cat Food
4. Fussie Cat Premium Tuna with Anchovy Formula Cat Food
5. Fussie Cat Premium Tuna with Chicken Formula Cat Food
6. Fussie Cat Premium Tuna with Mussels Formula Cat Food
7. Fussie Cat Premium Tuna with Shrimp Formula Cat Food
8. Fussie Cat Premium Tuna with Small White Fish Formula Cat Food
9. Fussie Cat Premium Gourmet Chicken with Vegetables & Brown Rice Formula Cat Food
10. Fussie Cat Premium Gourmet Chicken with Vegetables in Gravy Formula Cat Food

PAID 3/15/2011
CK# 1053
$750.-

(The section below for Department of Agriculture, Markets & Food use only.)

### CERTIFICATE OF REGISTRATION

This is to certify that the registration fee has been paid on the products listed above and that the registrant is entitled to sell these products in the state of New Hampshire for a period beginning with this date and ending December 31, 2011, unless such registration is cancelled for due cause.

Registration #'s: 9306-9315    Date 3/15/2011    _____
Commissioner of Agriculture, Markets & Food

# NEW YORK

FSI 435(rev. 9/09)

Est. No. 700453
Entity No.: 48249
License No.: 660157
Fee: $1100

# NEW YORK STATE
## DEPARTMENT OF AGRICULTURE AND MARKETS
### 10B AIRLINE DRIVE
### ALBANY, NEW YORK 12235
### (518) 457-5457

## REGISTRATION APPROVAL FOR PET
## FOOD AND/OR SPECIALTY PET FOOD(S)

REGISTRATION PERIOD BEGINS ON THE DATE OF APPROVAL AND CONTINUES THROUGH
DECEMBER 31, 2012

PETS GLOBAL INC
PETS GLOBAL INC                                   FEDERAL ID NO. 753270215
PO BOX 993
NORTH HOLLYWOOD, CA 91601

| BRAND NO. | BRAND NAME | TYPE | PROTEIN | FAT | FIBER | MOISTURE | ASH |
|---|---|---|---|---|---|---|---|
| 1- 17170 | FUSSIE CAT PREMIUM TUNA & CRAB SURIMI IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 0.10 | 86.00 | 1.00 |
| 2- 17171 | FUSSIE CAT PREMIUM TUNA & SALMON IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 0.10 | 86.00 | 1.00 |
| 3- 17172 | FUSSIE CAT PREMIUM TUNA & ANCHOVY IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 0.10 | 85.00 | 1.00 |
| 4- 17173 | FUSSIE CAT PREMIUM TUNA & PRAWNS IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 1.00 | 86.00 | 1.00 |
| 5- 17174 | FUSSIE CAT PREMIUM TUNA & MUSSELS IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 0.10 | 86.00 | 1.00 |
| 6- 17175 | FUSSIE CAT PREMIUM CHICKEN WITH VEGETABLES IN GRAVY CAT FOOD | | | | | | |
| | | F | 11.00 | 1.30 | 0.10 | 85.00 | 1.50 |
| 7- 17176 | FUSSIE CAT PREMIUM CHICKEN VEGETABLES & BROWN RICE IN SAUCE CAT FOOD | | | | | | |
| | | F | 9.00 | 1.30 | 0.10 | 87.00 | 1.50 |
| 8- 17177 | FUSSIE CAT PREMIUM TUNA & CHICKEN IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 0.10 | 85.00 | 1.00 |
| 9- 17178 | FUSSIE CAT PREMIUM TUNA & SMALL WHITE FISH IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 0.10 | 85.00 | 1.00 |
| 10- 17179 | FUSSIE CAT PREMIUM TUNA & SHRIMP IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 0.10 | 85.00 | 1.00 |
| 1   19056 | FUSSIE CAT PREMIUM TUNA & BABY CLAM IN ASPIC FORMULA CAT FOOD | | | | | | |
| | | F | 12.00 | 1.40 | 0.50 | 84.50 | 2.00 |

IS CERTIFIES THAT THE APPLICANT IS REGISTERED TO DISTRIBUTE THE ABOVE BRANDS OF PET FOOD(S) AND/OR
ECIALTY PET FOOD IN THE STATE OF NEW YORK PURSUANT TO ARTICLE 8 OF THE AGRICULTURE AND MARKETS
 V.

| December 8, 2011 | DARREL J. AUBERTINE – COMMISSIONER OF AGRICULTURE AND MARKETS |

DATE OF APPROVAL

FSI 435(rev. 9/09)

Est. No. 700453
Entity No.: 48249
License No.: 660157
Fee: $1000.00

# NEW YORK STATE
## DEPARTMENT OF AGRICULTURE AND MARKETS
10B AIRLINE DRIVE
ALBANY, NEW YORK 12235
(518) 457-5457

REGISTRATION APPROVAL FOR PET
FOOD AND/OR SPECIALTY PET FOOD(S)

