# EXHIBIT C

Below information was extracted from Weruva Website http://www.weruva.com on 23rd May 2012. The following ingredients are found in Weruva Cat Canned as listed in their website:
- Manganese Sulfate
- Taurine
- Green Pea
- Carrot
- Copper Sulfate
- Dicalcium Phosphate

---

### Paw Lickin' Chicken – With Chicken in Gravy
Available in 3.0oz, 5.5oz and 10oz

Give me an order of chicken breast, hold the veggies, hold the grains. In fact, hold everything. And while you're at it, make it free of added antibiotics, free of added hormones and cage free.

#### Ingredients
Chicken (Boneless, Skinless, White Breast), Water Sufficient For Processing, Potato Starch, Sunflower Seed Oil, Dicalcium Phosphate, Xanthan Gum, Choline Chloride, Taurine, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Vitamin D3 Supplement, Copper Sulfate, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 10%, Crude Fat (min) 1.4%, Crude Fiber (max) 0.5%, Moisture (max) 85%, Ash (max) 1.2%, Taurine (min) 0.05%, Calcium (max) 0.20%, Phosphorus (max) 0.17%, Magnesium (max) 0.018%

Calories: 3.0oz Can 46, 5.5oz Can 84

**Average Analysis:**
Crude Protein 12%, Crude Fat 1.7%, Crude Fiber 0.06%, Moisture 79%, Ash 0.74%, Phosphorus 0.14%

Calories: 3.0oz Can 59, 5.5oz Can 108

### Grandma's Chicken Soup – With Chicken and Pumpkin
Available in 3.0oz and 5.5oz

Give me an order of chicken breast, hold the veggies, hold the grains. In fact, hold everything. And while you're at it, make it free of added antibiotics, free of added hormones and cage free.

#### Ingredients
Chicken (Boneless, Skinless, White Breast), Chicken Broth, Carrot, Pumpkin, Pea, Tapioca Starch, Sunflower Seed Oil, Dicalcium Phosphate, Xanthan Gum, Choline Chloride, Taurine, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Vitamin D3 Supplement, Copper Sulfate, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 10%, Crude Fat (min) 1.4%, Crude Fiber (max) 0.5%, Moisture (max) 85%, Ash (max) 1.2%, Taurine (min) 0.05%, Calcium (max) 0.20%, Phosphorus (max) 0.17%, Magnesium (max) 0.018%

Calories: 3.0oz Can 46, 5.5oz Can 84

**Average Analysis:**
Crude Protein 10%, Crude Fat 2%, Crude Fiber 0.09%, Moisture 82%, Ash 0.74%, Phosphorus 0.13%

Calories: 3.0oz Can 54, 5.5oz Can 100

### Funky Chunky Chicken Soup
– Chicken Soup With Pumpkin

Available in 3.0oz and 5.5oz

A hearty chicken soup with boneless, skinless, white breast chicken and lots of chunk for a mouthful! Exploding with carrots and peas... enough to satisfy every hungry tummy! And don't forget, our chicken is cage free and free of added antibiotics and hormones.

**Ingredients**

Chicken (Boneless, Skinless, White Breast), Water Sufficient For Processing, Pumpkin, Carrot, Pea, Potato Starch, Sunflower Seed Oil, Dicalcium Phosphate, Xanthan Gum, Choline Chloride, Taurine, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Vitamin D3 Supplement, Copper Sulfate, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 10%, Crude Fat (min) 1.4%, Crude Fiber (max) 0.5%, Moisture (max) 85%, Ash (max) 1.2%, Taurine (min) 0.05%, Calcium (max) 0.20%, Phosphorus (max) 0.17%, Magnesium (max) 0.018%

Calories: 3.0oz Can 46, 5.5oz Can 84

**Average Analysis:**
Crude Protein 10%, Crude Fat 2%, Crude Fiber 0.09%, Moisture 81%, Ash 0.74%, Phosphorus 0.13%

Calories: 3.0oz Can 54, 5.5oz Can 100

### Nine Liver – With Chicken and Chicken Liver in Gravy

Available in 3.0oz and 5.5oz

Your cat will enjoy every bite of this boneless, skinless, white breast chicken, with chunks of chicken liver in a delicious gravy. Enough to entice every pallet... and who knows, your cat might just gain eight more lives! Did we mention the chicken is cage free and free of added antibiotics and hormones?

