# EXHIBIT E





Accreditation No.1007/43

**Test Report**   2012341                                    Date : 16-May-2011          Page 1 of 1

Client : **Southeast Asian Packaging And Canning Ltd.**
         **233  Moo 4 Bangpoo Industrial Estate T.Praksa**
         **A.Muang Samutprakarn 10280 Thailand**

The following sample(s) was/were submitted and identified by client as:

Sample Description   : GP1029 Tuna whole meat with Shrimp in Jelly
Sample No.           : 2061924
Sample Condition     : Sample is contained in can.
PROD.                : 04/27/2011

Date Received        : 11-May-2011              Date Commenced : 11-May-2011

| Test Items | Method | Results | Units |
|------------|--------|---------|-------|
| Ash | Based on AOAC (2005) 920.153 (LBAG-00124) | 0.98 | % |

"Test(s) marked * on this Report are not included in the DMSc Accreditation Scope for our Laboratory"
***************************************** End of Report ***************************************

Signed for and on behalf of
SGS (Thailand) Limited

**Chin Chaothaworn**
**Agri&Food Lab Manager**

"This Test Report cancels and supersedes the Test Report No.2011244  Dated 13-May-2011 issued by SGS (Thailand) Ltd."

"Any holder of this document is advised that should client or third party information be supplied with respect to the goods or sample, SGS may, at its discretion, attached or indicate such information to the report but SGS makes no warranties or accepts no liable for the veracity or lack thereof of such Information."

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request.
Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 15 days only."

WARNING: The sample(s) to which the findings recorded herein (the "Findings") relate was(were) drawn and / or provided by the Client or by a third party acting at the Client's direction. The Findings constitute no warranty of the sample's representativeness of any goods and strictly relate to the sample(s). The Company accepts no liability with regard to the origin or source from which the sample(s) is/are s

1714054

SGS (Thailand) Limited | Laboratory Services  41/23  Soi Rama III 59 Rama III Road  Chongnonsee  Yannawa  Bangkok 10120
t +66 (0)2 683 05 41  294 74 85-90  f +66 (0)2 294 74 84  683 07 58  www.sgs.com

Member of the SGS Group





Accreditation No.1007/43

**Test Report**   2012343                              Date : 16-May-2011          Page 1 of 1

**Client  :  Southeast Asian Packaging And Canning Ltd.**
              **233  Moo 4 Bangpoo Industrial Estate T.Praksa**
              **A.Muang Samutprakarn 10280 Thailand**

The following sample(s) was/were submitted and identified by client as:

| | |
|---|---|
| Sample Description | : GP1029 Tuna whole meat with Shrimp in Jelly |
| Sample No. | : 2061926 |
| Sample Condition | : Sample is contained in can. |
| PROD. | : 11/18/2010 |

Date Received        : 11-May-2011          Date Commenced  : 11-May-2011

| Test Items | Method | Results | Units |
|---|---|---|---|
| Ash | Based on AOAC (2005) 920.153 (LBAG-00124) | 0.99 | % |

"Test(s) marked * on this Report are not included in the DMSc Accreditation Scope for our Laboratory"
************************************* End of Report **********************************************

Signed for and on behalf of
SGS (Thailand) Limited

**Chin Chaothaworn**
**Agri&Food Lab Manager**

"This Test Report cancels and supersedes the Test Report No.2011242  Dated 13-May-2011 issued by SGS (Thailand) Ltd."

"Any holder of this document is advised that should client or third party information be supplied with respect to the goods or sample, SGS may, at its discretion, attached or indicate such information to the report but SGS makes no warranties or accepts no liable for the veracity or lack thereof of such Information."

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request.
Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 15 days only."

WARNING: The sample(s) to which the findings recorded herein (the "Findings") relate was(were) drawn and / or provided by the Client or by a third party acting at the Client's direction. The Findings constitute no warranty of the sample's representativeness of any goods and strictly relate to the sample(s). The Company accepts no liability with regard to the origin or source from which the sample(s) is/are s

1714056

SGS (Thailand) Limited | Laboratory Services 41/23 Soi Rama III 59 Rama III Road  Chongnonsee  Yannawa  Bangkok 10120
t +66 (0)2 683 05 41  294 74 85-90  f +66 (0)2 294 74 84  683 07 58  www.sgs.com

Member of the SGS Group

    

Accreditation No.1007/43

**Test Report**   2012342                          Date : 16-May-2011            Page 1 of 1

Client : **Southeast Asian Packaging And Canning Ltd.**
         **233 Moo 4 Bangpoo Industrial Estate T.Praksa**
         **A.Muang Samutprakarn 10280 Thailand**

The following sample(s) was/were submitted and identified by client as:

Sample Description    : GP1030 Tuna whole meat with Crab surimi in Jelly
Sample No.            : 2061925
Sample Condition      : Sample is contained in can.
PROD.                 : 04/28/2011

Date Received         : 11-May-2011        Date Commenced : 11-May-2011

| Test Items | Method | Results | Units |
|------------|--------|---------|-------|
| Ash | Based on AOAC (2005) 920.153 (LBAG-00124) | 0.94 | % |

"Test(s) marked * on this Report are not included in the DMSc Accreditation Scope for our Laboratory"
***************************************** End of Report *****************************************

Signed for and on behalf of
SGS (Thailand) Limited

*Chin C.*

**Chin Chaothaworn**
**Agri&Food Lab Manager**

"This Test Report cancels and supersedes the Test Report No.2011243  Dated 13-May-2011 issued by SGS (Thailand) Ltd."

