UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WERUVA INTERNATIONAL, INC., ) ) ) Plaintiff ) v. ) ) PETS GLOBAL, INC. d/b/a Fussie Cat and ) Premium Fussie Cat, ) ) Defendant ) ) | CASE NO.: 1:12-CV-10447 (WGY) |

## NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION

The plaintiff, Weruva International, Inc., hereby withdraws its Motion for Preliminary Injunction.

Dated: June 20, 2012

Respectfully submitted,
WERUVA INTERNATIONAL, INC.
By its attorneys,

*/s/ Charles F. Rodman*
Charles F. Rodman, BBO# 641216
rodman@rodmanlawgroup.com
Matthew J. Wayne, BBO# 674923
wayne@rodmanlawgroup.com
Rodman Law Group LLC
36 Washington Street, Suite 190
Wellesley Hills, MA 02481
(781) 237-5500 [P]
(781) 237-5550 [F]

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Withdrawal of Motion for Preliminary Injunction was served upon the attorney of record for all parties via the Court's electronic filing system on June 20, 2012.

*/s/ Matthew J. Wayne*
Matthew J. Wayne