UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WERUVA INTERNATIONAL, INC., | ) | |
| | ) | CASE NO.: 1:12-cv-10447 (WGY) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PETS GLOBAL, INC. d/b/a Fussie Cat and Premium Fussie Cat, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE JURY TRIAL

The plaintiff, Weruva International, Inc. ("Weruva"), respectfully submits this Motion to Continue the Jury Trial (the "Motion") scheduled for July 2, 2012. Weruva's counsel has conferred with counsel for Pets Global, Inc. ("PGI") about the relief sought through this Motion and PGI's counsel has represented that they do not oppose the relief sought by the instant Motion. Moreover, the Motion for Preliminary Injunction, which precipitated the advanced trial date, has been withdrawn by Weruva. Weruva, without objection from PGI, hereby requests that the jury trial be continued to an open trial date in September of 2012 and that a Rule 16 Scheduling Conference be set by the Court so that the parties may engage in discovery pursuant to the resulting Scheduling Order.

A jury trial in the matter is currently scheduled for July 2, 2012 and no prior continuances have been sought or granted. The Defendant does not oppose the relief sought by the instant motion.

Good cause exists for the requested continuance because, although the parties have attempted to begin discovery efforts within the truncated discovery schedule of two weeks, it has

become clear that, through no fault of either party, the essential witnesses in this case – on both liability and damages – are too numerous and geographically spread out to permit the parties to engage in a meaningful discovery effort or to appropriately prepare for the trial of this action. Specifically, Weruva requires a larger time period in which to engage in discovery; essential witnesses like the owner of PGI, Raymond Lee, and the owner of the factory where PGI's cat food is manufactured and packaged, and its labels are applied, are overseas and cannot be compelled to testify at trial, or deposed in accordance with rules governing international judicial process in Singapore and Thailand (where they each work and reside respectively) in such a short amount of time.  Furthermore, Weruva intends to commission a customer survey concerning PGI's allegedly false and misleading statements.

Weruva's anticipated expert witness, Carl Jenkins, in addition to serving as an expert witness in a case presently on trial at the New Bedford Superior Court, requires more than two weeks to analyze all of the financial data which would be produced by both parties and any third-party witnesses in order to offer an opinion as to the extent of Weruva's damages.  In addition, the schedules of Weruva's representatives and employees, some of whom will be in California for the duration of next week for an important pre-scheduled professional trade show, while others have prescheduled meetings with important customers, make it extremely difficult, if not impossible, to prepare for trial by July 2, 2012.  In addition, one of Weruva's key witnesses is scheduled to be in Korea during the week of July 4, 2012.

Consequently, Weruva, in consultation with counsel for PGI, has agreed to withdraw its Motion for Preliminary Injunction – thereby removing it from the consolidation procedure permitted by Fed. R. Civ. P. 65(a)(2) – and now requests that this Court schedule the trial for a date in September so that the parties can be assured to have all relevant witnesses heard, either

through live testimony or deposition transcripts, at trial, and so that they can engage in the type of discovery effort that is likely to be meaningful and less intrusive on the schedules of counsel, parties, and witnesses.

  Weruva's motion is supported by the accompanying Memorandum of Law, the Affidavit of Charles F. Rodman, Esquire, the Affidavit of Carl Jenkins, the Affidavit David Forman, and all other files and records in the above-titled matter.

Dated: June 21, 2012        WERUVA INTERNATIONAL, INC.
                By its attorney,

                */s/ Charles F. Rodman*
                Charles F. Rodman, BBO# 641216
                rodman@rodmanlawgroup.com
                Matthew J. Wayne, BBO# 674923
                wayne@rodmanlawgroup.com
                Rodman Law Group LLC
                36 Washington Street, Suite 190
                Wellesley Hills, MA 02481
                (781) 237-5500 [P]
                (781) 237-5550 [F]

CERTIFICATION PURSUANT TO LR 7.1(a)(2)

  I hereby certify that pursuant to Local Rule 7.1(A)(2), on June 20, 2012, I conferred with Larry Varn, attorney for defendant Pets Global, Inc., in a good faith effort to resolve or narrow the issues contained within this motion.

                */s/ Charles F. Rodman*
                Charles F. Rodman

///

///

///

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion to Continue Jury Trial was served upon the attorney of record for all parties via the Court's electronic filing system on June 21, 2012.

*/s/ Matthew J. Wayne*
Matthew J. Wayne