UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WERUVA INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PETS GLOBAL, INC. d/b/a Fussie )<br>Cat and Premium Fussie Cat, )<br>)<br>Defendant. )<br> | Civil Action No. 1:12-CV-10447-WGY |

**RESPONSE OF DEFENDANT PETS GLOBAL, INC. TO PLAINTIFF'S
NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION**

Defendant Pets Global, Inc. ("Pets Global"), by its attorneys, Pierce Atwood LLP, responds at follows to Plaintiff's Notice of Withdrawal of Motion for Preliminary Injunction (the "Withdrawal Notice") (Document #27):

1. Pets Global naturally concurs in the Withdrawal Notice. However, Pets Global requests that the Court endorse the withdrawal with prejudice.

2. It is Pets Global's position that the underlying motion, now withdrawn, was utterly without merit, as previously briefed, and grounded in little more than hearsay, hysteria and hyperbole. Unfortunately, Pets Global was required to expend substantial time, corporate resources and money responding to a motion that was doomed from the outset. In addition, the Court was called upon to devote significant resources to the matter, it clearly being the Court's directive to consolidate the motion with a trial on the merits that provoked plaintiff into a crashing collision with the obvious, namely that the motion was futile. Pets Global should not, therefore, be called upon to repeat the exercise, and expressly reserves all of its rights.

{W3183869.1}

WHEREFORE, Pets Global respectfully concurs in the withdrawal of the Motion for Preliminary Injunction but requests that the withdrawal be with prejudice and that the Court grant Pets Global such further and additional relief as the Court deems just and proper.

        Respectfully submitted,

        PETS GLOBAL, INC. d/b/a Fussie
        Cat and Premium Fussie Cat

        By its attorneys,

Dated:  June 21, 2012        /s/ Larry L. Varn
        Larry L. Varn (BBO #508130)
        lvarn@pierceatwood.com
        Jeffrey E. Francis (BBO #639944)
        jfrancis@pierceatwood.com
        PIERCE ATWOOD LLP
        100 Summer Street, Suite 2250
        Boston, MA  02110
        Telephone: (617) 488-8100
        Facsimile: (617) 824-2020

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of June, 2012, I electronically filed the above-document and that such document is available for viewing and downloading from the court's ECF system.  Service on counsel of record has been effectuated by electronic means.

                                                */s/ Larry L. Varn*

{W3183869.1}