UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WERUVA INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETS GLOBAL, INC. d/b/a Fussie Cat and Premium Fussie Cat, <br><br> Defendant. | CASE NO.: 1:12-CV-10447 (WGY) |

### **DEFENDANT'S MOTION FOR ENTRY OF SCHEDULING ORDER**

Defendant Pets Global, Inc. d/b/a Fussie Cat and Premium Fussie Cat ("Pets Global"), by its attorneys, Pierce Atwood LLP, hereby moves the Court for entry of the proposed pretrial schedule set forth below. In support hereof, Pets Global states as follows:

*Procedural Background*

1. On March 9, 2012, plaintiff Weruva International, Inc. ("Weruva") initiated this action by filing its complaint against Pets Global.

2. On May 11, 2012, Weruva filed a motion for a preliminary injunction seeking, inter alia, a mandatory recall of certain of Pets Global's products across the United States.

3. On June 18, 2012, the Court combined Weruva's motion for a preliminary injunction with a trial on the merits and set this matter for trial by jury on July 2, 2012.

4. On June 20, 2012, Weruva withdrew its motion for a preliminary injunction and, on the next day, Weruva moved to continue the trial on the merits until September, 2012.

5. On June 21, 2012, the Court continued the trial of this matter until September 4, 2012.

*Proposed Scheduling Order*

6. Pets Global believes that the entry of the following scheduling order will facilitate the orderly prosecution of this matter to trial. Weruva has not assented to the entry of this order and has, instead, taken the position that no scheduling order is necessary in this matter.

7. Pets Global respectfully requests entry of the following pre-trial scheduling order:

I.   **Proposed Pretrial Schedule.**

   **A. Written Discovery and Non-Expert Depositions**

All discovery, including written discovery and depositions, shall be completed by August 24, 2012.

   **B. Expert Discovery**

Pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule 16.5(C), the following schedule will govern the disclosure of trial experts and related information:

(a) Weruva's expert disclosures shall be made and served by July 27, 2012;

(b) Pets Global's expert disclosures shall be made and served by August 20, 2012; and

(c) expert discovery and depositions shall be completed by August 24, 2012.

   **C. Pretrial Conference**

The Court has scheduled a pretrial conference for July 25, 2012, at 2:00 p.m. The parties shall file a joint pretrial memorandum pursuant to Local Rule 16.5(D) no later than July 23, 2012.

II.  **Trial by Magistrate Judge.**

Pursuant to Local Rule 16.1(b)(3), the parties do not consent to trial by magistrate judge at this time.

{Motion for Entry of Scheduling Order (W3202744-2).1}

### III. Settlement Positions.

The parties shall exchange written settlement proposals on or before July 9, 2012.

### IV. Motions.

All dispositive motions shall be filed and served by August 17, 2012. All motions *in limine* shall be filed, served and reserved for disposition prior to the time of trial.

### V. Alternative Dispute Resolution.

Pets Global proposes that the parties participate in a mediation during the month of July, 2012.

### VI. Local Rule 16.1(D)(3) Certifications.

Pets Global will separately file a certificate that it and its counsel have undertaken their obligations under L.R. 16.1(D)(3).

WHEREFORE, Pets Global respectfully requests that the Court enter the above-described pre-trial order and grant Pets Global such further relief as the Court deems just and proper.

Respectfully submitted,

Dated: July 2, 2012        PETS GLOBAL, INC.

By its attorneys,

*/s/ Larry L. Varn*
Larry L. Varn (BBO# 508130)
Lvarn@pierceatwood.com
Jeffrey E. Francis (BBO# 639944)
jfrancis@pierceatwood.com
Pierce Atwood LLP
100 Summer Street, Suite 2250
Boston, MA 02110
(617) 488-8136  Telephone
(617) 824-2020  Facsimile

3

## Local Rule 7.1 Cerification

Counsel for Pets Global certifies that they conferred by e-mail and by telephone on numerous occasions regarding the relief sought in this motion but that counsel for Weruva was not willing to assent to the relief sought herein and took the position that a Joint Scheduling Statement was unnecessary in this matter.

*/s/ Jeffrey E. Francis*
Jeffrey E. Francis

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above documentwas served upon the attorney of record for all parties via the Court's electronic filing system on July 2, 2012.

*/s/ Jeffrey E. Francis*
Jeffrey E. Francis

SO ORDERED, this _____ day of _____, 2012

_____
United States District Judge