UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WERUVA INTERNATIONAL, INC., | ) ) ) | CASE NO.: 1:12-CV-10447 (WGY) |
| Plaintiff | ) |  |
| v. | ) ) |  |
| PETS GLOBAL, INC. d/b/a Fussie Cat and Premium Fussie Cat, | ) ) ) |  |
| Defendant | ) ) ) |  |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR ENTRY OF SCHEDULING ORDER**

The Plaintiff, Weruva International, Inc. ("Weruva"), hereby submits its Opposition to Defendant Pets Global Inc.'s ("PGI") Motion for Entry of Scheduling Order.  While Weruva has the understanding that the Court will not be entering a Scheduling Order given the truncated pretrial schedule, it is not necessarily opposed to the Court's entry of a Scheduling Order that establishes expedited deadlines for the completion of discovery and expert disclosures.  Accordingly, to the extent the Court is inclined to enter a Scheduling Order, Weruva respectfully proposes that, in accordance with Fed. R. Civ. P. 16(b) and Local Rule 26.3, the following expedited Scheduling Order deadlines be established:

    **I.**    **Proposed Pretrial Schedule.**

        **A.  Written Discovery**

Each party has already served one (1) written discovery request.  In light of the truncated period of time to complete all fact discovery, it is not feasible for the parties to adhere to the standard response deadlines set forth within the Federal Rules of Civil Procedure.  Therefore,

Weruva proposes that the Court establish the following procedure related to the service of, and response to, written discovery requests:

    (1)    all presently pending written discovery requests shall be responded to on or before July 13, 2012; and

    (2)    all written discovery requests served after June 29, 2012 shall be responded to no later than fourteen (14) calendar days from the date that service of the request was made.

This truncated response time will enable to parties to efficiently and timely complete all written discovery that needs to take place before trial under the Court's expedited pretrial schedule.

### B. Non-Expert Depositions

Weruva agrees with PGI that all non-expert depositions should be completed on or before August 24, 2012.

### C. Expert Discovery

At the present time, PGI has indicated that it will not disclose any information related to PGI's sales or finances in discovery. Weruva's financial expert requires the disclosure of this information in order to provide a complete computation and analysis of the damages Weruva seeks to recover at trial. Therefore, because it appears that the parties will be engaged in motion practice concerning the disclosure of information related to PGI's sales and finances, PGI's proposed deadlines for expert disclosures are not feasible.

Weruva proposes that the parties' disclosure of trial experts and related information under Fed. R. Civ. P. 26(a)(2) and Local Rule 16.5(C) should be made as follows:

    (1)    Weruva's expert disclosures should be made by August 17, 2012;

(2) PGI's expert disclosures should be made by August 24, 2012; and

(3) All expert discovery should be completed by August 31, 2012.

Weruva's proposed deadlines should give the parties sufficient time to engage in motion practice concerning PGI's disclosure of this information, and Weruva's expert witness sufficient time to review any information that PGI discloses related to its sales and finances.

### D. Pretrial Conference

Weruva agrees with PGI's proposal that the parties should file a joint pretrial memorandum pursuant to Local Rule 16.5(D) no later than July 23, 2012.

### II. Motions.

Weruva agrees with PGI's proposal that all dispositive motions should be filed and served on or before August 17, 2012, and that all motions *in limine* shall be filed, served and reserved for disposition prior to the time of trial.

WHEREFORE, Weruva hereby opposes the relief sought through PGI's Motion and respectfully requests that, to the extent the Court is inclined to enter a Scheduling Order, the Court establish the above-referenced expedited Scheduling Order deadlines, and award Weruva any such other and further relief that it deems just and proper.

Dated: July 2, 2012

Respectfully submitted,
WERUVA INTERNATIONAL, INC.
By its attorney,

*/s/ Matthew J. Wayne*
Charles F. Rodman, BBO# 641216
rodman@rodmanlawgroup.com
Matthew J. Wayne, BBO# 674923
wayne@rodmanlawgroup.com
Rodman Law Group LLC
36 Washington Street, Suite 190
Wellesley Hills, MA 02481
(781) 237-5500 [P]
(781) 237-5550 [F]

CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing Opposition to Defendant's Motion for Entry of Scheduling Order was served upon the attorney of record for all parties via the Court's electronic filing system on July 2, 2012.

                                                */s/ Matthew J. Wayne*
                                                Matthew J. Wayne