UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

|  |  |  |
|---|---|---|
| WERUVA INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:12-CV-10447-WGY |
| | ) | |
| PETS GLOBAL, INC. d/b/a Fussie | ) | |
| Cat and Premium Fussie Cat, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR A PROTECTIVE ORDER AND
TO ESTABLISH SCHEDULE FOR CALIFORNIA DEPOSITIONS**

Pursuant to Fed. R. Civ. P. 26(c)(1)(B), defendant Pets Global, Inc. d/b/a Fussie Cat and

Premium Fussie Cat ("Pets Global"), by its attorneys, Pierce Atwood LLP, hereby moves the

Court for a protective order quashing various deposition notices issued by the plaintiff, Weruva

International, Inc. ("Weruva"),  to take depositions in Tustin, California, the week of July 30,

2012, and ordering that those depositions, as well as any other depositions proposed to be taken

in southern California, take place the week of August 13, 2012.  As grounds for this motion,

which Pets Global makes with extreme reluctance, Pets Global states:

1.      At the hearing on June 18, 2012, the Court directed the parties to cooperate in

discovery.  Subsequently, after Weruva withdrew its motion for a preliminary injunction and

mandatory product recall, the Court rescheduled the trial of this matter from July 2, 2012, to

September 4, 2012.  Despite the rescheduling, this case is proceeding on a significantly

accelerated track that is made all the more complicated by the fact that it encompasses the

traditional summer vacation months.

2.      As a part of its discovery campaign, potentially involving 28 witnesses (as last count) across the nation.  Weruva has expressed the intention to take various depositions, both of Pets Global personnel and certain non-parties, in southern California.  The Pets Global personnel are Raymond Lee, a Pets Global director and officer who is a British subject but lives in Singapore, Daniel Hereford, Pets Global's President and a California resident, and Henry Lam, a Pets Global sales representative who resides in Florida.  The non-parties that Weruva hopes to depose in California (at least so far) are Joseph Hereford, a former Pets Global employee who resides in the San Diego area, and David Dzanis, a consultant to Pets Global who worked only on its dog food line that has nothing to do with the "Fussie Cat" cat food products involved in this case.

3.      In an effort to accommodate the business and family commitments of all concerned, Pets Global has proposed that these California depositions take place the week of August 13, 2012, and has made arrangements for all three of its personnel to be in the Los Angeles area that week, including Mr. Lee, who has booked a ticket to fly, quite literally, halfway around the world from his home in Singapore on August 12, 2012, and Mr. Lam, who Pets Global is voluntarily bringing to California from his home in Florida.  Nevertheless, Weruva's counsel has flat-out refused to take the depositions that week, insisting instead that they take place the week of July 30, 2012, when none of the Pets Global people are scheduled to be in California owing to previous commitments (all of which can be demonstrated by a sheaf of affidavits if the Court so desires) and when Pets Global's lead counsel has numerous pre-existing commitments in a prior pending action in the Suffolk Superior Court Business Litigation Session ("BLS").  The commitments in the BLS case currently require that Pets Global's lead counsel be in Boston and in Portland, Maine, the weeks of July 30-August 3 and August 6-10.  Weruva's

{W3218317.1}

counsel's only explanation is that the week of August 13th is "too close to trial"; however, that excuse is not credible since the trial is not scheduled to commence until September 4th, over two full weeks later.  Earlier, Weruva's counsel complained that this schedule was too close to the dispositive motion deadline, but Pets Global's counsel readily agreed to cooperate to alleviate that concern.

4.      Despite repeated conferences to attempt to resolve this issue, Weruva's counsel has not asserted any scheduling conflict with the week of August 13, 2012 but has merely relied on his discomfort with how the week of August 13, 2012 fits in with the remaining schedule for this matter.  Pets Global's counsel is available for a conference regarding this unfortunate imposition upon the Court if required.

WHEREFORE, defendant Pets Global, Inc. respectfully requests that the Court quash the deposition notices issued by the plaintiff, Weruva International, Inc., to take depositions in Tustin, California, the week of July 30, 2012, and order that those depositions, as well as any other depositions proposed to be taken in southern California, take place the week of August 13, 2012.

Dated: July 11, 2012                                  Respectfully submitted,

                                                      PETS GLOBAL, INC.

                                                      By its attorneys,

                                                      /s/ Larry L. Varn
                                                      Larry L. Varn (BBO #508130)
                                                      lvarn@pierceatwood.com
                                                      Jeffrey E. Francis (BBO #639944)
                                                      jfrancis@pierceatwood.com
                                                      PIERCE ATWOOD LLP
                                                      100 Summer Street, Suite 2250
                                                      Boston, MA  02110
                                                      Telephone: (617) 488-8100
                                                      Facsimile: (617) 824-2020

{W3218317.1}

## CERTIFICATE OF CONFERENCE

The undersigned, as counsel to Defendant Pets Global, Inc., hereby certifies that he has conferred with Charles F. Rodman, Esq., counsel to Plaintiff Weruva International, Inc., in an attempt to resolve or narrow the issues raised by Defendant's Motion for a Protective Order and to Establish Schedule for California Depositions, but no agreement has been reached.

Respectfully submitted,

Dated:  July 11, 2012

/s/ Larry L. Varn
Larry L. Varn (BBO #508130)
lvarn@pierceatwood.com
Jeffrey E. Francis (BBO #639944)
jfrancis@pierceatwood.com
PIERCE ATWOOD LLP
100 Summer Street, Suite 2250
Boston, MA  02110
Telephone: (617) 488-8100
Facsimile: (617) 824-2020

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2012, I electronically filed the above-document and that such document is available for viewing and downloading from the court's ECF system.  Service on counsel of record has been effectuated by electronic means.

/s/ Larry L. Varn

{W3218317.1}