UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
WERUVA INTERNATIONAL, INC.,         )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    Civil Action No. 1:12-CV-10447-WGY
                                    )
PETS GLOBAL, INC. d/b/a Fussie      )
Cat and Premium Fussie Cat,         )
                                    )
        Defendant.                  )
_____ )

**DEFENDANT'S WITHDRAWAL OF MOTION FOR A PROTECTIVE ORDER
AND TO ESTABLISH SCHEDULE FOR CALIFORNIA DEPOSITIONS**

Defendant Pets Global, Inc. d/b/a Fussie Cat and Premium Fussie Cat ("Pets Global"), by its attorneys, Pierce Atwood LLP, hereby withdraws, without prejudice, Defendant's Motion for a Protective Order and to Establish Schedule for California Depositions (Document No. 44), in anticipation of the performance between counsel for the parties regarding the depositions that are the subject matters of that motion.

Dated: July 19, 2012

Respectfully submitted,

PETS GLOBAL, INC.

By its attorneys,

/s/ Larry L. Varn
Larry L. Varn (BBO #508130)
lvarn@pierceatwood.com
Jeffrey E. Francis (BBO #639944)
jfrancis@pierceatwood.com
PIERCE ATWOOD LLP
100 Summer Street, Suite 2250
Boston, MA  02110
Telephone: (617) 488-8100
Facsimile: (617) 824-2020

{W3235563.1}

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of July, 2012, I electronically filed the above-document and that such document is available for viewing and downloading from the court's ECF system. Service on counsel of record has been effectuated by electronic means.

                                                    */s/ Larry L. Varn*