UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WERUVA INTERNATIONAL, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PETS GLOBAL, INC. d/b/a Fussie Cat and )<br>Premium Fussie Cat, )<br>)<br>Defendant )<br>) | CASE NO.: 1:12-CV-10447 (WGY) |

**STIPULATION OF DISMISSAL AS TO**
**COUNTS II AND III OF PLAINTIFF'S COMPLAINT**

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, Weruva International, Inc., and the Defendant, Pets Global, Inc., hereby stipulate that Count II (Unfair and Deceptive Trade Practices – M.G.L. c. 93A) and Count III (Tortious Interference With Business Relations) of the Complaint shall be dismissed without prejudice, and without costs to any party.  All other Counts of the Complaint shall remain.

Dated: August 7, 2012                WERUVA INTERNATIONAL, INC.
                                     By its attorneys,

                                     */s/ Charles F. Rodman*
                                     Charles F. Rodman, BBO# 641216
                                     rodman@rodmanlawgroup.com
                                     Matthew J. Wayne, BBO# 674923
                                     wayne@rodmanlawgroup.com
                                     Rodman Law Group LLC
                                     36 Washington Street, Suite 190
                                     Wellesley Hills, MA 02481
                                     (781) 237-5500 [P]
                                     (781) 237-5550 [F]

Dated: August 7, 2012

PETS GLOBAL, INC.
By its attorneys,

*/s/ Larry L. Varn*
Larry L. Varn (BBO# 508130)
lvarn@pierceatwood.com
Jeffrey E. Francis (BBO# 639944)
jfrancis@pierceatwood.com
Pierce Atwood LLP
100 Summer Street, Suite 2250
Boston, MA 02110
(617) 488-8136  Telephone
(617) 824-2020  Facsimile

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon the attorney of record for all parties via the Court's electronic filing system on August 7, 2012.

*/s/ Matthew J. Wayne*
Matthew J. Wayne