UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WERUVA INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PETS GLOBAL, INC. d/b/a Fussie ) | |
| Cat and Premium Fussie Cat, ) | |
| ) | Civil Action No. 1:12-CV-10447-WGY |
| Defendant/ ) | |
| Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JANA WORLDWIDE, INC., and ) | |
| FORMAN INDUSTRIES ) | |
| ) | |
| Third Party Defendants. ) | |

## DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER

Defendant Pets Global, Inc. ("Pets Global"), by its attorneys, Pierce Atwood LLP, hereby moves, pursuant to Fed. R. Civ. P. 15(a), for leave to amend its initial pleading in this action (Document No. 21) to add a counterclaim against Plaintiff Weruva International, Inc. ("Weruva") and third party complaint against Weruva's affiliated entities Jana Worldwide, Inc. ("Jana") and Forman Industries. Pets Global seeks to add a counterclaim against Weruva and a third party complaint against Jana and Forman Industries (collectively "Counterclaim Defendants") for: (1) attempted monopolization; (2) conspiracy to restrain trade; (3) intentional interference with Pets Global's advantageous business relationships; (4) defamation; and (5) unfair or deceptive acts and practices in violation of Mass. Gen. Laws c. 93A and the California

{W3252885.1}

Business and Professional Code.  The proposed Amended Answer, Counterclaim and Third Party Complaint is attached to this motion as Exhibit A.  More specifically:

1. This motion for leave is governed by Fed. R. Civ. P. 15(a)(2), pursuant to which the Court should "freely give leave when justice so requires."

2. Motions to seek leave to amend pleadings should be granted in the absence of "undue delay in filing the motion, bad faith or dilatory motive, repeated failure to cure deficiencies, undue prejudice to the opposing party, and futility of amendment." *United States ex rel. Gagne v. City of Worcester*, 565 F.3d 40, 48 (1st Cir. 2009).

3. Pets Global has not delayed in filing this motion.  A mere three weeks ago, Pets Global received a substantial production of documents containing the actionable statements referenced in Pets Global's counterclaim and third party complaint.  Within a week of that production, Pets Global put Weruva on notice of the possibility of a counterclaim and third party complaint.

4. Pets Global makes this motion without bad faith or dilatory motive.  The contents of the documents Pets Global received from the Counterclaim Defendants reflect a brazen scheme on the part of the Counterclaim Defendants to harm Pets Global's business merely because its products are priced lower than Weruva's products.  The claims are amply supported.

5. If the Court grants this motion, Counterclaim Defendants will not be unduly prejudiced.  The Counterclaim Defendants' interests are aligned and Pets Global's amended answer will necessitate little additional discovery.

For all of these reasons and for the additional reasons set forth in Pets Global's Memorandum of Law submitted with this Motion, the Court should grant Pets Global leave to amend its answer.

Dated: August 8, 2012

> Respectfully submitted,
>
> PETS GLOBAL, INC.
>
> By its attorneys,
>
> /s/ Larry L. Varn
> Larry L. Varn (BBO #508130)
> *lvarn@pierceatwood.com*
> Jeffrey E. Francis (BBO #639944)
> *jfrancis@pierceatwood.com*
> PIERCE ATWOOD LLP
> 100 Summer Street, Suite 2250
> Boston, MA  02110
> Telephone: (617) 488-8100
> Facsimile:  (617) 824-2020

## CERTIFICATE OF CONFERENCE

The undersigned, as counsel to Defendant Pets Global, Inc., hereby certifies that he has conferred with Charles F. Rodman, Esq., counsel to Plaintiff Weruva International, Inc., in an attempt to resolve or narrow the issues raised by Defendant's Motion for Leave to Amend Answer, but no agreement has been reached.

> Respectfully submitted,

Dated:  August 8, 2012

> /s/ Jeffrey E. Francis
> Larry L. Varn (BBO #508130)
> lvarn@pierceatwood.com
> Jeffrey E. Francis (BBO #639944)
> jfrancis@pierceatwood.com
> PIERCE ATWOOD LLP
> 100 Summer Street, Suite 2250
> Boston, MA  02110
> Telephone: (617) 488-8100
> Facsimile:  (617) 824-2020

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of August, 2012, I electronically filed the above-document and that such document is available for viewing and downloading from the court's ECF system. Service on counsel of record has been effectuated by electronic means.

                                                                      */s/ Larry L. Varn*