### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

_____
)
WERUVA INTERNATIONAL, INC.,            )
)
            Plaintiff,            )
)
          v.            )
)    Civil Action No. 1:12-CV-10447-WGY
PETS GLOBAL, INC. d/b/a Fussie            )
Cat and Premium Fussie Cat,            )
)
          Defendant.            )
_____)

### <u>DEFENDANT'S MOTION TO TERMINATE THE DEPOSITION OF DAVID DZANIS</u>

Defendant Pets Global, Inc. d/b/a Fussie Cat and Premium Fussie Cat ("Pets Global"), by

its attorneys, Pierce Atwood LLP, hereby moves, pursuant to Fed. R. Civ. P. 30(d)(3), to

terminate Plaintiff Weruva International, Inc.'s ("Weruva") proposed deposition of David

Dzanis.  More specifically:

    1.    Under Fed. R. Civ. P. 30(d)(3), "[a]t any time during a deposition, the deponent or

a party may move to terminate or limit it on the ground that it is being conducted in bad faith or

in a manner that unreasonably annoys, embarrasses, or oppresses the deponent or party."  The

moving party may demand that the deposition be suspended until the applicable Court makes a

ruling on the motion to terminate.  *Id.*

    2.    Weruva has pursued the deposition of David Dzanis, a consultant to Pets Global.

Pets Global hired Dzanis to consult solely on Pets Global's dog food line, which postdated the

"Fussie Cat" moist cat food products that are the subjects of this litigation.  He had absolutely

{W3272539.1}

nothing to do with Pets Global's Fussie Cat products, which are the <u>only</u> subjects of this litigation.

3.      Pets Global has made it clear to Weruva that Dzanis has no discoverable information relevant to this matter.  *See* Joint Pre-Trial Memorandum at p. 23 (Document No. 47).

4.      Notwithstanding the fact that Dzanis has no discoverable information, Weruva has demanded that the deposition of David Dzanis proceed.

5.      Weruva's deposition of David Dzanis is being conducted in bad faith to harass Pets Global and, one must assume, to seek highly confidential and irrelevant information concerning Pets Global's new dog food products, which are not in any way the subject of this litigation.  It is clear that Weruva does not intend to use the deposition of David Dzanis for this litigation, but to learn confidential and commercially sensitive information about Pets Global's competing dog food products.

6.      As further evidence of Weruva's efforts to use this litigation to discover confidential and irrelevant information about Pets Global's dog food products, during the deposition of Pets Global President Daniel Hereford, Weruva's counsel repeatedly asked questions about Pets Global's dog food products and Pets Global's counsel had to intercede with a view towards terminating the deposition if that line of questioning were to be pursued.

For all of these reasons and for the additional reasons set forth in Pets Global's Memorandum of Law submitted with this Motion, the Court should grant Pets Global's Motion to Terminate the Deposition of David Dzanis.

{W3272539.1}

Dated: August 15, 2012

Respectfully submitted,

PETS GLOBAL, INC.

By its attorneys,


/s/ Larry L. Varn
Larry L. Varn (BBO #508130)
*lvarn@pierceatwood.com*
Jeffrey E. Francis (BBO #639944)
*jfrancis@pierceatwood.com*
Kyle N. Kirby (BBO #679895)
*kkirby@pierceatwood.com*
PIERCE ATWOOD LLP
100 Summer Street, Suite 2250
Boston, MA  02110
Telephone: (617) 488-8100
Facsimile:  (617) 824-2020


## CERTIFICATE OF CONFERENCE

The undersigned, as counsel to Defendant Pets Global, Inc., hereby certifies that he has conferred with Charles F. Rodman, Esq., counsel to Plaintiff Weruva International, Inc., in an attempt to resolve or narrow the issues raised by Defendant's Motion to Terminate Deposition, but no agreement has been reached.

Respectfully submitted,

Dated:  August 14, 2012

/s/ Larry L. Varn
Larry L. Varn (BBO #508130)
*lvarn@pierceatwood.com*
Jeffrey E. Francis (BBO #639944)
*jfrancis@pierceatwood.com*
Kyle N. Kirby (BBO #679895)
*kkirby@pierceatwood.com*
PIERCE ATWOOD LLP
100 Summer Street, Suite 2250
Boston, MA  02110
Telephone: (617) 488-8100
Facsimile:  (617) 824-2020

3

{W3272539.1}

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2012, I electronically filed the above-document and that such document is available for viewing and downloading from the court's ECF system.  Service on counsel of record has been effectuated by electronic means.

*/s/ Larry L. Varn*

{W3272539.1}