UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WERUVA INTERNATIONAL, INC., | ) ) ) | CASE NO.: 1:12-cv-10447 (WGY) |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| PETS GLOBAL, INC. d/b/a Fussie Cat and Premium Fussie Cat, | ) ) ) |  |
| Defendant. | ) ) ) |  |

**EMERGENCY MOTION TO STRIKE AFFIDAVIT OF
JEFFREY E. FRANCIS, ESQ. FILED IN SUPPORT OF DEFENDANT'S
MOTION TO COMPEL AND FOR SANCTIONS**

The Plaintiff, Weruva International, Inc. ("Weruva"), hereby moves to strike, on an emergency basis, the Affidavit of Jeffrey E. Francis, Esq. (the "Francis Affidavit") (Docketed as Document No. 67-1), which was filed in support of Defendant's Emergency Motion to Compel and for Sanctions (the "Motion to Compel"). In addition, Weruva seeks sanctions against the defendant, Pets Global, Inc. d/b/a Fussie Cat and Premium Fussie Cat ("PGI") for the costs and expenses incurred in filing this motion.

The Defendant's Motion to Compel is baseless and without merit and the Plaintiff intends to oppose it vigorously. However, of imminent importance is the Defendant's brazen violation of the Protective Order endorsed by Judge Young on July 11, 2012, which prohibits deposition transcripts from being filed with the court.

**Argument**

On July 11, 2012, the Court issued a Protective Order in this matter that provides the following:

> The parties shall treat all deposition, pretrial and trial testimony as HIGHLY CONFIDENTIAL hereunder until the expiration of ten (10) court days after the receipt of the transcript.  *See* Protective Order (Docketed as Document No. 43), ¶ 4(c).
>
> Before filing of any document containing confidential material, including briefs, memorandum, or other papers, the party filing any such document must seek leave to file the document under seal in accordance with the Local Rules of the Court of the United States District Court for the District of Massachusetts.  *See* Protective Order, ¶ 9.

In addition to the above language, Judge Young handwrote "<u>Nothing</u> shall be filed in court pursuant to the terms of this order." (Emphasis in original)  *See* Protective Order, p. 10.

On August 16, 2012, the Defendant electronically filed with the Court its Motion to Compel and the Francis Affidavit.  The Francis Affidavit attaches the following deposition transcripts as exhibits in violation of the Protective Order and the handwritten modification by Judge Young:

- <u>Exhibit B</u>:  Transcript of Deposition of David Forman, dated August 8, 2012.
- <u>Exhibit F</u>:  Transcript of Deposition of Ward Reynolds, dated August 7, 2012.
- <u>Exhibit G</u>:  Transcript of Deposition of Daniel Wangerin, dated August 1, 2012.

The Defendants have violated the express terms of the Protective Order by electronically filing the transcripts identified above not under seal and while such transcripts were still designated as HIGHLY CONFIDENTIAL.  Ten calendar days have not elapsed since the taking of the depositions of David Forman and Ward Reynolds, let alone ten court days since the receipt of their deposition transcripts by counsel.  Further, Plaintiff's counsel did not receive the deposition transcript of Daniel Wangerin until August 15, 2012.

For these reasons, Plaintiff moves to strike the Affidavit of Jeffrey Francis Esq. and

2

requests sanctions against Defendant, including costs and attorneys' fees incurred by Plaintiff in filing this motion to strike.

Dated: August 16, 2012,  Respectfully submitted,
WERUVA INTERNATIONAL, INC.
By its attorney,

*/s/ Matthew J. Wayne*
Charles F. Rodman, BBO# 641216
rodman@rodmanlawgroup.com
Matthew J. Wayne, BBO# 674923
wayne@rodmanlawgroup.com
Rodman Law Group LLC
36 Washington Street, Suite 190
Wellesley Hills, MA 02481
(781) 237-5500 [P]
(781) 237-5550 [F]

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Emergency Motion to Strike the Affidavit of Jeffrey Francis and all supporting documents were served upon the attorney of record for all parties via the Court's electronic filing system on August 16, 2012.

*/s/ Matthew J. Wayne*
Matthew J. Wayne