UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WERUVA INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:12-CV-10447-WGY |
| PETS GLOBAL, INC. d/b/a Fussie Cat and Premium Fussie Cat, | ) ) ) ) | |
| Defendant. | ) ) | |

**OPPOSITION TO MOTION TO STRIKE AFFIDAVIT
OF JEFFREY E. FRANCIS, ESQ. FILED IN SUPPORT OF
DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS**

Defendant Pets Global, Inc. *d/b/a* Fussie Cat and Premium Fussie Cat ("Pets Global"), by its attorneys, Pierce Atwood LLP, hereby opposes the Emergency Motion to Strike Affidavit of Jeffrey E. Francis, Esq. Filed in Support of Defendant's Motion to Compel and For Sanctions (the "Motion to Strike"). In support of this opposition, Pets Global states as follows:

1. The Motion to Strike has been filed, in violation of Local Rule 7.1 as no effort to meet and confer was made prior to filing the motion, in bad faith and is intended only to distract and delay from the resolution of Pets Global's Emergency Motion to Compel and for Sanctions. The cited pages of the deposition transcripts contain no information for which Weruva could make even a colorable claim that the testimony should either be protected as confidential or highly confidential nor does Weruva, despite making this motion, even claim that they would have designated any of the relevant testimony as either confidential or highly confidential.

{W3278328.1}

2. Under paragraph 4 of the Protective Order: "Each party or nonparty that designates material for protection under this Protective Order must limit any such designation to specific material that qualifies under the appropriate standards." No such materials are present in the included excerpts from the deposition transcripts.

3. Under paragraph 4(c.) of the Protective Order, counsel for Weruva had any obligation to designate specific portions of the transcript as either confidential or highly confidential "on the record during such deposition" and failed to do so.

4. As further evidence of the bad faith of the Motion to Strike, Weruva's counsel failed to meet and confer pursuant to Local Rule 7.1 prior to filing the motion. It is readily apparent that Weruva's counsel violated Local Rule 7.1 because they knew that they would be asked during any such conference whether any of the cited deposition transcripts were going to be designated in good faith as being either Confidential or Highly Confidential and knew that none of the cited testimony could be so designated in good faith.

5. Although Weruva moves to strike the entire Francis Affidavit it appears that they only have any objection as to Exhibits B, F and G and therefore, the Motion to Strike should be denied as to the Francis Affidavit itself and the remaining exhibits.

6. The transcripts of both Mr. Forman and Mr. Reynolds were received on August 11, 2012. Despite Weruva's counsel's claim to the contrary, Mr. Wangerin's deposition transcript was received on August 10, 2012. Therefore, to the extent that any inadvertent and entirely innocuous violation of the Protective Order is found to have occurred, counsel for Pets Global respectfully requests that the Court hold the excerpts from Mr. Forman,

Mr. Wangerin and Mr. Reynolds depositions *in camera* until Monday, August 20, 2012 when the ten day period expires.

WHEREFORE counsel for Pets Global respectfully requests that the Motion to Strike be denied as there is nothing in the deposition excerpts that could be designated in good faith as either confidential or highly confidential and the Motion to Strike is merely part and parcel of Weruva's bad faith abuse of discovery in this action or, in the alternative, that exhibits B, F and G be held in camera until the expiration of the 10 day period on Monday, August 20, 2012 or, in the alternative, that the Motion to Strike be denied in its entirely for failure to comply with Local Rule 7.1.

Dated: August 16, 2012

Respectfully submitted,

PETS GLOBAL, INC.

By its attorneys,

*/s/ Jeffrey E. Francis*
Larry L. Varn (BBO #508130)
*lvarn@pierceatwood.com*
Jeffrey E. Francis (BBO #639944)
*jfrancis@pierceatwood.com*
PIERCE ATWOOD LLP
100 Summer Street, Suite 2250
Boston, MA  02110
Telephone: (617) 488-8100
Facsimile:  (617) 824-2020

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of August, 2012, I electronically filed the above-document and that such document is available for viewing and downloading from the court's ECF system.  Service on counsel of record has been effectuated by electronic means.

*/s/ Jeffrey E. Francis*