UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WERUVA INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:12-CV-10447-WGY |
| PETS GLOBAL, INC. d/b/a Fussie ) | |
| Cat and Premium Fussie Cat, ) | |
| ) | |
| Defendant. ) | |

**<u>WITHDRAWAL OF MOTION TO TERMINATE DEPOSITION OF DAVID DZANIS</u>**

Defendant Pets Global, Inc. d/b/a Fussie Cat and Premium Fussie Cat, by its attorneys, Pierce Atwood LLP, hereby withdraws, <u>without prejudice</u>, Defendant's Motion To Terminate the Deposition of David Dzanis (Document No. 62) which was filed in anticipation of the deposition of Mr. Dzanis which occurred this afternoon and which was the subject matters of that motion.

Dated: August 16, 2012

Respectfully submitted,

PETS GLOBAL, INC.

By its attorneys,

<u>/s/ Jeffrey E. Francis</u>
Larry L. Varn (BBO #508130)
lvarn@pierceatwood.com
Jeffrey E. Francis (BBO #639944)
jfrancis@pierceatwood.com
PIERCE ATWOOD LLP
100 Summer Street, Suite 2250
Boston, MA  02110
Telephone: (617) 488-8100
Facsimile: (617) 824-2020

{W3278399.1}

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 16th day of August, 2012, I electronically filed the above-document and that such document is available for viewing and downloading from the court's ECF system. Service on counsel of record has been effectuated by electronic means.

                                                                                                      */s/ Jeffrey E. Francis*