UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WERUVA INTERNATIONAL, INC., | ) ) ) | CASE NO.: 1:12-CV-10447 (WGY) |
| Plaintiff | ) ) |  |
| v. | ) ) |  |
| PETS GLOBAL, INC. d/b/a Fussie Cat and Premium Fussie Cat, | ) ) ) |  |
| Defendant | ) ) ) |  |

**NOTICE OF APPEARANCE
OF MICHAEL V. PARRAS, JR., ESQUIRE**

Please enter my appearance as an attorney of record for the Plaintiff, Weruva International, Inc.

Dated: August 17, 2012

WERUVA INTERNATIONAL, INC.
By its attorney,

*/s/ Michael V. Parras, Jr.*
Michael V. Parras, Jr., BBO# 661298
parras@rodmanlawgroup.com
RODMAN LAW GROUP LLC
36 Washington Street, Suite 190
Wellesley, MA 02481
(781) 237-5500
(781) 237-5550 [fax]

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Appearance was served upon the attorney of record for all parties via the Court's electronic filing system on August 17, 2012.

*/s/ Michael V. Parras, Jr.*
Michael V. Parras, Jr.