UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WERUVA INTERNATIONAL, INC., ) | |
| ) | CASE NO.: 1:12-cv-10447 (WGY) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PETS GLOBAL, INC. d/b/a Fussie Cat and ) | |
| Premium Fussie Cat, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATION PURSUANT TO LR 7.1(A)(2) REGARDING EMERGENCY MOTION TO STRIKE AFFIDAVIT OF JEFFREY E. FRANCIS, ESQ. FILED IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS**

Counsel to the Plaintiff hereby certifies that, on August 17, 2012, he conferred with Kyle Kerby, Esq., counsel to Pets Global Inc., in an attempt to resolve or narrow the issues raised by the Weruva's Emergency Motion to Strike Affidavit of Jeffrey E. Francis. The parties were unable resolve or narrow any of the issues contained within the Plaintiffs' Motion.

Dated: August 17, 2012,            Respectfully submitted,
                                    WERUVA INTERNATIONAL, INC.
                                    By its attorney,

                                    */s/ Michael V. Parras, Jr.*
                                    Charles F. Rodman, BBO# 641216
                                    rodman@rodmanlawgroup.com
                                    Michael V. Parras, Jr., BBO# 661298
                                    parras@rodmanlawgroup.com
                                    Rodman Law Group LLC
                                    36 Washington Street, Suite 190
                                    Wellesley Hills, MA 02481
                                    (781) 237-5500 [P]
                                    (781) 237-5550 [F]

CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing Certification Pursuant to LR 7.1 Regarding Emergency Motion to Strike the Affidavit of Jeffrey Francis and all supporting documents were served upon the attorney of record for all parties via the Court's electronic filing system on August 17, 2012.

                                      */s/ Michael V. Parras, Jr.*
                                      Michael V. Parras, Jr.