UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WERUVA INTERNATIONAL, INC.,<br>   Plaintiff<br><br>vs.<br><br>PETS GLOBAL, INC. d/b/a Fussie Cat<br>and Premium Fussie Cat,<br>   Defendants | Case No. 1:12-CV-10447 (WGY) |

**PLAINTIFF WERUVA INTERNATIONAL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**

 Plaintiff, Weruva International, Inc. ("Weruva"), hereby files this motion for partial summary judgment as to liability for false advertising under 15 U.S.C. § 1125(a) (the "Lanham Act"), against defendant, Pets Global, Inc. d/b/a Fussie Cat and Premium Fussie Cat ("PGI"), a direct competitor of Weruva. This motion is limited only to admittedly false representations made by PGI on its labels. For purposes of this motion, Weruva does not rely on or seek judgment as to statements made by PGI on any other marketing documents.

 Weruva seeks partial summary judgment as to liability on its claims against PGI that arise from the following violations of the Lanham Act, namely: (i) falsely advertising that its products are made in the United States when, in fact, they are manufactured in Thailand; and (ii) falsely marketing its cat food as preventing urinary tract infections without any scientific support whatsoever. In addition, Weruva seeks summary judgment as to PGI's affirmative defenses because, in its answers to interrogatories, PGI fails to identify one fact in their support. Partial summary judgment is appropriate because no genuine dispute exists as to the material facts concerning these issues.

1

Weruva's motion is supported by the memorandum filed herewith, the affidavits of Charles F. Rodman, Esquire, David Forman, Daniel Wangerin, and Anthony Guidice, on all other files and records in the above-titled matter and any documentary and oral evidence presented at the hearing on this motion.

Dated: August 17, 2012                    WERUVA INTERNATIONAL, INC.,
                                          By its attorneys,


                                                 */s/ Michael v. Parras, Jr.*
                                          Charles F. Rodman, BBO# 641216
                                          rodman@rodmanlawgroup.com
                                          Michael V. Parras, Jr., BBO# 661298
                                          parras@rodmanlawgroup.com
                                          Rodman Law Group LLC
                                          36 Washington Street, Suite 190
                                          Wellesley Hills, MA 02481
                                          (781) 237-5500 [P]
                                          (781) 237-5550 [F]

## **CERTIFICATION PURSUANT TO LR 7.1(A)(2)**

Counsel to the Plaintiff hereby certifies that, on August 14, 2012, Attorney Charles F. Rodman, conferred with Larry Varn, Esq., counsel to Pets Global Inc., in an attempt to resolve or narrow the issues raised by the Weruva's Motion for Partial Summary Judgment. The parties were unable resolve or narrow any of the issues contained within the Plaintiffs' Motion.

Dated: August 17, 2012                    WERUVA INTERNATIONAL, INC.,
                                          By its attorneys,


                                              */s/ Michael v. Parras, Jr.*
                                          Charles F. Rodman, BBO# 641216
                                          rodman@rodmanlawgroup.com
                                          Michael V. Parras, Jr., BBO# 661298
                                          parras@rodmanlawgroup.com
                                          Rodman Law Group LLC
                                          36 Washington Street, Suite 190
                                          Wellesley Hills, MA 02481
                                          (781) 237-5500 [P]
                                          (781) 237-5550 [F]


CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Weruva International, Inc.'s Motion for Partial Summary Judgment and all supporting documents were served upon the attorney of record for all parties via the Court's electronic filing system on August 17, 2012.

                                            */s/ Michael V. Parras, Jr.*
                                          Michael V. Parras, Jr.