UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WERUVA INTERNATIONAL, INC., <br> Plaintiff <br><br> vs. <br><br> PETS GLOBAL, INC. d/b/a Fussie Cat and Premium Fussie Cat, <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:12-CV-10447 (WGY) |

**SEPARATE STATEMENT IN SUPPORT OF**
**PLANTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

1. Weruva was founded in 2006. See Affidavit of David Forman in Support of Plaintiff's Motion for Partial Summary Judgment on Liability (the "Forman Aff."), ¶ 3.

2. Weruva has pioneered a unique and novel category to the pet food industry, which Weruva describes as "human style" pet food. See Forman Aff., ¶ 3.

3. The Weruva brand of pet food is sold to independent "mom and pop" pet stores throughout the United States and Canada. See Forman Aff., ¶ 4.

4. This unique, ultra-niche "human style" of food is limited to very few manufacturers in an industry that otherwise contains hundreds of brands. See Forman Aff., ¶ 4.

5. The independent pet store channel is often owner operated, and the stores typically carry higher quality items. See Forman Aff., ¶ 4.

6. Most independent pet stores carry brands that are not available in big box channels, and the owners and managers of these stores love to know the extreme details about the products they carry. See Forman Aff., ¶ 4.

7. In the aftermath of the horrible pet food recall in 2007 that left thousands of companion animals dead, discerning pet parents accelerated their search for the highest quality food items that came from factories with superior quality control. See Forman Aff., ¶ 5.

8. The pet food recall, which impacted hundreds of brands, was linked to an ingredient that was sourced in China. See Forman Aff., ¶ 5.

9. After the recall, ingredients from China were staunchly frowned upon and, in large part, imported products were reviewed by independent pet stores with scrutiny and many stores vowed only to carry products bearing "Made in the USA" on their label. See Forman Aff., ¶ 5.

10. As pet owners have become more and more discerning about pet food alternatives, quality control and quality of ingredients has become paramount. See Forman Aff., ¶ 5.

11. Although China took the brunt of the scrutiny, other parts of Asia were equated to it, including Thailand, Weruva's place of manufacture. See Forman Aff., ¶ 6.

12. As Weruva launched shortly before this recall and was already facing the challenges of gaining distribution, "product of Thailand" on Weruva's label created an added burden. See Forman Aff., ¶ 6.

13. As a result, Weruva went to great lengths to educate distributors, stores, and customers about the safety procedures in its facilities in Thailand. See Forman Aff., ¶ 6.

14. To this day, Weruva receives many inquiries about Thailand. Forman Aff., ¶ 6.

15. Weruva and PGI are direct competitors that compete with one another and sell similar pet food products. See Joint Pretrial Memorandum (Docketed as Document No. 47), Stipulated Fact No. 1, p. 17; see also Defendant's Answer (Docketed as Document No. 21), ¶ 9; Forman Aff., ¶ 7.

16. PGI is a direct competitor of Weruva in the sale of natural "human style" cat food products and their products are often located next to each other on store shelves in the independent pet store channel. See Forman Aff., ¶ 7; see also Defendant's Answer, ¶ 9.

17. Weruva and PGI's cat food products are both produced in Thailand. See Joint Pretrial Memorandum, Stipulated Fact No. 2, p. 18; see also Defendant's Answer, ¶ 11; Forman Aff., ¶ 8.

18. PGI's Fussie Cat's canned cat food has always been produced in Thailand. See Rodman Aff., Exh. C, ("Hereford Depo. Trans."), 158:25 – 159:13; see also Defendant's Answer, ¶ 11.

19. Pet Global's Fussie Cat brand products are produced at the same third party facility used by Weruva. See Joint Pretrial Memorandum, Stipulated Fact No. 2, p. 18; see also Defendant's Answer, ¶ 11; Forman Aff., ¶ 8.

20. Despite being produced in Thailand, PGI identified on its cans that the geographic origin of its cat food was the United States. See Forman Aff., ¶ 9, Exh. B; see also Affidavit of

       Daniel Wangerin in Support of Plaintiff's Motion for Partial Summary Judgment on Liability ("Wangerin Aff.") , Exh. A; Hereford Depo. Trans., 185:8 – 186:9.

21. PGI placed labels on cans of cat food produced in Thailand that read "PRODUCT OF USA." See Forman Aff., ¶ 9, Exh. B; Wangerin Aff., Exh. A; see also Hereford Depo. Trans., 185:8-186:6; Lee Depo. Trans., 269:17-19.

22. PGI distributed approximately 700,000 cans of Fussie Cat brand cat food into the United States with a label that stated "Product of USA." See Hereford Depo. Trans., 205:6-10.

