UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WERUVA INTERNATIONAL, INC.,<br>Plaintiff<br><br>vs.<br><br>PETS GLOBAL, INC. d/b/a Fussie Cat<br>and Premium Fussie Cat,<br>Defendants | Case No. 1:12-CV-10447 (WGY) |

**AFFIDAVIT OF CHARLES F. RODMAN, ESQUIRE IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**

I, Charles F. Rodman, do hereby depose and say as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and represent the plaintiff in the above-referenced matter.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Dr. Carl Osborne, DVM, PhD.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Expert Report of Dr. Eli Seggev.

4. Attached hereto as **Exhibit C** is a true and correct copy of the relevant portions of the Deposition of Daniel Hereford taken August 13, 2012 in Irvine, California.

5. Attached hereto as **Exhibit D** is a true and correct copy of the relevant portions of the Deposition of Raymond Lee taken August 14, 2012 in Irvine, California.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Affidavit of Anthony Giudice in Support of Plaintiff's Motion for Preliminary Injunction.[1]

7. Attached hereto as **Exhibit F** is a true and correct copy of Pets Global, Inc.'s

---

[1] The Giudice Aff. is also docketed with this court as Document No. 8.

1

Answers to Weruva International, Inc.'s First Set of Interrogatories.

Signed under the penalties of perjury under the laws of the United States of America this 17th day of August 2012 2012.

                                            /s/ Charles F. Rodman
                                        Charles F. Rodman, Esquire