# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WERUVA INTERNATIONAL, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> PETS GLOBAL, INC. d/b/a Fussie Cat and ) <br> Premium Fussie Cat, ) <br> ) <br> Defendant ) <br> ) | CASE NO.: 1:12-CV-10447 (WGY) |

## EXPERT REPORT OF DR. CARL OSBORNE, DVM, PhD

### Summary of Opinion

I was engaged by the plaintiff, Weruva International, Inc. ("Weruva"), to opine on the veracity and credibility of certain claims made by the defendant, Pets Global, Inc. ("Pets Global"), on its labels, website, and marketing materials, – specifically, the claims that Premium Fussie Cat brand cat food can "prevent urinary tract infection" or "support urinary tract health."

It is my conclusion that Pets Global's claim that its cat food prevents urinary tract infection is untrue.

It is my conclusion that Pets Global's claim that its cat food supports urinary tract health is misleading and deceptive.

### Qualifications of Carl Dr. Osborne, DVM

See Curriculum Vitae which attached as Exhibit A.

### The Facts and Data Considered In Forming The Opinion

Domestic cats occasionally develop lower urinary tract problems. The signs include frequent urination, straining to urinate, bloody urine, and at times inability to urinate. In order to recognize and properly treat lower urinary tract diseases (LUTDs), it is helpful to have a conceptual understanding of the structure and function of the urinary tract. The normal urinary tract of a cat consists of two identical kidneys. Urine formed by the kidneys passes into pliable tiny muscular tubes called ureters. The ureter from each kidney is connected to the urinary bladder. The bladder is like a balloon. Rhythmic one-directional contractions of the ureter walls transports urine formed by the kidneys into the bladder for temporary storage. Urine contained in the urinary bladder can be voided out of the cat's body through a tube larger than the ureters. This cylindrical muscular tube is called the urethra. Urine is normally retained in the bladder primarily by resistance in the urethra caused by muscular tone. When the bladder becomes filled with urine, however, the muscular wall of the bladder contracts while the muscles in the urethral wall relax. The result is complete ejection of urine stored in the bladder.

The clinical signs of diseases of the bladder and urethra (or LUTDs) include difficult urination, bloody urine, crystals in urine, and/or urethral obstruction that causes complete inability to move urine from the bladder through the urethra to the outside. These signs have different causes. Thus, there is a need for evaluation of each cat as an individual to determine the proper form of treatment and prevention. Possible causes of LUTDs include urinary stones (a.k.a. uroliths), bacterial viral,and fungal infections, birth defects, trauma, tumors, and neuromuscular diseases.

To determine the underlying cause of LUTDs, the veterinarian needs to examine the cat, take a medical history, and also perform urinalyses (tests on the urine) on urine samples that

have not been altered by previous treatment; X-ray and ultra sound studies may be needed to locate the exact site(s) of the problem and to identify the causes of persistent or frequently recurring signs. Although a variety of disorders can cause obstruction of the urethra (especially in male cats), no matter what the cause, complete obstruction results in dysfunction of both kidneys that, if not quickly corrected, ultimately causes death. Untreated cats usually die within 3 to 5 days after the onset of obstruction. Death results from retention of wastes, especially potassium and metabolic acids, in the bloodstream. However, the retention can be reversed by eliminating the obstruction and by correcting the abnormalities in blood.

Specific treatment of LUTDs should be directed at the underlying causes, only some of which are currently known. Of course, detecting known causes calls for appropriate evaluation and diagnosis. In the case of a cat with urethral obstruction, the treatment depends on the cause, site, degree, and duration of the obstruction. To treat a bacterial infection of the urinary tract (aka UTI), a veterinarian should prescribe appropriate antibiotics and eliminate or control problems in the normal body defense system. For cases of urinary stones (aka uroliths), either medical dissolution protocols or surgical procedures may be considered.

I have reviewed the labels of Pets Global Inc.'s cans of cat food for the following flavors:

1. CHICKEN WITH VEGETABLES & BROWN RICE;
2. CHICKEN WITH VEGETABLES IN GRAVY;
3. CHICKEN VEGETABLES & BROWN RICE *in Sauce*; and
4. CHICKEN WITH VEGETABLES *in Gravy*.

