# EXHIBIT B

Part 1



350 Theodore Fremd
Rye, New York 10580
914 • 967 • 9421
info@keeganandco.com
www.keeganandco.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Weruva International, Inc., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:12-cv-10447 (WGY) |
| Pets Global, Inc., d/b/a Fussie Cat and Fussie Cat, | ) ) ) | |
| Defendant. | ) ) ) ) | |

### Expert Report of
### Dr. Eli Seggev

**July 31, 2012**

**Keegan & Company LLC**
**350 Theodore Fremd Avenue**
**Rye, New York 10580**
**(914) 967-9421**



# Keegan & Company LLC

350 Theodore Fremd
Rye, New York 10580
914 • 967 • 9421
info@keeganandco.com
www.keeganandco.com

## Table of Contents

Summary of Assignment & Opinion ........................................................................ 1
Qualifications of Dr. Eli Seggev ........................................................................... 1
Fussie Cat Labeling ............................................................................................ 3
Consumer Impact Survey ................................................................................... 6
   Study Design ................................................................................................ 6
   Population ..................................................................................................... 6
   The Sample .................................................................................................. 7
   Data Collection Method ................................................................................. 7
   Questionnaire ............................................................................................... 8
Results & Analysis .............................................................................................. 10
   The Presence of Consumer Impact ............................................................... 10
      Independent Store Shoppers .................................................................. 10
      Non-Independent Store Shoppers .......................................................... 11
   The Magnitude of Impact .............................................................................. 12
Conclusions ...................................................................................................... 15

## Exhibits

Exhibit 1—Dr. Seggev Resume

Exhibit 2—Dr. Seggev Publications

Exhibit 3—Dr. Seggev Experience Table

Exhibit 4—Documents Considered by Dr. Seggev

Exhibit 5—Questionnaire

Exhibit 6—Tabulated Data

Exhibit 7—Untabulated Data

Exhibit 8—Disposition of Contacts



**Keegan & Company LLC**

350 Theodore Fremd
Rye, New York 10580
914 • 967 • 9421
info@keeganandco.com
www.keeganandco.com

## Summary of Assignment & Opinion

1. I was retained by plaintiff Weruva International, Inc.'s ("Weruva") counsel to assess the impact on consumers of statements used by defendant Pets Global, Inc. ("PGI") on its canned cat food labels for its Fussie Cat brand and on its website. The statements communicate product attributes (the veracity of which is a central issue in this case) of PGI's Fussie Cat brand canned cat food to consumers and have been used in the course of commerce during the time period relevant to this litigation.

2. I designed and executed a consumer survey to determine the impact of PGI's statements on consumers' purchasing behavior. An explanation of the methodology, execution and results of my consumer survey are presented in detail in the sections that follow.

3. Based on the results of this study and my analysis of those results I conclude with a reasonable degree of scientific certitude that the four allegedly misleading claims made by the defendant have had a material impact in the marketplace because the claims are influential factors in consumers' purchasing behavior.

## Qualifications of Dr. Eli Seggev

4. I hold an MBA from the University of Michigan and a Ph.D. in Marketing and Quantitative Methods from Syracuse University.

5. I have spent my entire professional career in the field of marketing, both as an academic and as a marketing research practitioner. I held academic appointments, mostly in Graduate Business Programs, between 1969 and 1992 in conjunction with which I taught Consumer Behavior, Marketing Strategy, Marketing Research, Marketing Planning, Advertising Management, Management of Innovation, and Entrepreneurship.

6. My latest academic appointment was at the Lubin Graduate School of Business, Pace University. Before that I was a member of the Graduate Faculty of Baruch College and prior

to that I taught in the Graduate Program at Long Island University. I started my academic career at Syracuse University. I also spent one year abroad as a Lecturer in the Graduate Business School of Tel Aviv University, Israel.

7.   During the years 1973 to 1980 I held various project management and executive positions in marketing research firms in New York City culminating in the formation of my own marketing research firm in 1980. That company was acquired by a U.K.-based research firm in 1982, with which I remained associated until 1985 when I started a second marketing research and consulting firm. I led that firm to cutting edge technological accomplishments in the field of computer simulation of consumer behavior. Under my direction, this company experienced considerable growth until its acquisition in 1999 by one of the largest global research organizations.

8.   Since 1999 I have been acting as a consultant and advisor to Fortune 500 companies, startups, and research firms. I am also a testifying expert for Keegan & Company LLC, where I contribute litigation and expert consulting in a variety of cases within my line of expertise, including branding strategy and management, consumer behavior, marketing and consumer research, Likelihood of Confusion studies, trademark and trade dress disputes, among other areas.

9.   I am the recipient of the 1969 American Marketing Association Dissertation Award given annually to outstanding dissertations in the field of Marketing. I have published scholarly articles in various professional publications as well as articles on practical matters in my field, which have appeared in the professional journals of the American Marketing Association.

10.  In my professional career, particularly in my own firms, I have conducted, designed, supervised and reported the results of hundreds of studies. I have trained scores of young researchers and have mentored many more in client organizations. I have worked with large companies, e.g., IBM, AT&T, Seagram, Bell Laboratories, Hardee's, Imperial Tobacco, Subway Sandwich, SunGard Corp., as well as with small firms in a variety of industries.

11.  In my long career as a marketing research professional I have encountered a great variety of issues, questions, hypotheses, and management decisions for which I have designed studies and have conducted many multi-year research studies.

12. In my litigation consulting work I have dealt with and designed and executed studies in the areas of Likelihood of Confusion, secondary meaning, brand awareness measurement, demand estimation, and the evaluation of the effects of advertising, among others.

13. In my capacity as an expert witness in conjunction with my own studies or the evaluation of studies conducted by others, I have been deposed and have testified in court. For a complete list of my testimony in the last four years, see Exhibit 3.

14. The documents that I have relied upon in writing this report appear as Exhibit 4. I am being compensated for my work on this case at the rate of $550 per hour. My compensation is not dependent on the outcome of this case.

## Fussie Cat Labeling

15. Defendant PGI has used a variety of statements on the labeling and on the website of its Fussie Cat canned cat food which are the subject of this litigation. The statements, which plaintiff Weruva contends are false, exaggerated, and/or misleading, communicate to consumers various attributes of the Fussie Cat product line.

16. Specifically, at various times across different Fussie Cat varieties, PGI has communicated to consumers that, among other things, the Fussie Cat product:

   - "Contains Vitamin K3 Supplement";

   - is a "Product of USA";

   - "Prevents urinary tract infections"; and

   - does not "use any products from China."

17. Figures 1 and 2 below show these statements as used on the Fussie Cat labeling and website (statements are circled in red).

*Figure 1. Fussie Cat Labeling Bearing Contested Attributes*



---

[1] WI 00001.

