# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WERUVA INTERNATIONAL, INC., | ) | |
| | ) | |
| | ) | CASE NO.: 1:12-cv-10447 (WGY) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PETS GLOBAL, INC. d/b/a Fussie Cat and | ) | |
| Premium Fussie Cat, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT OF ANTHONY GIUDICE IN SUPPORT OF
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Anthony Giudice, do hereby depose and say as follows:

1.      If called to testify, I could competently testify of personal knowledge to the facts contained below:

2.      I am a National Pet Sales Manager at Weruva International, Inc.

3.      Attached hereto as Exhibit A are true and correct copies of Pets Global's Fussie Cat brand product labels that were on cans that I acquired from an independent pet store in Denver, Colorado on or about January 27, 2012.

4.      Attached hereto as Exhibit B are true and correct copies Pets Global's Fussie Cat brand product labels that were on cans that I acquired from an independent pet store in the Bronx, New York mid-February, 2012.

5.      Attached hereto as Exhibit C is a true and correct copy of a Fussie Cat brochure I received at a trade show.

Signed under the penalties of perjury under the laws of the United States of America this 24ᵗʰ day of April 2012 in Brooklyn, NY.

_____
Anthony Giudice

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C





Crude Fiber

## PREMIUM TUNA WITH SMALL

Tuna Whole Meat, Water Sufficient For Processing, Shirasu,
Sunflower Seed Oil, Dicalcium Phosphate, Choline Chloride Liquid,
Taurine, Oligo Sugar, Plus Essentials Vitamins & Minerals

Crude Protein (min) 12.0%    Crude Fat (min) 1.3%    Ash (max) 1.0%
Crude Fiber (max) 0.1%       Taurine (max) 0.05%     Moisture (max) 86%

## PREMIUM TUNA WITH SHRIMP

Tuna Whole Meat, Water Sufficient For Processing, Shrimp,
Sunflower Seed Oil, Dicalcium Phosphate, Choline Chloride Liquid,
Taurine, Oligo Sugar, Plus Essentials Vitamins & Minerals

Crude Protein (min) 12.0%    Crude Fat (min) 1.3%    Ash (max) 1.0%
Crude Fiber (max) 0.1%       Taurine (max) 0.05%     Moisture (max) 86%



## PREMIUM TUNA WITH CRAB SURIMI

Tuna Whole Meat, Water Sufficient For Processing, Crab Surimi,
Sunflower Seed Oil, Dicalcium Phosphate, Choline Chloride Liquid,
Taurine, Oligo Sugar, Plus Essentials Vitamins & Minerals

Crude Protein (min) 12.0%    Crude Fat (min) 1.3%    Ash (max) 1.0%
Crude Fiber (max) 0.1%       Taurine (max) 0.05%     Moisture (max) 86%

ON EDITION    PREVENT URINARY TRACT INFECTION    HEALTHY DIGESTIVE SYSTEM