UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WERUVA INTERNATIONAL, INC.,  )<br>Plaintiff  )<br> )<br>vs.  )<br> )<br>PETS GLOBAL, INC. d/b/a Fussie Cat  )<br>and Premium Fussie Cat,  )<br>Defendants  )<br>_____)  | Case No. 1:12-CV-10447 (WGY) |

## MOTION TO FILE EXHIBITS CONDITIONALLY UNDER SEAL

Now comes the Plaintiff, Weruva International, Inc., and files Exhibits C and D to the Affidavit of Charles F. Rodman, Esquire in Support of Motion for Partial Summary Judgment conditionally under seal. Exhibit C contains the referenced portions of Daniel Hereford's deposition testimony, which was taken on August 13, 2012 and which the transcript was received on August 15, 2012. Exhibit D contains the referenced portions of Raymond Lee's deposition testimony, which was taken on August 14, 2012 and which the transcript was received on August 16, 2012.

Pursuant to paragraph 4(c) of the Protective Order (see Document 43), deposition transcripts are deemed Highly Confidentially for ten court days following receipt of the deposition transcripts, by which time either party may designated potions as Confidential or Highly Confidential as defined in paragraphs 2 and 3 of the Protective Order.

None of the attached portions of the depositions contain Confidential or Highly Confidential information as defined in the Protective Order.

Wherefore Weruva International, Inc. respectfully requests leave of court to file Exhibits C and D to the Affidavit of Charles F. Rodman, Esquire.

Dated: August 17, 2012            Respectfully submitted,
WERUVA INTERNATIONAL, INC.
By its attorneys,

Charles F. Rodman, BBO# 641216
Michael V. Parras, Jr., BBO#661298
Rodman Law Group LLC
36 Washington Street, Suite 190
Wellesley Hills, MA 02481
(781) 237-5500 [P]
(781) 237-5550 [F]
rodman@rodmanlawgroup.com
wayne@rodmanlawgroup.com

## CERTIFICATION PURSUANT TO LR 7.1

Counsel to the Plaintiff hereby certifies that, on August 17, 2012, he conferred with Kyle Kirby, Esq., counsel to Pets Global Inc., in an attempt to resolve or narrow the issues raised by the Weruva's Motion to File Exhibits Conditionally Under Seal. The parties were unable resolve or narrow any of the issues contained within the Plaintiffs' Motion.

Dated: August 17, 2012,            Respectfully submitted,
WERUVA INTERNATIONAL, INC.
By its attorney,

*/s/ Michael V. Parras, Jr.*
Charles F. Rodman, BBO# 641216
rodman@rodmanlawgroup.com
Michael V. Parras, Jr., BBO# 661298
parras@rodmanlawgroup.com
Rodman Law Group LLC
36 Washington Street, Suite 190
Wellesley Hills, MA 02481
(781) 237-5500 [P]
(781) 237-5550 [F]

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion To File Exhibits Conditionally Under Seal was served upon the attorney of record for all parties via the Court's electronic filing system on August 17, 2012.

*/s/ Michael V. Parras, Jr.*
Michael V. Parras, Jr.