UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WERUVA INTERNATIONAL, INC., ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> PETS GLOBAL, INC. d/b/a Fussie Cat ) <br> and Premium Fussie Cat, ) <br> Defendants ) <br> ) | Case No. 1:12-CV-10447 (WGY) |

**AFFIDAVIT OF CHARLES F. RODMAN, ESQUIRE IN SUPPORT OF OBJECTION TO PETS GLOBAL, INC.'S OPPOSITION TO PLAINTIFF'S EMERGENCY CROSS-MOTION FOR SANCTIONS**

I, Charles F. Rodman, do hereby depose and say as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and represent the plaintiff in the above-referenced matter.

2. Jeffrey Francis was not present at the deposition of either Joseph Hereford or Raymond Lee.

3. Following the August 17, 2012 deposition of Stephen C. Ma, Defendant's CPA, I approached counsel for the Defendant, Larry Varn, to discuss the representations made by Mr. Francis in his client's Opposition to the Plaintiff's Emergency Cross-Motion and requested that he withdraw the Opposition. Mr. Varn stated that he was unaware of the representations made by Mr. Francis within the Opposition as he had not reviewed it.

Signed under the penalties of perjury under the laws of the United States of America this 18th day of August 2012.

                                                  /s/ Charles F. Rodman
                                                Charles F. Rodman, Esquire

1