# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

WERUVA INTERNATIONAL, Inc.
        Plaintiff(s)

      V.                                          CIVIL ACTION NOS. 12-CV-10447-WGY

PETS GLOBAL, Inc
        Defendant(s)

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE Young

[ ] The parties reported this case as settled prior to the mediation

**[X]  On 8/20/12   I held the following ADR proceeding:**

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| ___X___ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

**[X]  Settled. Your clerk should enter a  60  day order of dismissal.**

[ ] There was progress. A further conference may prove fruitful but no date has been set at this time.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

8/20/2012                                                Marianne B. Bowler, USMJ
DATE                                                   ADR Provider