# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **WERUVA INTERNATIONAL, INC.** | Civil Action<br>No: 12-cv-10447-WGY |
| Plaintiff |  |
| v. |  |
| **PETS GLOBAL, INC.**<br>Defendant |  |

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, C.J.

     The Court having been advised on  that the above-entitled action has been settled:
     IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                                                By the Court,

                                                                                /s/  Jennifer  Gaudet
                                                                                **Deputy Clerk**

August 23, 2012

To: All Counsel