UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WERUVA INTERNATIONAL, INC., ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> PETS GLOBAL, INC. d/b/a Fussie Cat and ) <br> Premium Fussie Cat, ) <br> ) <br> Defendant ) <br> ) | CASE NO.: 1:12-CV-10447 (WGY) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), Plaintiff, Weruva International, Inc., and Defendant, Pets Global, Inc. hereby dismisses this action, including all claims and counterclaims asserted or which could have been asserted herein, **with prejudice** with all rights of appeal waived and each party to bear its own costs and expenses.

Dated: October 5, 2012         WERUVA INTERNATIONAL, INC.

By its attorneys,

*/s/ Charles F. Rodman*
Charles F. Rodman, BBO# 641216
rodman@rodmanlawgroup.com
Matthew J. Wayne, BBO# 674923
wayne@rodmanlawgroup.com
Rodman Law Group LLC
36 Washington Street, Suite 190
Wellesley Hills, MA 02481
(781) 237-5500 [P]
(781) 237-5550 [F]

{W3353275.1}

Dated: October 5, 2012 PETS GLOBAL, INC.

By its attorneys,

*/s/ Jeffrey E. Francis*
Larry L. Varn (BBO# 508130)
lvarn@pierceatwood.com
Jeffrey E. Francis (BBO# 639944)
jfrancis@pierceatwood.com
Pierce Atwood LLP
100 Summer Street, Suite 2250
Boston, MA 02110
(617) 488-8136  Telephone
(617) 824-2020  Facsimile

{W3353275.1}