REGISTRATION PERIOD BEGINS ON THE DATE OF APPROVAL AND CONTINUES THROUGH
DECEMBER 31, 2011

PETS GLOBAL INC
PETS GLOBAL INC
PO BOX 993
NORTH HOLLYWOOD, CA  91601

FEDERAL ID NO.  753270215

| BRAND NO. | BRAND NAME | TYPE | PROTEIN | FAT | FIBER | MOISTURE | ASH |
|---|---|---|---|---|---|---|---|
| 1- 17170 | FUSSIE CAT PREMIUM TUNA & CRAB SURIMI IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 0.10 | 86.00 | 1.00 |
| 2- 17171 | FUSSIE CAT PREMIUM TUNA & SALMON IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 0.10 | 86.00 | 1.00 |
| 3- 17172 | FUSSIE CAT PREMIUM TUNA & ANCHOVY IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 0.10 | 85.00 | 1.00 |
| 4- 17173 | FUSSIE CAT PREMIUM TUNA & PRAWNS IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 1.00 | 86.00 | 1.00 |
| 5- 17174 | FUSSIE CAT PREMIUM TUNA & MUSSELS IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 0.10 | 86.00 | 1.00 |
| 6- 17175 | FUSSIE CAT PREMIUM CHICKEN WITH VEGETABLES IN GRAVY CAT FOOD | | | | | | |
| | | F | 11.00 | 1.30 | 0.10 | 85.00 | 1.50 |
| 7- 17176 | FUSSIE CAT PREMIUM CHICKEN VEGETABLES & BROWN RICE IN SAUCE CAT FOOD | | | | | | |
| | | F | 9.00 | 1.30 | 0.10 | 87.00 | 1.50 |
| 8- 17177 | FUSSIE CAT PREMIUM TUNA & CHICKEN IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 0.10 | 85.00 | 1.00 |
| 9- 17178 | FUSSIE CAT PREMIUM TUNA & SMALL WHITE FISH IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 0.10 | 85.00 | 1.00 |
| 1- 17179 | FUSSIE CAT PREMIUM TUNA & SHRIMP IN GRAVY CAT FOOD | | | | | | |
| | | F | 12.00 | 1.30 | 0.10 | 85.00 | 1.00 |

...CERTIFIES THAT THE APPLICANT IS REGISTERED TO DISTRIBUTE THE ABOVE BRANDS OF PET FOOD(S) AND/OR SPECIALTY PET FOOD IN THE STATE OF NEW YORK PURSUANT TO ARTICLE 8 OF THE AGRICULTURE AND MARKETS LAW.

___April 8, 2011___     PATRICK HOOKER – COMMISSIONER OF AGRICULTURE AND MARKETS

DATE OF APPROVAL

# VERMONT

VERMONT AGENCY OF AGRICULTURE, FOOD, & MARKETS
AGRICULTURAL RESOURCE MANAGEMENT DIVISION
116 STATE STREET, MONTPELIER, VT 05620-2901
(802) 828-2431

## CERTIFICATE OF REGISTRATION FOR COMMERCIAL FEEDING STUFFS FOR 2011

**Correspondent:**

Pets Global Inc
PO Box 993
North Hollywood CA 91601
US

Date: 4/14/2011

USA Plants ID: 000GFJ

Certificate Expires: 3/31/2012

Number of Products: 10

Amount Paid: $750.00

Barcode: 13262

This certifies that the products listed on this certificate have been registered in accordance with the provisions of Title 6, Chapter 25 of the Vermont Statutes Annotated, as amended. Sale of these products is therefore authorized in Vermont until the expiration date so long as they are sold, offered for sale or exposed for sale under labeling showing the pertinent information exactly as shown in the application for registration in compliance with the laws and regulations of Vermont.

*[signature]*

Secretary of Agriculture,
Food and Markets

---

**PETS GLOBAL INC (000GFJ)**

Label Company: PETS GLOBAL INC

| VT Code | Package | Product Name |
|---|---|---|
| 48376 | Can | Fussie Cat Premium Tuna With Crab Surimi (Cat Food) |
| 48377 | Can | Fussie Cat Premium Tuna With Tiger Prawn (Cat Food) |
| 48378 | Can | Fussie Cat Premium Tuna With Salmon (Cat Food) |
| 48379 | Can | Fussie Cat Premium Tuna With Anchovy (Cat Food) |
| 48380 | Can | Fussie Cat Premium Tuna With Chicken (Cat Food) |
| 48381 | Can | Fussie Cat Premium Tuna With Mussels (Cat Food) |
| 48382 | Can | Fussie Cat Premium Tuna With Shrimp (Cat Food) |
| 48383 | Can | Fussie Cat Premium Tuna With Small White Fish (Cat Food) |
| 48384 | Can | Fussie Cat Premium Chicken With Vegetables & Brown Rice (Cat Food) |
| 48385 | Can | Fussie Cat Premium Chicken With Vegetables In Gravy (Cat Food) |