**Ingredients**

Chicken (Boneless, Skinless, White Breast), Water Sufficient For Processing, Chicken Liver, Potato Starch, Sunflower Seed Oil, Xanthan Gum, Dicalcium Phosphate, Choline Chloride, Taurine, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Vitamin D3 Supplement, Copper Sulfate, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 10%, Crude Fat (min) 1.4%, Crude Fiber (max) 0.5%, Moisture (max) 85%, Ash (max) 1.2%, Taurine (min) 0.05%, Calcium (max) 0.20%, Phosphorus (max) 0.17%, Magnesium (max) 0.018%

Calories: 3.0oz Can 46, 5.5oz Can 84

**Average Analysis:**
Crude Protein 12%, Crude Fat 2.2%, Crude Fiber 0.06%, Moisture 80%, Ash 0.79%, Phosphorus 0.15%

Calories: 3.0oz Can 63, 5.5oz Can 115

## Green Eggs and Chicken
### – With Chicken, Egg and Greens in Gravy

Available in 3.0oz and 5.5oz

Get the cat out of the hat and into a plate full of boneless, skinless, white breast chicken loaded with the best of the best green veggies in gravy. Your cat will enjoy those garden greens! And let's not forget those bits of egg, perfect for the morning omelet! Made with magic in every bite with chicken free of added antibiotics, hormones and also cage free.

### Ingredients

Chicken (Boneless, Skinless, White Breast), Water Sufficient For Processing, Potato Starch, Egg, Pea, Sunflower Seed Oil, ==Dicalcium Phosphate==, Xanthan Gum, Spinach, Choline Chloride, ==Taurine==, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, ==Manganese Sulfate==, Vitamin D3 Supplement, ==Copper Sulfate==, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 10%, Crude Fat (min) 1.4%, Crude Fiber (max) 0.5%, Moisture (max) 85%, Ash (max) 1.2%, Taurine (min) 0.05%, Calcium (max) 0.20%, Phosphorus (max) 0.17%, Magnesium (max) 0.018%

Calories: 3.0oz Can 46, 5.5oz Can 84

**Average Analysis:**
Crude Protein 12%, Crude Fat 2.3%, Crude Fiber 0.09%, Moisture 80%, Ash 0.77%, Phosphorus 0.15%

Calories: 3.0oz Can 63, 5.5oz Can 117

## Peking Ducken – With Chicken and Duck in Gravy

Available in 3.0oz and 5.5oz

Get your ducks in a row and press your lucken with some Peking Ducken. Chunks of duck breast and chicken breast that are free of added antibiotics and hormones and also cage free . Your cat might enjoy it so much that he/she will "quack" you up by licking the bowl clean!

### Ingredients

Chicken (Boneless, Skinless, White Breast), Water Sufficient For Processing, Duck, Pumpkin, Potato Starch, Sunflower Seed Oil, ==Dicalcium Phosphate==, Xanthan Gum, Choline Chloride, ==Taurine==, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, ==Manganese Sulfate==, Vitamin D3 Supplement, ==Copper Sulfate==, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 10%, Crude Fat (min) 1.4%, Crude Fiber (max) 0.5%, Moisture (max) 85%, Ash (max) 1.2%, Taurine (min) 0.05%, Calcium (max) 0.20%, Phosphorus (max) 0.17%, Magnesium (max) 0.018%

Calories: 3.0oz Can 46, 5.5oz Can 84

**Average Analysis:**
Crude Protein 12%, Crude Fat 2.4%, Crude Fiber 0.08%, Moisture 81%, Ash 0.78%, Phosphorus 0.16%

Calories: 3.0oz Can 64, 5.5oz Can 118

### On the Cat Wok – With Chicken and Beef in Pumpkin Soup

Available in 3.0oz and 5.5oz

Your cat will be strutti' its full belly after dining on this feast of boneless, skinless, white breast meat chicken mixed with shredded beef and some veggies in a delectable pumpkin soup. One meal your cat won't be too sexy for :-). Made with class and sass with chicken that is cage free and free of added antibiotics and hormones.