"Any holder of this document is advised that should client or third party information be supplied with respect to the goods or sample, SGS may, at its discretion, attached and indicate such information to the report but SGS makes no warranties or accepts no liable for the veracity or lack thereof of such Information."

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 15 days only.*

WARNING: The sample(s) to which the findings recorded herein (the "Findings") relate was(were) drawn and / or provided by the Client or by a third party acting at the Client's direction. The Findings constitute no warranty of the sample's representativeness of any goods and strictly relate to the sample(s). The Company accepts no liability with regard to the origin or source from which the sample(s) is/are said to be extracted.

1714055

SGS (Thailand) Limited | Laboratory Services  41/23  Soi Rama III 59 Rama III Road  Chongnonsee  Yannawa  Bangkok 10120
t +66 (0)2 683 05 41  294 74 85-90  f +66 (0)2 294 74 84  683 07 58  www.sgs.com

Member of the SGS Group





Accreditation No.1007/43

**Test Report**   2012344                    Date : 16-May-2011          Page 1 of 1

**Client :   Southeast Asian Packaging And Canning Ltd.**
            **233  Moo 4 Bangpoo Industrial Estate T.Praksa**
            **A.Muang Samutprakarn 10280 Thailand**

The following sample(s) was/were submitted and identified by client as:

| | |
|---|---|
| Sample Description | : GP1030 Tuna whole meat with Crab surimi in Jelly |
| Sample No. | : 2061927 |
| Sample Condition | : Sample is contained in can. |
| PROD. | : 11/20/2010 |

Date Received        : 11-May-2011          Date Commenced  : 11-May-2011

| Test Items | Method | Results | Units |
|---|---|---|---|
| Ash | Based on AOAC (2005) 920.153 (LBAG-00124) | 0.94 | % |

"Test(s) marked * on this Report are not included in the DMSc Accreditation Scope for our Laboratory"
****************************************** End of Report ******************************************

Signed for and on behalf of
SGS (Thailand) Limited

Chin Chaothaworn
Agri&Food Lab Manager

"This Test Report cancels and supersedes the Test Report No.2011241 Dated 13-May-2011 issued by SGS (Thailand) Ltd."
"Any holder of this document is advised that should client or third party information be supplied with respect to the goods or sample, SGS may, at its discretion, attached or indicate such information to the report but SGS makes no warranties or accepts no liable for the veracity or lack thereof of such Information."

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request.
Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 15 days only."

WARNING: The sample(s) to which the findings recorded herein (the "Findings") relate was(were) drawn and / or provided by the Client or by a third party acting at the Client's direction. The Findings constitute no warranty of the sample's representativeness of any goods and strictly relate to the sample(s). The Company accepts no liability with regard to the origin or source from which the sample(s) is/are s

1714057

SGS (Thailand) Limited | Laboratory Services 41/23 Soi Rama III 59 Rama III Road Chongnonsee Yannawa Bangkok 10120
t +66 (0)2 683 05 41  294 74 85-90  f +66 (0)2 294 74 84  683 07 58  www.sgs.com

Member of the SGS Group

**Calvin Lee**

| | |
|---|---|
| **From:** | <Dassakorn@kingfisher.co.th> |
| **Date:** | Tuesday, 27 March, 2012 5:52 PM |
| **To:** | "Calvin Lee" <calvin@pets-global.com> |
| **Cc:** | <veerasak@kingfisher.co.th> |
| **Subject:** | Re: Any Ingredients from China |

Dear Calvin,

Regarding the ingredients from China that have been used, please kindly see the list below.

1. Copper sulfate pentahydrate
2. Dicalcium phosphate
3. Taurine
4. Manganese sulfate monohydrate
5. Carrot
6. Green pea

Anyway, you can be assured that the ingredients above are from our selective suppliers and all items meet our quality standard. Moreover, the ingredients are also used with the products to both the EU and USA .

Warm Regards,
Dassakorn

| | |
|---|---|
| From: | "Calvin Lee" <calvin@pets-global.com> |
| To: | <dassakorn@kingfisher.co.th>, |
| Cc: | <veerasak@kingfisher.co.th> |
| Date: | 26/03/2012 09:25 |
| Subject: | Any Ingredients from China |

Dear Dassakorn,

Just like to clarify with you, whether our products uses any ingredients from China? From my understanding, all along we have emphasize not to use any ingredients from China, please re-confirm whether this statement still hold.

Please revert asap.

Best Regards,

Calvin

Caution - This message and/or attachment may contain privileged and confidential information which sent to intended person/party only.

If you are not the intended recipient of this message, or have received this message in error please delete it.

You are hereby notified that any use, dissemination, distribution or reproduction of this message is prohibited.

23/5/2012