23. Several of PGI's cans of cat food claim to "Prevent Urinary Tract Infection." See Forman Aff., ¶ 10, Exh. C; see also Wangerin Aff., Exh. A; Affidavit of Anthony Giudice in Support of Plaintiff's Motion for Preliminary Injunction ("Giudice Aff."), Exhs. A and B, attached to Rodman Aff. as Exh. E[1]; Lee Depo. Trans., 101:1-4.

24. PGI's cans of CHICKEN WITH VEGETABLE & BROWN RICE claim to "Prevent Urinary Tract Infection." See Forman Aff., ¶ 10, Exh. C; Wangerin Aff., Exh. A.

25. The claim that PGI's cat food prevents urinary tract infection is not true. See Expert Report of Dr. Carl Osborne, DVM, PhD (the "Osborne Report") , pp. 3-4, attached to Rodman Aff. as A; See Rodman Aff., Exh. D ("Lee Depo. Trans."), 131:24 – 133:17, 145:13-23.

26. PGI admits that Fussie Cat canned cat food does not stop urinary tract infections from happening in cats. See Lee Depo. Trans, 131:24 – 133:17; Hereford Depo. Trans., 157:22-25.

27. PGI does not have any scientific proof that Fussie Cat canned cat food stops urinary tract infections from happening in cats. See Hereford Depo. Trans., 157:25 – 158:8; see also Lee Depo. Trans., 145:13-23.

28. PGI has never made any attempts to obtain scientific proof that Fussie Cat canned cat food "Prevents Urinary Tract Infection." See Hereford Depo. Trans., 158:9-20; see also Lee Depo. Trans., 129:18 – 130:1, 131:18-27.

29. A complete and balanced diet that safely and consistently prevents urinary tract infections does not exist. See Osborne Report, pp. 3-4.

30. Statements to the effect that any diet could prevent bacterial, fungal, or viral urinary tract infections are untrue. See Osborne Report, p. 4.

31. PGI's cans of CHICKEN WITH VEGETABLES *in Gravy* claim to "Support Urinary Tract Health." See Rodman Aff., Exh. E (Giudice Aff., Exhs. A and B).

---

[1] The Giudice Aff. is also docketed with this court as Document No. 8.

32. The claim that PGI's cat food supports urinary tract health is misleading and deceptive. PGI has no evidence to support the claim that its product supports urinary tract health. See Osborne Report, p. 4; see also Lee Depo. Trans., 144:10 – 145:3..

33. All foods manufactured for purchase by the public should be safe and effective and all diets should support total body health. See Osborne Report, p. 4.

34. The claim that PGI's cat food supports urinary tract health is untrue. See Osborne Report, p. 4.

35. The claim that PGI's cat food supports urinary tract health reveals a lack of knowledge and understanding of basic nutrition, and a lack of understanding of local and systematic host defense mechanisms. See Osborne Report, p. 4.

36. The misleading claims made by PGI "have had a material impact in the marketplace because the claims are influential factors in consumers' purchasing behavior." See Rodman Aff., Exh. B, Expert Report of Dr. Eli Seggev, ¶ 3.

37. 92 percent of consumers who shop in "mom and pop" pet stores overwhelmingly favored the brand with the "Product of USA" statement over another brand because it is made in this country. See Expert Report of Dr. Eli Seggev, ¶ 42.

38. 75 percent of consumers who shop in "mom and pop" pet stores overwhelmingly favored the brand with the "Prevents urinary tract infections" statement over another brand. See Expert Report of Dr. Eli Seggev, ¶ 43 and Figure 5, p. 11.

39. PGI Goods are sold in Massachusetts and elsewhere, including Colorado, Georgia, and New York. See Giudice Aff., ¶¶ 3-4, attached to Rodman Aff. as Exh. E.; see also Wangerin Aff., ¶ 3 and Exh. A.

40. PGI failed to identify any facts in support of its affirmative defenses. See Rodman Aff., Exh. F.

Dated: August 17, 2012

Respectfully submitted,
WERUVA INTERNATIONAL, INC.
By its attorneys,

    */s/ Michael V. Parras, Jr.*
Charles F. Rodman, BBO# 641216
Michael V. Parras, Jr., BBO#661298
Rodman Law Group LLC
36 Washington Street, Suite 190
Wellesley Hills, MA 02481
(781) 237-5500 [P]
(781) 237-5550 [F]
rodman@rodmanlawgroup.com
parras@rodmanlawgroup.com

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Separate Statement In Support Of Plaintiff's Motion for Partial Summary Judgment was served upon the attorney of record for all parties via the Court's electronic filing system on August 17, 2012.

    */s/ Michael V. Parras, Jr.*
Michael V. Parras, Jr.