The cans of CHICKEN WITH VEGETABLES & BROWN RICE and CHICKEN WITH VEGETABLES IN GRAVY claim to "Prevent Urinary Tract Infection." These claims are baseless. Urinary Tract Infection can be due to bacterial, viral, or fungal pathogens. The claim

that Pets Global's cat food prevents UTI is untrue because a complete and balanced diet that safely and consistently prevents UTI does not exist. In my opinion the only claim that could be made is that a modified diet might be able to reduce risk factors for UTI. Such a claim would have to be verified by appropriate double-blind randomized clinical trials. I have not seen any reference to such studies in the English literature. Statements to the effect that any diet could prevent bacterial, fungal, or viral UTI are baseless.

The cans of CHICKEN VEGETABLES & BROWN RICE *in Sauce* and CHICKEN WITH VEGETABLES *in Gravy* claim to "Support Urinary Tract Health." In my opinion, the claim that Pets Global's cat food supports urinary tract health is misleading and deceptive. All foods manufactured for purchase by the public should be safe and effective. Following this line of logic, all diets should support total body health. The claim that these diets support urinary tract health reveals a lack of knowledge and understanding of basic nutrition, and lack of understanding of local and systemic host defense mechanisms. See Exhibit B.

My opinion is based on my 45+ years of research of the feline urinary tract, including feline urinary tract infections ("UTI") and feline lower urinary tract disorder ("LUTD"). I have participated in more than 75 studies concerning UTIs and LUTDs and have authored more than 300 articles on the subjects.

I have also what appears to be Pets Global's marketing collateral (WI 00023). The data contained therein is scientifically inaccurate.

1. The slide reads: "How Much Moisture Is In the Cat Food? What's the percentage of moisture in the cat food you're evaluating? The higher the number, the better for your kitty. More moisture means your cat will urinate more. Increased urination will flush out any crystals that may be trying to form in your cat's urinary tract. (Fussie Cat's

4

moisture content is 85 to 87)"

This is inaccurate because increased moisture does promote formation of an increased volume of urine which in theory dilutes the concentration of harmful promoters of urolith formation. However, it also reduces the concentration of beneficial inhibitors of urolith formation.

2. The slide reads: "How Much Magnesium Does the Cat Food Contain? An excess of magnesium will contribute to struvite crystal formation (FLUTD). Some magnesium is necessary, but generally look for cat food that has a maximum of 0.030% magnesium to prevent struvite crystals. (Fussie Cat's has two formula at 0.030% magnesium)"

This line of reasoning was promoted in the 1970's. This was an era of untested clinical opinion. At that time the idea that a disorder of the lower urinary tract of cats was caused by excessive dietary magnesium was dogmatically adhered to. Several groups of investigators produced magnesium hydrogen phosphate uroliths by feeding dry diets with unphysiologic quantities of various salts of magnesium. This led to the untested hypothesis that consumption of dry diets with excessive magnesium was the cause of feline LUTD

3. The slide reads: "Does the Cat Food Contain DL-Methionine? DL-Methionine is an amino acid with sulfur, which helps regulate ammonia formation in urine. This amino acid helps maintain your cat's urine pH balance around 6.6, which is normal and does not encourage crystal formation. (High levels of methionine can be found in sesame seeds, Brazil nuts, fish, meats and some other plant seeds.

5

Wikipedia) Fussie cats has a high source of fish and meats"

This is inaccurate because the implication is that these ingredients are beneficial. The reference used to authenticate this statement is Wikipedia. Apparently there are no controled studies to substantiate this claim.

In conclusion, the claim made by Pets Global that its cat foods can prevent urinary tract infection is untruthful and its claim that its cat foods support urinary tract health is misleading. The information stated on Pets Global's marketing material (WI 00023) is outdated and scientifically discredited.

REFERENCES RELIED UPON

1. Osborne CA, Kruger JM, Lulich JP, et al. Feline urologic syndrome, feline lower urinary tract disease, feline interstitial cystitis: what's in a name? JAVMA Volume 214, pages 1470 -1480.

2. Osborne CA. Lees GL. Bacterial infections of the canine and feline urinary tract. In, Osborne CA and Finco DR.(eds). Canine and feline nephrology and urology. Williams and Wilkins 1995 pages 759-797.

3. Osborne CA, Stevens JB. Urinalysis: A clinical Guide to Compassionate Patients Care.1999 pages1-274.

**List Of Exhibits Used In Support Or Summary Of Opinions**

1. WI 00001 – WI 00013;

2. WI 00023; and

3. PGI 0000147.

**List of Cases In Which, During The Previous Four Years, The Witness Testified**

None.

## Statement of The Compensation To Be Paid For The Testimony

My rate for all work associated with this matter, including the report and testimony is $1,000 per hour.

Dated: July 31, 2012,

　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　Dr. Carl Osborne, DVM