[2] WI 00016.

[3] Fussie Cat label scans provided by plaintiff's attorneys.

*Figure 2. Fussie Cat Website with "No Ingredients from China" Statement*[4]



18. The plaintiff in this case was interested in learning about the extent to which, if at all, the contested product attributes communicated to consumers by defendant PGI impact consumers' purchase decisions when considering which brand of cat food to buy. Specifically, I was asked to determine whether the allegedly false attributes used by PGI on its Fussie Cat labeling and website generate a stronger consumer likelihood of purchase for the defendant's products as compared to equivalent product attributes communicated in accurate, non-misleading language.

19. To accomplish this, I conducted a consumer survey among purchasers of canned cat food, which I describe in detail in the remainder of this report.

---

[4] http://web.archive.org/web/20110208021314/http://fussiecat.com.

# Consumer Impact Survey

## Study Design

20. I conducted a consumer survey in this case to determine the impact, if any, of the allegedly false attributes used by PGI on its Fussie Cat labeling and website on consumers' purchasing behavior with regard to canned cat food. The survey was designed and executed in accordance with accepted standards of survey research for federal court litigation.[5] All appropriate measures to maintain objectivity and data integrity were taken throughout the survey process.

21. All efforts were made to present the survey questions in an objective, unbiased, and non-leading format. Respondents were presented with a "don't know" or "no opinion" answer option wherever appropriate throughout the survey in an effort to reduce guessing.

22. Randomized rotation of the answer options was employed throughout this survey wherever appropriate. This procedure removes any potential for order bias that might influence the results.

## Population

23. To generate reliable results it is necessary to define the appropriate population to be researched. Specifically, one tries to define the population that most closely resembles the target market—i.e., those consumers who would likely have exposure to and be likely purchasers of the product of interest in the marketplace.

24. In this case, I determined that the appropriate population was adults (at least 18 years old) who are the primary purchasers of food for the cats in their households. I specifically defined that person as someone who:

   a. Has at least one cat in his or her household;

   b. Is the person primarily responsible for purchasing food for the cat(s) in the household; and

---

[5] See Diamond, S. (2011). Reference guide on survey research. In *Reference Manual on Scientific Evidence*, p. 359-423. Federal Judicial Center/National Academy of Sciences.

    c. Purchases canned cat food for the cat(s) in the household (the Fussie Cat brand is sold exclusively in cans).

**The Sample**

25. The sample is made up of two subgroups. One group (consisting of 153 respondents) was required to have purchased cat food at an independent local pet store (e.g., a "mom & pop" store) within the past 12 months. The other group (consisting of 157 respondents) was comprised of respondents who had purchased cat food within the past year at a variety of stores that carry cat food but not at independent local pet stores.

26. In addition to those substantive requirements, respondents were also screened out if they or anyone in their household work in related industries. This is a customary "security" screening procedure employed throughout consumer research to ensure that people who possess special knowledge, and are therefore not representative of the population at large, are not included in the study.

27. Only respondents who satisfied the required criteria were allowed to participate in the study. Thus, the results of this study can be generalized beyond the sample, to the population of interest as a whole.

**Data Collection Method**

28. This survey was completed through online interviewing via the Internet. The respondent sample was obtained through Research Now,[6] a market research company that maintains an online consumer panel of over 3 million members that is balanced to the United States Census. Research Now is a leading provider of survey sample in the United States.[7] Potential participants were randomly selected from the Research Now panel for participation in this study.

29. The survey was programmed using an industry-leading online survey platform. The survey software facilitates the programming and execution of advanced survey designs, including

---

[6] www.researchnow.com.

[7] Research Now, "Panel Quality: Our Values," http://www.researchnow.com/en-US/Panels/PanelQuality.aspx.

complex skip logic and advanced rotation and randomization of questions, answer options, and stimuli. These features were employed whenever appropriate.

30. All efforts were made to ensure appropriate survey administration. The survey was double blind, i.e., neither the data collection service conducting the survey nor the respondents knew the purpose of the surveys or the sponsoring party.

31. The survey was administered to 310 randomly selected respondents.

**Questionnaire**

32. The study questionnaire consisted of two parts: a screener portion and the main questionnaire. The screener portion sought to identify respondents within the desired population and the main questionnaire measured the impact of the defendant's alleged misleading labeling claims on these qualified consumers. The full questionnaire appears as Exhibit 5.

33. Upon satisfying the screening requirements (discussed above at paragraphs 23-27), the respondent was presented with the main portion of the questionnaire. The objective of this part of the survey was to measure the impact of the allegedly misleading attributes communicated by the defendant on its labels and website as compared to non-misleading statements that are similar in type to those commonly found on cat food labels and websites.

34. To do this, respondents were asked to assume that they are shopping for cat food and holding two cans of food in their hands: one called "Brand Q" and the other "Brand L." Brand Q was expressed by the four product attributes used by the defendant that are alleged to be misleading; brand L was expressed by four equivalent attributes stated in a non-misleading manner. One of the attributes of Brand L was presented as "no claim." Figure 3 summarizes this design feature.

35. Respondents were not told that Brand Q's attributes were allegedly misleading or that Brand L's attributes are not. For each attribute, respondents were asked to consider the statement made by each brand and express their likelihood to buy Brand Q, Brand L, or their indifference between the two brands. As required by good research practice, respondents were also given the opportunity to select a "Don't know/No opinion" answer.

*Figure 3. Attribute Comparisons*

| Brand Q (Allegedly Misleading Attribute Descriptions) | Brand L (Non-Misleading Attribute Descriptions) |
|---|---|
| Contains Vitamin K3 Supplement | Contains Menadione Sodium Bisulfite Complex (Source of Vitamin K) |
| Product of USA | Product of Thailand |
| Prevents urinary tract infection | [Brand L makes no claims regarding urinary tract health] |
| We do not use any ingredients from China | We use quality food ingredients |

36. After completing the product attributes comparisons, respondents were then asked to rate the importance of each product attribute to them when deciding what brand of canned cat food to buy. To do this, respondents were provided with interactive slider bars with which they could indicate the importance of each attribute on their purchase decision with extreme specificity (see Figure 4 below).

*Figure 4. Attribute Rating Slider Bar*



37. Obtaining attribute importance ratings is a standard practice in consumer behavior science, which recognizes that not all attributes are equally important to all the members of the market. That principle lies at the foundation of individual choice and is always accounted for in the scientific literature when describing a market in its totality (as is the case here).

38. Respondents were also asked to rate the importance of a variety of informational outlets (e.g., online search, retail staff recommendation, the information on the label, etc.) when choosing what brand of cat food to buy. This question provides information on the impact of relevant marketing communication media on consumers' purchase decisions.