#### Ingredients

Chicken (Boneless, Skinless, White Breast), Water Sufficient For Processing, Beef, Pumpkin, Potato Starch, Sunflower Seed Oil, Dicalcium Phosphate, Xanthan Gum, Spinach, Choline Chloride, Taurine, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Vitamin D3 Supplement, Copper Sulfate, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 10%, Crude Fat (min) 1.4%, Crude Fiber (max) 0.5%, Moisture (max) 85%, Ash (max) 1.2%, Taurine (min) 0.05%, Calcium (max) 0.20%, Phosphorus (max) 0.17%, Magnesium (max) 0.018%

Calories: 3.0oz Can 46, 5.5oz Can 84

**Average Analysis:**
Crude Protein 12%, Crude Fat 2.1%, Crude Fiber 0.08%, Moisture 80%, Ash 0.88%, Phosphorus 0.15%

Calories: 3.0oz Can 62, 5.5oz Can 114

### Steak Frites – With Beef and Pumpkin in Gravy

Available in 3.0oz and 5.5oz

For all you French lovers out there... even the finickiest of cats don't turn their nose up at this beef treat... mixed with hearty sweet potatoes and pumpkin... chez magnifique!

#### Ingredients

Beef, Water Sufficient For Processing, Pumpkin, Sweet Potato, Potato Starch, Sunflower Seed Oil, Dicalcium Phosphate, Xanthan Gum Choline Chloride, Taurine, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Vitamin D3 Supplement, Copper Sulfate, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 10%, Crude Fat (min) 1.4%, Crude Fiber (max) 0.5%, Moisture (max) 85%, Ash (max) 1.2%, Taurine (min) 0.05%, Calcium (max) 0.20%, Phosphorus (max) 0.17%, Magnesium (max) 0.018%

Calories: 3.0oz Can 46, 5.5oz Can 84

**Average Analysis:**
Crude Protein 12%, Crude Fat 2.3%, Crude Fiber 0.08%, Moisture 80%, Ash 0.92%, Phosphorus 0.16%

Calories: 3.0oz Can 63, 5.5oz Can 117

### Outback Grill – With Trevally and Barramundi

Available in 3.0oz and 5.5oz

Howdy mate! Get your taste of Australian seafood here. Made with exotic Australian seafood including barramundi, an Australian sea bass and trevally, a reef dweller. Like a boomerang your cat will keep coming back for more.

#### Ingredients

Sardine, Trevally, Barramundi, Water Sufficient For Processing, Sunflower Seed Oil, Locust Bean, Carrageenan, Dicalcium Phosphate, Guar Gum, Choline Chloride, Taurine, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Vitamin D3 Supplement, Copper Sulfate, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Menadione Sodium Bisulfite Complex (Source of Vitamin K), Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 10%, Crude Fat (min) 1.4%, Crude Fiber (max) 1.0%, Moisture (max) 85%, Ash (max) 3.0%, Taurine (min) 0.05%, Calcium (max) 0.36%, Phosphorus (max) 0.20%, Magnesium (max) 0.024%

Calories: 3.0oz Can 53, 5.5oz Can 96

**Average Analysis:**
Crude Protein 12%, Crude Fat 3.6%, Crude Fiber 0.07%, Moisture 81%, Ash 1.90%, Phosphorus 0.18%

Calories: 3.0oz Can 73, 5.5oz Can 135

## Marbella Paella – With Mackerel and Shrimp
### Available in 3.0oz and 5.5oz

If you can't bring your cat to Spain, bring Spain to your cat! Rich in Omega-3's, let kitty enjoy a paella mix of mackerel flakes, whole calamari, baby shrimp and mussels. Everything ut the kitchen sink. Fabulosa!

### Ingredients

Mackerel Flakes, Water Sufficient For Processing, Calamari, Shrimp, Mussel, Sunflower Seed Oil, Locust Bean, Carrageenan, Dicalcium Phosphate, Guar Gum, Choline Chloride, Taurine, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Vitamin D3 Supplement, Copper Sulfate, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Menadione Sodium Bisulfite Complex (Source of Vitamin K), Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 12%, Crude Fat (min) 1.6%, Crude Fiber (max) 0.5%, Moisture (max) 83%, Ash (max) 2.0%, Taurine (min) 0.05%, Calcium (max) 0.25%, Phosphorus (max) 0.20%, Magnesium (max) 0.024%

Calories: 3.0oz Can 77, 5.5oz Can 141

**Average Analysis:**
Crude Protein 14%, Crude Fat 2.8%, Crude Fiber 0.08%, Moisture 80%, Ash 1.50%, Phosphorus 0.17%

Calories: 3.0oz Can 74, 5.5oz Can 136

## Asian Fusion – With Tuna and Shirasu
### Available in 3.0oz and 5.5oz

A terrific pacific treat, made with red meat tuna and shirasu. Shirasu are baby anchovies. Translated as "white child" or "white small" perhaps the smallest fish available on the market, shirasu have become a traditional part of the Japanese diet. Like many people throughout the world eat cheese with their wine, many Japanese consume shirasu with their sake.