39. The final series of questions collected demographic information about each respondent, including the number of cats in their household. To the extent that respondents own (and are purchasing food for) multiple cats, the impact of the allegedly misleading attributes on consumer purchasing behavior is multiplicative.

## Results & Analysis

40. The analysis of results in this case is centered on two issues: 1) whether the allegedly misleading statements have an impact on consumers' purchasing behavior; and 2) the magnitude of impact of the allegedly misleading statements relative to one another.

### The Presence of Consumer Impact

41. A review of consumers' responses to the attribute comparisons shows that the defendant's allegedly misleading statements are having a clear positive impact on consumers. Specifically, both independent pet store shoppers and non-independent pet store shoppers expressed a strong preference for products bearing the allegedly misleading statements over products with accurate equivalent statements.

### Independent Store Shoppers

42. As can be seen in Figure 5 below, the statement "Product of USA" is the most impactful of the four statements, with 92 percent of consumers who shop in "mom and pop" pet stores overwhelmingly favoring the brand because it is made in this country. The influence of that claim alone represents a very powerful swaying force for tilting sales in the direction of the brand that makes that statement.

*Figure 5. Likelihood of Purchasing Brand "Q" and Brand "L" Based On the Four Allegedly Misleading Attribute Formulations—Independent Retail Channel*

| Brand Q Attribute | Percent Very and Somewhat Likely to Purchase Brand Q | Percent Indifferent Between Brand Q and Brand L | Percent Very and Somewhat Likely to Purchase Brand L | Percent Don't Know or No Opinion | Brand L Attribute |
|---|---|---|---|---|---|
| Product of USA | 92[*] | 8 | -- | 1 | Product of Thailand |
| Prevents urinary tract infection | 75 | 16 | 7 | 3 | [No claims regarding urinary tract infection] |
| Contains Vitamin K3 Supplement | 54 | 25 | 7 | 14 | Contains Menadione Sodium Bisulfite Complex (Source of Vitamin K) |
| We do not use any ingredients from China | 53 | 8 | 37 | 1 | We use quality food ingredients |

[*]Margin of Error is +/- 4.2% at 95% confidence

43. Very close behind the country origin attribute is the medicinally expressed claim about the food's ability to prevent urinary tract infection. With three-quarters of all consumers being impacted by that claim, the brand making the claim is pulling a very large proportion of buyers in its direction and away from brands that make no claim regarding urinary tract health.

44. The other two claims investigated here—that the product contains Vitamin K3 Supplement and that the product does not use any ingredients from China—although slightly lower (at 54 percent and 53 percent, respectively), are also potentially powerful sales shifters in that more than half of the buying public expresses a preference for the brand with these attributes.

**Non-Independent Store Shoppers**

45. As can be seen in Figure 6, a very similar picture characterizes the non-independent shoppers, i.e., those cat owners who buy canned cat food everywhere else except at independent local pet stores.

*Figure 6. Likelihood of Purchasing Brand "Q" and Brand "L" Based On the Four Allegedly Misleading Attribute Formulations—Non-Independent Retail Channel*

| Brand Q Attribute | Percent Very and Somewhat Likely to Purchase Brand Q | Percent Indifferent Between Brand Q and Brand L | Percent Very and Somewhat Likely to Purchase Brand L | Percent Don't Know or No Opinion | Brand L Attribute |
|---|---|---|---|---|---|
| Product of USA | 94[*] | 5 | -- | 1 | Product of Thailand |
| Prevents urinary tract infection | 83 | 13 | 2 | 1 | [No claims regarding urinary tract infection] |
| Contains Vitamin K3 Supplement | 45 | 28 | 8 | 19 | Contains Menadione Sodium Bisulfite Complex (Source of Vitamin K) |
| We do not use any ingredients from China | 45 | 10 | 42 | 4 | We use quality food ingredients |

[*]Margin of Error is +/- 4.2% at 95% confidence

46. Table 6 shows that non-independent shoppers also overwhelmingly favor a product made in the USA (94 percent) and a product that will prevent urinary tract infections (83 percent). The "Vitamin K3" and "no ingredients from China" attributes also have a strong impact on the purchase decision, with 45 percent of respondents expressing a preference for these attributes.

47. The comparison of the two populations—those who frequent independent local pet stores and those who buy their canned cat food from other sources—shows that the alleged misleading claims have a universal appeal among all cat owners. That suggests that the impact of the allegedly misleading claims studied here encompasses the entire market and is not limited to just a segment of the market.

**The Magnitude of Impact**

48. The analysis so far has focused on the presence of an impact of the alleged misleading claims and it has shown that such an impact is indeed present. The next question is: What is the

magnitude of that impact? The first step toward answering that question is to examine the importance ratings of the four attributes in question as indicated by respondents.

49. As discussed above, respondents were asked to rate each of the four allegedly misleading statements in terms of their importance to them when considering which brand of cat food to buy. The importance rating scale that was provided to respondents—ranging from zero to 100—yielded the results shown in Figure 7 below.

50. These results confirm that (1) while all of the tested attributes have an impact on consumers, not all of the tested attributes are equally important to consumers making a cat food brand choice; and (2) the entire market of canned cat food shoppers may be treated as a single entity regardless of their preferred shopping outlet (as evidenced by the nearly identical importance ratings of the attributes among the two sub-samples). The homogeneity of the market is very important because it allows one to derive market-wide conclusions rather than addressing segment-by-segment differences.

*Figure 7. Attribute Importance Ratings (Using Scale: 0 – 100)*

| Attribute | Independent Local Pet Store Shopper | Non-Independent Local Pet Store Shopper |
|---|---|---|
| Product of USA | 81 | 81 |
| Prevents urinary tract infection | 64 | 63 |
| Contains Vitamin K3 Supplement | 45 | 48 |
| We do not use any ingredients from China | 68 | 74 |

51. The results in Figure 7 show that "Product of USA" is by far the most impactful attribute due to the importance consumers attach to it when making brand choice decisions. The promise of not using any ingredients from China and the claim that the cat food prevents urinary tract infection follow closely behind. Again, as seen throughout this study, there is virtually no difference between cat owners who shop at independent local pet stores and those who frequent other outlets.

52. These results show that the attributes I have tested affect consumer perception for canned cat food. Consumers show a strong preference for a brand claiming the attributes communicated to consumers by PGI. Additionally, these attributes are important to consumers as shown in Figure 7 above. Therefore the attributes measured in this study are impactful demand drivers to consumers shopping for cat food.

53. Consumers encounter information about cat food—either passively or actively—in a variety of channels of marketing communication. As can be seen in Figure 8, the information on the label is by far the most important source of product information followed closely by veterinarian's advice. This clearly suggests that what a cat food manufacturer puts on the label has the potential of being exceedingly influential in so far as brand choice is concerned. If the label is as important as professional advice one can only imagine the degree to which untruthful claims can affect consumers who view the label as authoritative as a veterinarian.