### Ingredients

Tuna Red Meat, Water Sufficient For Processing, Shirasu, Vegetable Gums (Locust Bean, Guar, Carrageenan), Sunflower Seed Oil, Dicalcium Phosphate, Choline Chloride, Taurine, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Vitamin D3 Supplement, Copper Sulfate, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Menadione Sodium Bisulfite Complex (Source of Vitamin K), Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 12%, Crude Fat (min) 1.6%, Crude Fiber (max) 0.5%, Moisture (max) 83%, Ash (max) 2.0%, Taurine (min) 0.05%, Calcium (max) 0.28%, Phosphorus (max) 0.23%, Magnesium (max) 0.024%

Calories: 3.0oz Can 67, 5.5oz Can 123

**Average Analysis:**
Crude Protein 14%, Crude Fat 2.7%, Crude Fiber 0.09%, Moisture 79%, Ash 1.60%, Phosphorus 0.2%

Calories: 3.0oz Can 73, 5.5oz Can 135

### Mack and Jack – With Mackerel and Grilled Skipjack

Available in 3.0oz, 5.5oz and 10oz

Mack & Jack you Omega-3 maniac! Made with mackerel and skipjack tuna. With the United States consuming nearly a third of the world's catch, simply put, skipjack is the most popularly consumed tuna in the world, surpassing albacore nearly eight times over.

#### Ingredients

Tuna Red Meat, Mackerel Flakes, Water Sufficient For Processing, Skipjack, Sunflower Seed Oil, Locust Bean, Carrageenan, Sunflower Seed Oil, Dicalcium Phosphate, Guar Gum, Choline Chloride, Taurine, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Vitamin D3 Supplement, Copper Sulfate, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Menadione Sodium Bisulfite Complex (Source of Vitamin K), Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 12%, Crude Fat (min) 1.7%, Crude Fiber (max) 1.0%, Moisture (max) 82%, Ash (max) 2.0%, Taurine (min) 0.05%, Calcium (max) 0.25%, Phosphorus (max) 0.20%, Magnesium (max) 0.024%

Calories: 3.0oz Can 60, 5.5oz Can 110

**Average Analysis:**
Crude Protein 14%, Crude Fat 3.2%, Crude Fiber 0.07%, Moisture 79%, Ash 1.50%, Phosphorus 0.17%

Calories: 3.0oz Can 77, 5.5oz Can 142

### Polynesian BBQ – With Grilled Red Bigeye

Available in 3.0oz, 5.5oz and 10oz

Big Redeye is the unique ingredient here, sitting atop sardine cutlets and whole meat tuna. Fit for their carnivorous and nocturnal lifestyles, as you could guess, "bigeye" refers to this fish's unusually large eyes. Native to the tropical and subtropical regions of Pacific and Indian Oceans, Bigeyes tend to live near rock outcroppings or reefs.

#### Ingredients

Sardine, Tuna Whole Meat, Water Sufficient For Processing, Red Bigeye, Sunflower Seed Oil, Locust Bean, Carrageenan, Dicalcium Phosphate, Guar Gum, Choline Chloride, Taurine, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Vitamin D3 Supplement, Copper Sulfate, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Menadione Sodium Bisulfite Complex (Source of Vitamin K), Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 12%, Crude Fat (min) 1.7%, Crude Fiber (max) 1.0%, Moisture (max) 82%, Ash (max) 2.0%, Taurine (min) 0.05%, Calcium (max) 0.25%, Phosphorus (max) 0.20%, Magnesium (max) 0.024%

Calories: 3.0oz Can 64, 5.5oz Can 117

**Average Analysis:**
Crude Protein 13%, Crude Fat 3.4%, Crude Fiber 0.07%, Moisture 79%, Ash 1.60%, Phosphorus 0.17%

Calories: 3.0oz Can 75, 5.5oz Can 138

### Meow Luau – With Mackerel and Pumpkin

Available in 3.0oz and 5.5oz

Hula mackerel! Bring your leis and get your dance on! Made with a touch of pumpkin to help with digestion and loaded with omega-3.