54. Figure 8. Information channel

| Information Channel | Percent Rating Somewhat/Very Important (Base: Total Respondents) [n=310] |
| --- | --- |
| The information on the label | 84 |
| Advice of veterinary professional | 82 |
| Results of online search | 54 |
| Free sample from manufacturer | 37 |
| Recommendation of retail staff | 34 |

55. While the analysis so far equated a consumer with one cat, it is important to note that our study shows that our sample owns two cats on the average. Thus, to the extent that consumers are purchasing food for multiple cats, which is a common occurrence among the target market for the products at issue in this case, the per consumer impact of the defendant's actions is compounded.

## Conclusions

56. Based on the results of this study and my analysis of those results I conclude with a reasonable degree of scientific certitude that the four allegedly misleading claims made by the defendant have had a material impact in the marketplace because the claims are influential factors in consumers' purchasing behavior.

57. I reserve the right to supplement and revise this report and the opinions expressed herein based on new information provided to me.


_____
Dr. Eli Seggev

July 31, 2012
_____
Date

**Exhibit 1—Dr. Seggev Resume**





# Keegan & Company LLC

350 Theodore Fremd
Rye, New York 10580
914 • 967 • 9421
info@keeganandco.com
www.keeganandco.com

## Dr. Eli Seggev

**Education**

- Ph.D., Marketing and Quantitative Methods, Syracuse University (1969)
  - Recipient of American Marketing Association Dissertation Award (1969)
- Master of Business Administration, University of Michigan (1965)
- B.A., Social Sciences, Hebrew University (1963)

**Business Experience**

### Keegan & Company LLC (2000 – present)

Senior Expert Consultant. Testify regarding consumer confusion, trade dress, dilution, consumer behavior, secondary meaning, and other consumer research issues.

### Independent Consultant (2000 – present)

Independent consultant in marketing research, marketing strategy, business development, and entrepreneurship.

### MS&P – Marketing Strategy and Planning (1985 – 2001)

- Founder & CEO.

- Developed the company into a technologically leading-edge marketing research firm providing computer simulation and other advanced information technology services to industry.

- Served wide range of clients, including: IBM, AT&T, Chase, Subway, SunGard, Lear Jet, and many others.

- Sold the company to Market Facts, one of the top U.S. marketing research firms, in 1999.

### Business Decisions, Inc. (1982 – 1984)

President. Business Decisions, Inc. was the reincarnation of Marketing Systems, Inc., (see below), reflecting the U.K. parent brand.

### Marketing Systems, Inc. (1980 – 1982)

- Founder & CEO.

- Established a marketing research company dedicated to providing brand management information and consulting when brand management began to take hold in marketing management.

- Served clients such as Seagram, Cessna, Miles Laboratories, Imperial Tobacco, and many others.

- Agreed to be acquired by AIDCOM International, a U.K. company seeking a U.S. presence.

### Independent Consultant (1977 – 1980)

Independent consultant to companies regarding consumer research and marketing.

### Decisions Center, Inc. (1976 – 1977)

Senior Project Director.

### Benton and Bowles Advertising (1975 – 1976)

Associate Research Director.

### Audits and Surveys, Inc. (1973 – 1975)

Project Director.

## Academic Appointments

- Associate Professor of Marketing, Lubin Graduate School of Business, Pace University (1982 – 1992).

- Associate Professor of Marketing, Baruch College (1975 – 1982).

- Visiting Lecturer in Marketing, Recanati School of Business, Tel Aviv University (1971 – 1972).

- Associate Professor of Marketing, Graduate School of Business, C.W. Post University (1970 – 1975).

- Assistant Professor of Marketing, School of Management, Syracuse University, (1969 – 1970).

## Selected Publications

*Values Added from Internet Research*, ESOMAR Net Effects[4] Worldwide Internet Conference, 2001, with C. Eichman, A. Mezzasalma and G. Licastro.

*Marketing Research—the Marketing Strategy Engine*, The Institute of International Research Conference: Customer Marketing for Newly Deregulated Industries, 1998.

**Keegan & Company LLC**                                                    **Page 3**

*The Pickax, The Shovel, The Bulldozer and the Head Lamp*, Working Paper, 1998.

*Fusing Attitudinal and Behavioral Data in Data Mining*, Working Paper, 1998.

*Gaining Competitive Advantage Through Customer-Focused Marketing*, Idaho and Montana Banker Association Annual Convention, 1997.

*A Role in Flux*, Marketing Management, 1995.

*Getting the Most Out of Your Customer Satisfaction Measurement*, Consumer Banking Digest, 1993.

*Advertising Effectiveness Measurement for Contribution-Based Compensation*, Journal of Advertising Research, 1992.

*Testing the Strategic Fit of Financial Services Advertising*, Advertising Research Foundations Key Issues Workshop, 1983.

*Testing Persuasion by Strategic Positioning*, Journal of Advertising Research, 1982.

*Brand Assortment and Consumer Brand Choice*, Journal of Marketing, 1970.

**Exhibit 2—Dr. Seggev Publications**





## Keegan & Company LLC

350 Theodore Fremd
Rye, New York 10580
914 • 967 • 9421
fax 914 • 967 • 8179
info@keeganandco.com
www.keeganandco.com

## Publications of Dr. Eli Seggev

**1970 – Present**

*Size of Client Firm Determines Research Needs*, Marketing News, Vol. 39, Issue 15, 2005.

*Values Added from Internet Research*, ESOMAR Net Effects Worldwide Internet Conference, 2001, with C. Eichman, A. Mezzasalma and G. Licastro.

*Marketing Research—the Marketing Strategy Engine*, The Institute of International Research Conference: Customer Marketing for Newly Deregulated Industries, 1998.

*The Pickax, The Shovel, The Bulldozer and the Head Lamp*, Working Paper, 1998.

*Fusing Attitudinal and Behavioral Data in Data Mining*, Working Paper, 1998.

*Gaining Competitive Advantage Through Customer-Focused Marketing*, Idaho and Montana Banker Association Annual Convention, 1997.

*A Role in Flux*, Marketing Management, 1995.

*Getting the Most Out of Your Customer Satisfaction Measurement*, Consumer Banking Digest, 1993.

*Advertising Effectiveness Measurement for Contribution-Based Compensation*, Journal of Advertising Research, 1992.

*Testing the Strategic Fit of Financial Services Advertising*, Advertising Research Foundations Key Issues Workshop, 1983.

*Testing Persuasion by Strategic Positioning*, Journal of Advertising Research, 1982.