#### Ingredients

Mackerel Flakes, Water Sufficient For Processing, Pumpkin, Carrot, Potato Starch, Sunflower Seed Oil, Dicalcium Phosphate, Xanthan Gum, Choline Chloride, Taurine, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Vitamin D3 Supplement, Copper Sulfate, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Menadione Sodium Bisulfite Complex (Source of Vitamin K), Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 12%, Crude Fat (min) 1.5%, Crude Fiber (max) 1.0%, Moisture (max) 84%, Ash (max) 1.5%, Taurine (min) 0.05%, Calcium (max) 0.25%, Phosphorus (max) 0.20%, Magnesium (max) 0.024%

Calories: 3.0oz Can 74, 5.5oz Can 136

**Average Analysis:**
Crude Protein 14%, Crude Fat 2.9%, Crude Fiber 0.07%, Moisture 78%, Ash 1.40%, Phosphorus 0.17%

Calories: 3.0oz Can 75, 5.5oz Can 137

## Mediterranian Harvest – With Tuna and Veggies in Gravey

### Available in 3.0oz and 5.5oz

Made with dolphin safe wild caught white meat tuna. The finickiest of cats will jump on in! And hey, it looks so good you may dive in too!

### Ingredients

Tuna White Meat, Water Sufficient For Processing, Green Pea, Potato, Tomato, Potato Starch, Sunflower Seed Oil, Dicalcium Phosphate, Xanthan Gum, Choline Chloride, Taurine, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Vitamin D3 Supplement, Copper Sulfate, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Menadione Sodium Bisulfite Complex (Source of Vitamin K), Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 12, Crude Fat (min) 1.5%, Crude Fiber (max) 0.50%, Moisture (max) 84%, Ash (max) 1.5%, Taurine (min) 0.05%, Calcium (max) 0.25%, Phosphorus (max) 0.20%, Magnesium (max) 0.024%

Calories: 3.0oz Can 61, 5.5oz Can 111

**Average Analysis:**
Crude Protein 14%, Crude Fat 2.4%, Crude Fiber 0.06%, Moisture 78%, Ash 1.20%, Phosphorus 0.17%

Calories: 3.0oz Can 71, 5.5oz Can 130

## Mideast Feast – With Grilled Tilapia in Gravey

### Available in 3.0oz, 5.5oz and 10oz

"And I think to myself, what a 'wonderful' fish." Tilapia nilotica, "fish of the Nile," plays a fascinating historical role. Evidence, in the form of hieroglyphic paintings and carvings suggest that not only was tilapia harvested by ancient Egyptians, tilapia was the food of many Pharaohs. Because biblical tradition holds that tilapia was the fish Jesus multiplied and fed to the masses, some have come to know tilapia as "St. Peter's Fish" or "Wonder Fish."

### Ingredients

Tuna Whole Meat, Water Sufficient For Processing, Tilapia, Potato Starch, Sunflower Seed Oil, Dicalcium Phosphate, Xanthan Gum, Choline Chloride, Taurine, Vitamin E Supplement, Zinc Sulfate, Thiamine Mononitrate (Vitamin B1), Nicotinic Acid (Vitamin B3), Ferrous Sulfate, Calcium Pantothenate, Vitamin A Supplement, Potassium Iodide, Manganese Sulfate, Vitamin D3 Supplement, Copper Sulfate, Riboflavin Supplement (Vitamin B2), Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Menadione Sodium Bisulfite Complex (Source of Vitamin K), Vitamin B12 Supplement.

**Guaranteed Analysis:**
Crude Protein (min) 12%, Crude Fat (min) 1.5%, Crude Fiber (max) 1.0%, Moisture (max) 84%, Ash (max) 1.5%, Taurine (min) 0.05%, Calcium (max) 0.25%, Phosphorus (max) 0.20%, Magnesium (max) 0.024%

Calories: 3.0oz Can 61, 5.5oz Can 111

**Average Analysis:**
Crude Protein 14%, Crude Fat 2.9%, Crude Fiber 0.06%, Moisture 78%, Ash 1.20%, Phosphorus0.17%

Calories: 3.0oz Can 75, 5.5oz Can 137