*Brand Assortment and Consumer Brand Choice*, Journal of Marketing, 1970.

**Exhibit 3—Dr. Seggev Experience Table**





Keegan & Company LLC

350 Theodore Fremd
Rye, New York 10580
914 • 967 • 9421
www.keeganandco.com

## Expert Witness Testimony—Dr. Seggev

**Past four years of testimony**

| In the Matter of | Court | Representing | Testimony |
|---|---|---|---|
| Georgia-Pacific Corporation v. von Drehle Corporation | United States District Court for the Eastern District of North Carolina Raleigh Division | Plaintiff | Trial Testimony<br><br>Deposition |
| Sharp Corporation v. Dell, Inc. | United States District Court, District of New Jersey | Plaintiff | Deposition |
| Philip Morris USA Inc. v. Veles LTD. et al. | United States District Court, Southern District of New York | Defendants | Deposition |
| Georgia-Pacific Consumer Products, LP v. Myers Supply, Inc. | United States District Court for the Western District of Arkansas, Hot Springs Division | Plaintiff | Trial Testimony |
| Lannett Company Inc. v. KV Pharmaceutical Company et al. | U.S. District Court for the District of Delaware | Plaintiff | Deposition |
| Simpson Strong-Tie Company Inc. v. Stewart, Estes & Donnell, PLC | U.S. District Court for the Middle District of Tennessee, Nashville Division | Plaintiff | Deposition |

**Keegan & Company LLC**                                                                Page 2

| In the Matter of | Court | Representing | Testimony |
|---|---|---|---|
| Talisker Corporation, Talisker Deer Valley Corporation v. Prime West Jordanelle, LLC | U.S. District Court for the District of Utah, Central Division | Plaintiff | Hearing Testimony |
| ConsumerInfo.com v. Money Management International | United States District Court, Central District of California, Western Division | Plaintiff | Deposition |
| Nafar v. Hollywood Tanning Systems, Inc. | Superior Court of the State of New Jersey, Law Division, County of Middlesex | Plaintiffs | Deposition |
| Citizens Banking Corporation v. Citizens Financial Group, Inc., Charter One Bank, NA, The Royal Bank of Scotland Group, PLC | In The United States District Court For The Eastern District of Michigan, Southern Division | Plaintiff | Trial Testimony Deposition |
| Citizens Banking Corporation v. Citizens First Bancorp, et al. | United States District Court, Eastern District of Michigan, Southern Division | Plaintiff | Deposition Hearing Testimony |
| Vista India, Inc. v. Raaga, LLC (d/b/a Raaga.com) | United States District Court, District of New Jersey | Defendant | Hearing Testimony |
| In Re: Sunscreen Cases | Los Angeles Superior Court | Class | Deposition |
| Perfumebay.com, Inc. v. eBay, Inc. | United States District Court for the Central District of California | Plaintiff | Trial Testimony |

**Keegan & Company LLC**                                      Page 3

| In the Matter of | Court | Representing | Testimony |
|---|---|---|---|
| Coastal Communication Service, Inc. v. The City of New York | United States District Court for the Eastern District of New York | Defendant | Deposition |
| Georgia-Pacific Corporation v. American Paper Converting, Inc. | United States District Court for the District of Oregon | Plaintiff | Deposition |
| 24 Hour Fitness USA, Inc. v. 24/7 Tribeca Fitness, LLC | United States District Court for the Southern District of New York | Defendant | Deposition<br><br>Trial Testimony |

**Exhibit 4—Documents Considered by Dr. Seggev**





**Keegan & Company** LLC

**Expert Report Documents Considered**

**Weruva International, Inc. v. Pets Global, Inc.**

| Pleadings | |
| --- | --- |
| **Title** | **Filed By** |
| Complaint and Demand for Jury Trial | Plaintiff |
| Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction | Plaintiff |

# Keegan & Company LLC

**Expert Report Documents Considered**

**Weruva International, Inc. v. Pets Global, Inc.**

## Documents

| Begin Bates | End Bates | Date | Type | Description | Source |
|---|---|---|---|---|---|
| - | - | No Date | Labels | Weruva labels | Rodman Law Group LLC |
| - | - | No Date | Labels | Fussie Cat labels (scans) | Rodman Law Group LLC |
| WI 00001 | WI 00017 | No Date | Labels/Brochure | Fussie Cat labels and brochure (photos) | Rodman Law Group LLC |
| WI 00057 | - | No Date | POP sign | Fussie Cat POP sign (photo) | Rodman Law Group LLC |
| - | - | No Date | Brochure | Fussie Cat "So Tasty" brochure (photos) | Rodman Law Group LLC |
| - | - | 2/8/2011 | Internet | Fussie Cat website (via archive.org), http://web.archive.org/ web/20110208021314/http://fussiecat.com | Keegan & Company LLC |
| - | - | 2011 | Treatise | Diamond, S. Reference guide on survey research. In Reference Manual on Scientific Evidence, p. 359-423. Federal Judicial Center/National Academy of Sciences. | Keegan & Company LLC |
| - | - | No Date | Internet | Research Now website, www.researchnow.com | Keegan & Company LLC |

**Exhibit 5—Questionnaire**





*Consumer Survey*

Thank you for agreeing to participate in this survey. The survey is for research purposes only. You will remain anonymous and your responses will be held strictly confidential.

The survey will take just a few minutes of your time. Before we begin, please read the following instructions:

• It is perfectly acceptable for you to choose the "don't know" or "no opinion" answer whenever it appears in a question. Please do not try to guess if you don't know or have no opinion.

• Your browser's back button will be disabled during the survey. Please use the navigation buttons within the survey to advance through the questionnaire.

• If you typically wear eyeglasses or contact lenses while using your computer, please make sure you are wearing them now.

Do you understand the instructions provided above?

○ No

○ Yes

○ Don't know

Click the "Next" button below to continue.

Survey Powered By Qualtrics

NEXT >>







*Consumer Survey*

In the last question, you indicated that there are pets in your household. Which of the following pets do you have in your household?

☐ Hamster

☐ Bird

☐ Fish / aquarium

☐ Ferret

☐ Reptile (lizard, turtle, snake, etc.)

☐ Rabbit

☐ Cat

☐ Dog

☐ Other

☐ None of the above

Click the "Next" button below to continue.

Survey Powered By Qualtrics

NEXT >>



Consumer Survey

Are you the person primarily responsible for purchasing food for the cat in your household?

- ○ No
- ○ Yes
- ○ Don't know / No opinion

Click the "Next" button below to continue.

Survey Powered By Qualtrics

NEXT >>



Survey | Qualtrics Survey S...

surveys.qualtrics.com/SE/?SID=SV_5asEaw0r65sQkxT

*Consumer Survey*

What kind of food do you feed your cat regularly? Check all that apply.

☐ Canned cat food

☐ Dry cat food

☐ Other

Click the "Next" button below to continue.

Survey Powered By Qualtrics

NEXT >>



Survey | Qualtrics Survey S ×

surveys.qualtrics.com/SE/?SID=SV_5asEaw0r65sQkxT

## Consumer Survey

At which of the following types of outlets have you bought food for your cat in the last 12 months? Check all that apply.

☐ Drug store

☐ Convenience store

☐ Online retailer

☐ Independent local pet store (e.g., "mom & pop" store)

☐ Chain pet store (e.g., Petco)

☐ Consumer goods chain store (e.g., Target, Wal-Mart)

☐ Grocery store

☐ Other

Click the "Next" button below to continue.

Survey Powered By Qualtrics

NEXT >>



*Consumer Survey*

Do you or does any other member of your household work in any of the following fields?

☐ Advertising agency
☐ Retail pet store
☐ Veterinary office
☐ Pet food manufacturer
☐ None of the above

Click the "Next" button below to continue.

Survey Powered By Qualtrics

NEXT >>



*Consumer Survey*

Imagine that you are shopping for cat food and you are holding in your hands two cans of cat food, BRAND Q and BRAND L.

Imagine that you are trying to choose between the two brands. In the next series of questions you will be presented with some of the attributes that describe the two brands as they appear on the labels or on their websites.

For each attribute you will be asked to decide which brand you would buy. Let's begin with the first attribute.

Click the "Next" button below to continue.

Survey Powered By Qualtrics

NEXT >>



Survey | Qualtrics Survey S... ×

surveys.qualtrics.com/SE/?SID=SV_5asEaw0r65sQkxT

*Consumer Survey*

Imagine that you are shopping for cat food and you are holding in your hands two cans of cat food, BRAND Q and BRAND L. Imagine you are trying to choose between the two brands and that the websites of the two brands contain the following attributes:

**Brand Q:**
We do not use any
ingredients from China

**Brand L:**
We use quality food
ingredients

Which of the following best expresses your opinion?

○ Very likely to buy Brand Q

○ Somewhat likely to buy Brand Q

○ Indifferent between the two brands

○ Somewhat likely to buy Brand L

○ Very likely to buy Brand L

○ Don't know / No opinion

Click the "Next" button below to continue.

Survey Powered By Qualtrics

NEXT >>





*Consumer Survey*

Imagine that you are shopping for cat food and you are holding in your hands two cans of cat food, BRAND Q and BRAND L. Imagine you are trying to choose between the two brands and that the labels contain the following attributes:

**Brand Q:**
Prevents urinary
tract infection

**Brand L:**
[Brand L makes no claims
regarding urinary tract health]

Which of the following best expresses your opinion?

○ Very likely to buy Brand Q

○ Somewhat likely to buy Brand Q

○ Indifferent between the two brands

○ Somewhat likely to buy Brand L

○ Very likely to buy Brand L

○ Don't know / No opinion

Click the "Next" button below to continue.

Survey Powered By Qualtrics

NEXT >>



*Consumer Survey*

Imagine that you are shopping for cat food and you are holding in your hands two cans of cat food, BRAND Q and BRAND L. Imagine you are trying to choose between the two brands and that the labels contain the following attributes:

**Brand Q:**
Contains Vitamin K3
Supplement

**Brand L:**
Contains Menadione Sodium
Bisulfite Complex (Source of Vitamin K)

**Which of the following best expresses your opinion?**

- ○ Very likely to buy Brand Q
- ○ Somewhat likely to buy Brand Q
- ○ Indifferent between the two brands
- ○ Somewhat likely to buy Brand L
- ○ Very likely to buy Brand L
- ○ Don't know / No opinion

Click the "Next" button below to continue.

Survey Powered By Qualtrics

NEXT >>



*Consumer Survey*

Imagine that you are shopping for cat food and you are holding in your hand a can of cat food.

Now, please rate the attributes from the previous questions in terms of how important each one is to you when selecting a brand of cat food. Please rate each attribute on its own merits by moving the bar on the scale to the point that best represents your opinion.

A rating of 0 means that the attribute in question is not at all important and does not enter your consideration at all when choosing a cat food brand for your cat. A rating of 100 means that the attribute is extremely important.

Attribute Rating (0 - 100)

0   10   20   30   40   50   60   70   80   90   100

Prevents urinary tract infection

Contains Vitamin K3 Supplement

Product of USA

Does not use any ingredients from China

Click the "Next" button below to continue.

Survey Powered By Qualtrics

NEXT >>

Survey | Qualtrics Survey S ×

surveys.qualtrics.com/SE/?SID=SV_5asEaw0r65sQkxT

## Consumer Survey

How would you rate the sources of information below as to their importance to you when you decide what brand of cat food to buy?

| | Very unimportant | Somewhat unimportant | Neither unimportant nor important | Somewhat important | Very important |
|---|---|---|---|---|---|
| Advice of veterinary professional | ○ | ○ | ○ | ○ | ○ |
| Free sample from manufacturer | ○ | ○ | ○ | ○ | ○ |
| Recommendation of retail staff | ○ | ○ | ○ | ○ | ○ |
| Results of online search | ○ | ○ | ○ | ○ | ○ |
| The information on the label | ○ | ○ | ○ | ○ | ○ |

Click the "Next" button below to continue.

Survey Powered By Qualtrics

NEXT >>



*Consumer Survey*

Now, a few more questions for classification purposes only. First, which of the following best describes your educational background?

- ○ Less than high school
- ○ High school/Technical school
- ○ College/Some college
- ○ Graduate School

Which of the following includes your household's approximate annual income in 2011?

- ○ Under $35,000
- ○ $35,000 - $49,999
- ○ $50,000 - $74,999
- ○ $75,000 - $99,999
- ○ $100,000 - $124,999
- ○ $125,000 and above

What is your gender?

- ○ Male
- ○ Female

How many cats do you have in your household?

[ ▼ ]

Click the "Next" button below to continue.

Survey Powered By Qualtrics

NEXT >>

**Exhibit 6—Tabulated Data**



**Independent Pet Store Shoppers**

1.  Thank you for agreeing to participate in this survey. The survey is for research purposes only. You will remain anonymous and your responses will be held strictly confidential. The survey will take just a few minutes of your time. Before we begin, please read the following instructions: • It is perfectly acceptable for you to choose the "don't know" or "no opinion" answer whenever it appears in a question. Please do not try to guess if you don't know or have no opinion.• Your browser's back button will be disabled during the survey. Please use the navigation buttons within the survey to advance through the questionnaire. • If you typically wear eyeglasses or contact lenses while using your computer, please make sure you are wearing them now. Do you understand the instructions provided above?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Yes | | 153 | 100% |
| 2 | No | | 0 | 0% |
| 3 | Don't know | | 0 | 0% |
| | Total | | 153 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 1 |
| Mean | 1.00 |
| Variance | 0.00 |
| Standard Deviation | 0.00 |
| Total Responses | 153 |

**2. Which of the following age brackets contains your age on your last birthday?**

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Under 18 | | 0 | 0% |
| 2 | 18 - 24 | | 3 | 2% |
| 3 | 25 - 34 | | 16 | 10% |
| 4 | 35 - 44 | | 24 | 16% |
| 5 | 45 - 54 | | 41 | 27% |
| 6 | 55 - 64 | | 40 | 26% |
| 7 | 65 or older | | 29 | 19% |
| | Total | | 153 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 2 |
| Max Value | 7 |
| Mean | 5.22 |
| Variance | 1.74 |
| Standard Deviation | 1.32 |
| Total Responses | 153 |

**3. In your current household, do you have:**

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | 0 pets | | 0 | 0% |
| 2 | 1 - 2 pets | | 86 | 56% |
| 3 | 3 - 4 pets | | 47 | 31% |
| 4 | 5 - 6 pets | | 9 | 6% |
| 5 | 7 or more pets | | 11 | 7% |
| | Total | | 153 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 2 |
| Max Value | 5 |
| Mean | 2.64 |
| Variance | 0.78 |
| Standard Deviation | 0.89 |
| Total Responses | 153 |

**4. In the last question, you indicated that there are pets in your household. Which of the following pets do you have in your household?**

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Dog | | 61 | 40% |
| 2 | Hamster | | 2 | 1% |
| 3 | Reptile (lizard, turtle, snake, etc.) | | 4 | 3% |
| 4 | Cat | | 153 | 100% |
| 5 | Fish / aquarium | | 13 | 8% |
| 6 | Rabbit | | 3 | 2% |
| 7 | Ferret | | 1 | 1% |
| 8 | Bird | | 3 | 2% |
| 9 | Other | | 8 | 5% |
| 10 | None of the above | | 0 | 0% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 9 |
| Total Responses | 153 |

**5. Are you the person primarily responsible for purchasing food for the cat in your household?**

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Yes | | 153 | 100% |
| 2 | No | | 0 | 0% |
| 3 | Don't know / No opinion | | 0 | 0% |
| | Total | | 153 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 1 |
| Mean | 1.00 |
| Variance | 0.00 |
| Standard Deviation | 0.00 |
| Total Responses | 153 |

**6.  What kind of food do you feed your cat regularly? Check all that apply.**

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Dry cat food | | 148 | 97% |
| 2 | Canned cat food | | 153 | 100% |
| 3 | Other | | 9 | 6% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 3 |
| Total Responses | 153 |

**7.  At which of the following types of outlets have you bought food for your cat in the last 12 months? Check all that apply.**

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Grocery store | | 100 | 65% |
| 2 | Convenience store | | 9 | 6% |
| 3 | Drug store | | 18 | 12% |
| 4 | Chain pet store (e.g., Petco) | | 96 | 63% |
| 5 | Independent local pet store (e.g., "mom & pop" store) | | 153 | 100% |
| 6 | Consumer goods chain store (e.g., Target, Wal-Mart) | | 66 | 43% |
| 7 | Online retailer | | 30 | 20% |
| 8 | Other | | 12 | 8% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 8 |
| Total Responses | 153 |

8. Do you or does any other member of your household work in any of the following fields?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Advertising agency | | 0 | 0% |
| 2 | Retail pet store | | 0 | 0% |
| 3 | Veterinary office | | 0 | 0% |
| 4 | Pet food manufacturer | | 0 | 0% |
| 5 | None of the above | | 153 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 5 |
| Max Value | 5 |
| Total Responses | 153 |

9.   Imagine that you are shopping for cat food and you are holding in your hands two cans of cat food, BRAND Q and BRAND L. Imagine you are trying to choose between the two brands and that the labels contain the following attributes: Brand Q: Contains Vitamin K3 Supplement Brand L: Contains Menadione Sodium Bisulfite Complex (Source of Vitamin K) Which of the following best expresses your opinion?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 5 | Very likely to buy Brand Q | | 38 | 25% |
| 4 | Somewhat likely to buy Brand Q | | 44 | 29% |
| 3 | Indifferent between the two brands | | 39 | 25% |
| 2 | Somewhat likely to buy Brand L | | 9 | 6% |
| 1 | Very likely to buy Brand L | | 2 | 1% |
| 9 | Don't know / No opinion | | 21 | 14% |
| | Total | | 153 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 9 |
| Mean | 3.81 |
| Variance | 4.04 |
| Standard Deviation | 2.01 |
| Total Responses | 153 |

10.   Imagine that you are shopping for cat food and you are holding in your hands two cans of cat food, BRAND Q and BRAND L. Imagine you are trying to choose between the two brands and that the labels contain the following attributes: Brand Q: Product of USA Brand L: Product of Thailand Which of the following best expresses your opinion?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 5 | Very likely to buy Brand Q | | 114 | 75% |
| 4 | Somewhat likely to buy Brand Q | | 26 | 17% |
| 3 | Indifferent between the two brands | | 12 | 8% |
| 2 | Somewhat likely to buy Brand L | | 0 | 0% |
| 1 | Very likely to buy Brand L | | 0 | 0% |
| 9 | Don't know / No opinion | | 1 | 1% |
| | Total | | 153 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 3 |
| Max Value | 9 |
| Mean | 4.67 |
| Variance | 0.50 |
| Standard Deviation | 0.71 |
| Total Responses | 153 |

**11.   Imagine that you are shopping for cat food and you are holding in your hands two cans of cat food, BRAND Q and BRAND L. Imagine you are trying to choose between the two brands and that the labels contain the following attributes: Brand Q: Prevents urinary tract infection Brand L: [Brand L makes no claims regarding urinary tract health] Which of the following best expresses your opinion?**

| # | Answer | | Response | % |
|---|--------|--|----------|---|
| 5 | Very likely to buy Brand Q | | 62 | 41% |
| 4 | Somewhat likely to buy Brand Q | | 52 | 34% |
| 3 | Indifferent between the two brands | | 24 | 16% |
| 2 | Somewhat likely to buy Brand L | | 8 | 5% |
| 1 | Very likely to buy Brand L | | 3 | 2% |
| 9 | Don't know / No opinion | | 4 | 3% |
| | Total | | 153 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 9 |
| Mean | 4.09 |
| Variance | 1.57 |
| Standard Deviation | 1.25 |
| Total Responses | 153 |

12.   Imagine that you are shopping for cat food and you are holding in your hands two cans of cat food, BRAND Q and BRAND L. Imagine you are trying to choose between the two brands and that the websites of the two brands contain the following attributes: Brand Q: We do not use any ingredients from China Brand L: We use quality food ingredients Which of the following best expresses your opinion?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 5 | Very likely to buy Brand Q | | 53 | 35% |
| 4 | Somewhat likely to buy Brand Q | | 28 | 18% |
| 3 | Indifferent between the two brands | | 13 | 8% |
| 2 | Somewhat likely to buy Brand L | | 28 | 18% |
| 1 | Very likely to buy Brand L | | 29 | 19% |
| 9 | Don't know / No opinion | | 2 | 1% |
| | Total | | 153 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 9 |
| Mean | 3.32 |
| Variance | 2.85 |
| Standard Deviation | 1.69 |
| Total Responses | 153 |

**13.** Imagine that you are shopping for cat food and you are holding in your hand a can of cat food. Now, please rate the attributes from the previous questions in terms of how important each one is to you when selecting a brand of cat food. Please rate each attribute on its own merits by moving the bar on the scale to the point that best represents your opinion. A rating of 0 means that the attribute in question is not at all important and does not enter your consideration at all when choosing a cat food brand for your cat. A rating of 100 means that the attribute is extremely important.

| # | Answer | Min Value | Max Value | Average Value | Standard Deviation | Responses |
|---|--------|-----------|-----------|---------------|--------------------|-----------|
| 1 | Contains Vitamin K3 Supplement | 0.00 | 100.00 | 48.42 | 29.33 | 153 |
| 2 | Product of USA | 2.00 | 100.00 | 81.40 | 24.25 | 153 |
| 3 | Prevents urinary tract infection | 0.00 | 100.00 | 62.86 | 30.60 | 153 |
| 4 | Does not use any ingredients from China | 0.00 | 100.00 | 74.12 | 31.71 | 153 |

**14. How would you rate the sources of information below as to their importance to you when you decide what brand of cat food to buy?**

| # | Question | Very unimportant | Somewhat unimportant | Neither unimportant nor important | Somewhat important | Very important | Responses | Mean |
|---|---|---|---|---|---|---|---|---|
| 1 | Recommendation of retail staff | 15 | 26 | 58 | 46 | 8 | 153 | 3.04 |
| 2 | The information on the label | 4 | 7 | 11 | 53 | 78 | 153 | 4.27 |
| 3 | Advice of veterinary professional | 6 | 8 | 12 | 53 | 74 | 153 | 4.18 |
| 4 | Free sample from manufacturer | 19 | 21 | 58 | 40 | 15 | 153 | 3.07 |
| 5 | Results of online search | 7 | 9 | 47 | 69 | 21 | 153 | 3.58 |

| Statistic | Recommendation of retail staff | The information on the label | Advice of veterinary professional | Free sample from manufacturer | Results of online search |
|---|---|---|---|---|---|
| Min Value | 1 | 1 | 1 | 1 | 1 |
| Max Value | 5 | 5 | 5 | 5 | 5 |
| Mean | 3.04 | 4.27 | 4.18 | 3.07 | 3.58 |
| Variance | 1.08 | 0.93 | 1.10 | 1.29 | 0.92 |
| Standard Deviation | 1.04 | 0.97 | 1.05 | 1.14 | 0.96 |
| Total Responses | 153 | 153 | 153 | 153 | 153 |

**15. Now, a few more questions for classification purposes only. First, which of the following best describes your educational background?**

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Less than high school | | 0 | 0% |
| 2 | High school/Technical school | | 6 | 4% |
| 3 | College/Some college | | 71 | 46% |
| 4 | Graduate School | | 76 | 50% |
| | Total | | 153 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 2 |
| Max Value | 4 |
| Mean | 3.46 |
| Variance | 0.33 |
| Standard Deviation | 0.57 |
| Total Responses | 153 |

**16. Which of the following includes your household's approximate annual income in 2011?**

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Under $35,000 | | 0 | 0% |
| 2 | $35,000 - $49,999 | | 0 | 0% |
| 3 | $50,000 - $74,999 | | 10 | 7% |
| 4 | $75,000 - $99,999 | | 49 | 32% |
| 5 | $100,000 - $124,999 | | 44 | 29% |
| 6 | $125,000 and above | | 50 | 33% |
| | Total | | 153 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 3 |
| Max Value | 6 |
| Mean | 4.88 |
| Variance | 0.90 |
| Standard Deviation | 0.95 |
| Total Responses | 153 |

**17. What is your gender?**

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Male | | 45 | 29% |
| 2 | Female | | 108 | 71% |
| | Total | | 153 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 2 |
| Mean | 1.71 |
| Variance | 0.21 |
| Standard Deviation | 0.46 |
| Total Responses | 153 |

**18.  How many cats do you have in your household?**

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | 1 | | 55 | 36% |
| 2 | 2 | | 63 | 41% |
| 3 | 3 | | 17 | 11% |
| 4 | 4 | | 6 | 4% |
| 5 | 5 or more | | 12 | 8% |
| | Total | | 153 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 5 |
| Mean | 2.07 |
| Variance | 1.34 |
| Standard Deviation | 1.16 |
| Total Responses | 153 |

Non-Independent Pet Store Shoppers

1.  Thank you for agreeing to participate in this survey. The survey is for research purposes only. You will remain anonymous and your responses will be held strictly confidential. The survey will take just a few minutes of your time. Before we begin, please read the following instructions: • It is perfectly acceptable for you to choose the "don't know" or "no opinion" answer whenever it appears in a question. Please do not try to guess if you don't know or have no opinion. • Your browser's back button will be disabled during the survey. Please use the navigation buttons within the survey to advance through the questionnaire. • If you typically wear eyeglasses or contact lenses while using your computer, please make sure you are wearing them now. Do you understand the instructions provided above?

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Yes | | 157 | 100% |
| 2 | No | | 0 | 0% |
| 3 | Don't know | | 0 | 0% |
| | Total | | 157 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 1 |
| Mean | 1.00 |
| Variance | 0.00 |
| Standard Deviation | 0.00 |
| Total Responses | 157 |

**2. Which of the following age brackets contains your age on your last birthday?**

| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | Under 18 | | 0 | 0% |
| 2 | 18 - 24 | | 3 | 2% |
| 3 | 25 - 34 | | 24 | 15% |
| 4 | 35 - 44 | | 33 | 21% |
| 5 | 45 - 54 | | 37 | 24% |
| 6 | 55 - 64 | | 40 | 25% |
| 7 | 65 or older | | 20 | 13% |
| | Total | | 157 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 2 |
| Max Value | 7 |
| Mean | 4.94 |
| Variance | 1.77 |
| Standard Deviation | 1.33 |
| Total Responses | 157 |